IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANINE CHANDLER; KRYSTAL GONZALEZ; TOMIEKIA JOHNSON; NADIA ROMERO, individuals; and WOMAN II WOMAN, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; KATHLEEN ALLISON, Secretary of the California Department of Corrections and Rehabilitation, in her official capacity; MICHAEL PALLARES, Warden, in his official capacity; MONA D. HOUSTON, Warden, in her official capacity; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:21-cv-01657-NONE-HBK<br><br>ORDER GRANTING SECOND JOINT REQUEST FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING<br><br>(Doc. No. 10) |

Pending before the Court is the parties' joint request seeking a second extension of time for Defendants to file a responsive pleading to the complaint. Defendants request a further thirty (30) day extension of time, until March 11, 2022, to file their responsive pleading.

The Court, finding good cause, will grant the joint request.

Accordingly, it is ORDERED:

1. The parties second joint request for an extension of time (Doc. No. 10) is GRANTED.

2. Defendants' responsive pleading to the complaint shall be filed no later than March 11, 2022.

Dated:     January 13, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE