# EXHIBIT A

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

**IAB USE ONLY** | Institution/Parole Region: CCWF | Log #: 148990 | Category:

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
| --- | --- | --- | --- |
| Krystal D Gonzalez | WF7560 | 513·26·2L | |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**
incident with A trans-Man

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):**
First off I do Not Have enemie concerns or safety
I Just want to Report an incident
that happened and that needs to be Reported

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):**
Handle this as an emergency Appeal
Because me And Every Woman in here
is in danger of being sexual assulted

STAFF USE ONLY

RECEIVED 08 06 2021 CCWF GRIEVANCES

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason :

**Inmate/Parolee Signature:** Krystal Gonzalez **Date Submitted:** 8/5/21

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ________
☐ Accepted at the First Level of Review.
Assigned to: ________ Title: ________ Date Assigned: ________ Date Due: ________

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: ________ Interview Location: ________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ________ (Print Name) Title: ________ Signature: ________ Date completed: ________

Reviewer: ________ (Print Name) Title: ________ Signature: ________

Date received by AC: ________

**AC Use Only**
**Date mailed/delivered to appellant** ___ / ___ / ___

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ____________ **Date Submitted :** ____________

**E. Second Level - Staff Use Only** — **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ________ Title: ________ Date Assigned: ________ Date Due: ________

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ________ Interview Location: ________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ________ (Print Name) Title: ________ Signature: ________ Date completed : ________

Reviewer: ________ (Print Name) Title: ________ Signature: ________

Date received by AC: ________

**AC Use Only**
**Date mailed/delivered to appellant** ___ /___ /___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ________
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___ /___ /___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

________ Inmate/Parolee Signature: ________ Date: ________

Print Staff Name: ________ Title: ________ Signature: ________ Date: ________

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CCWF | 148990 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Krystal Gonzalez | WF7560 | 513 · 26 · 2L | |

**A. Continuation of CDCR 602, Section A only (Explain your issue):**

so it wont happen to anyone else
Around June 18th [redacted]
pushed me coming out of 514 And
Almost dropped me while I was standing
waiting For the cart to return to my unit
But I asked him did you just push
me and he said in a man voice
Yeah I JUST Did!" then a few days
After I was waiting in line For
My meds so I can go to my next session
and the trans-man was behind me And
I felt his penis print on me And I said
What the fuck And he tells me do you
Like my pony Tail I walked off And
went to program I was so freaked
out I didnt know what to do then
I Asked staff And they told me I
would need to CALL enemies And get transferred

Inmate/Parolee Signature: Krystal Gonzalez Date Submitted: 8/5/21

STAFF USE ONLY

RECEIVED 08 06 2021 CCWF GRIEVANCES

**B. Continuation of CDCR 602, Section B only (Action requested):**

Halt any impending transfers of males
to woman's housing and stop processing
applications for transfers of male inmates
to woman facilites And transfer back ALL
males currently in woman's housing especially
those with penises particularly violent
offenders and sex offenders And
Allow me to refuse contact especially
sharing cell with male inmates and
to report violence without discipline or
retaliation

Inmate/Parolee Signature: Krystal Gonzalez Date Submitted: 8/5/21

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (REV. 03/12)

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** ____________________

**Inmate/Parolee Signature:** ____________________ **Date Submitted:** ____________________

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** ____________________

**Inmate/Parolee Signature:** ____________________ **Date Submitted:** ____________________

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CCWF | 148990 | |

*FOR STAFF USE ONLY*

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Krystal Gonzalez | WF7560 | 513.26 2L | |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :**

to another prison I am A good inmate And I particapte in lots of groups and I facilate most of the groups And it won't be fair if I was uprooted from here where I have grown and changed My Life for the better rubbing his penis on some body is sexual Assualt and It should be reported And I shouldn't be punished for reporting it I have the right to serve My sentence in A single-sex prison the situation is exposing me and woman here to ongoing heightened risk of sexual violence and other Harm CAL. penal code 2605 & 2604 as implemented by CDCR rights to be free from cruel and unusual punishment

STAFF USE ONLY

RECEIVED 08 06 2021 CCWF GRIEVANCES

**Inmate/Parolee Signature:** Krystal Gonzalez **Date Submitted:** 8/5/21

**B. Continuation of CDCR 602, Section B only (Action requested):**

**Inmate/Parolee Signature:** ________ **Date Submitted:** ________

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (REV. 03/12)

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** GONZALEZ, KRYSTAL DAMARIS **Date:** 10/05/2021
**CDC#:** WF7560
**Current Location:** CCWF-Facility D **Current Area/Bed:** D 513 1 - 026002L

**Log #:** 000000148990

## Claim #: 001

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility D
**Housing Area/Parole Unit of Origin:** D 516 1
**Category:** Offender Services **Sub-Category:** Request for Interview, Item, Assistance or Service

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your request. We determined that your request for an interview, item, assistance, or service, is outside the scope of the grievance process.

Your request has or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

## Claim #: 002

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility D
**Housing Area/Parole Unit of Origin:**
**Category:** SB 132 **Sub-Category:** Other SB 132 - NOS

**I. CLAIM**

It is the claimant's position they are refuting Senate Bill (SB) 132 as the claimant alleges they are being placed at risk of being sexually assaulted by a transgender women with a penis.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Senate Bill 132
Penal Code 2605
Penal Code 2606
Inmate Housing Request Flow Chart from Senate Bill 132 "The Transgender Respect, Agency, Dignity Act" PowerPoint presentation.
Department Operations Manual (DOM) Section 54040 - Prison Rape Elimination Policy.

**B. DOCUMENTS CONSIDERED**

Grievance 148990

**III. REASONING AND DECISION**

Based on the information discovered during the inquiry and information in Senate Bill 132, Penal Code 2605 as well as Penal Code 2606, this grievance is disapproved.

Pursuant to Memorandum dated December 18, 2020, titled SENATE BILL 132 IMPLEMENTATION, authored by Connie Gipson, Director of Division of Adult Institutions, transgender, non-binary, or intersex inmates, regardless of anatomy, shall be housed at a correctional facility designated for men or women based on the individual's preference. The inmate's request for transfer shall be reviewed by an Institution Classification Committee (ICC) taking into consideration all available case factors. If the inmate's housing request is approved or endorsed, the inmate will be transferred to an appropriate Reception Center.

Pursuant to the California Penal Code (PC) Section 2606(a)(4), "An individual incarcerated by the Department of Corrections and Rehabilitation who is transgender, nonbinary, or intersex, regardless of anatomy shall: Have their perception of health and safety given serious consideration in any bed assignment, placement, or programming decision within the facility in which they are housed pursuant to paragraph (3) of subdivision (a) or subdivision (b), including, but not limited to, granting single-cell status, housing the individual with another incarcerated person of their choice, or removing the individual or individuals who pose a threat from any location where they may have access to the individual who has expressed a safety concern. If, pursuant to this paragraph, the individual is not granted an alternative based on their perception of health and safety, the department shall document the reasons for that denial and share them with the individual."

Senate Bill 132, the Transgender Respect, Agency, and Dignity Act was passed by the California Legislature and took effect January 2021. This law specifically gave these incarcerated persons the option to request to be housed according to their gender identity and request whether to be searched according to the male or female search policy.

The California Department of Corrections and Rehabilitation (CDCR) has remained committed to providing a safe, humane, rehabilitative and secure environment for all incarcerated persons, including those in the transgender, non-binary, and intersex communities.

CDCR is complying with the law and reviewing all housing transfer requests through a multi-disciplinary team to include institution leadership, mental health professionals and Prison Rape Elimination Act (PREA) Compliance Managers.

Senate Bill 132 also recognizes that the Department might have management and security concerns, which may prevent the Department from approving a transgender incarcerated persons housing preference request. In that vain, transgender incarcerated persons seeking to transfer are required to attend a mandatory institutional cultural awareness class. This class curriculum provides information about the male and female institutions to promote a successful transfer into their new institution.

Every incarcerated person, prior to transfer, appears before a classification committee to asses them for transfer suitability. On a case by case basis, a variety of criteria are evaluated, for example, their housing, safety, and the security of the inmate and prison population before any transfer is approved or denied.

Therefore, this grievance is DISAPPROVED as staff did NOT violate policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Zawolkow [ZASH001] | CDW | 10/05/2021 |

# EXHIBIT B

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

EMERGENCY APPEAL

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: 134251 | Category: |
|---|---|---|---|

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Romero Nadia | W86365 | 513-16-3C | SAP M-W-F |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**
Civil Rights Violation

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):**
[redacted] a new man who has moved into my Unit, has a bad habit of trying to grab me when trying to ask for something. I have experienced brutal, severe abuse in my

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** ⁰ Handle this as an Emergency Appeal because I am in physical and psychological danger. ' Remove [redacted] and any male inmate from any location in which they have access to me.

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☐ No, I have not attached any supporting documents. Reason :

**Inmate/Parolee Signature:** Romero **Date Submitted:** 6-30-21

☐ **By placing my initials in this box, I waive my right to receive an interview.**

RECEIVED
JUN 3 0 2021
CCWF
GREIEVANCE OFFICE

STAFF USE ONLY

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant ___/___/___**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted :** ______

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed : ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: 134257 | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Romero Nadia | W86365 | 5B-16-3L | SAP M-W-F |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** Life and I have been experiencing bad flashbacks and nightmares since being forced to live with men here. I get all shook up and teary eye and I don't understand it. I literally hyperventilate any time one comes step from me. I know they are still men and the way they exercise and carry themselves is far from a woman.
If I am told to share a cell with a man, or if I were forced to defend myself from attack, I risk being punished myself. Men who feel unsafe are allowed to transfer from men's prisons, but I have nowhere to transfer where I can feel safe, and I am forced to live in constant fear. I have asked to speak with mental health and have expressed my anxiety and fears but they claim not to have an answer for this problem.
SB 132 violates my state and federal constitutional rights to be free from cruel and unusual punishment, my right to safety and privacy under California constitution, and my state and federal right to equal protection under the laws. CDCR also failed to follow proper administrative procedures for notice and comment when implementing Cal. Penal Code 2605 & 2606.

**Inmate/Parolee Signature:** Romero **Date Submitted:**

STAFF USE ONLY

RECEIVED
JUN 30 2021
CCWF
GREIEVANCE OFFICE

**B. Continuation of CDCR 602, Section B only (Action requested):**
- Halt any impending transfers of males to women's housing and stop processing applications for transfers of male inmates to women facilities.
- Transfer back all males currently in women's housing, especially those with penises, and particularly violent offenders and sex offenders.
- Allow me to refuse contact, especially sharing a cell, with male inmates, and to report violence, without discipline or retaliation.

**Inmate/Parolee Signature:** Romero **Date Submitted:** 6-30-21

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (REV. 03/12) Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** ROMERO, NADIA ELIZABETH **Date:** 08/27/2021
**CDC#:** W86365
**Current Location:** CCWF-Facility A **Current Area/Bed:** A 503 1 - 122001L

**Log #:** 000000134251

## Claim #: 001

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility D
**Housing Area/Parole Unit of Origin:**
**Category:** Offender Services **Sub-Category:** Allegation against Inmate/Parolee

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your correspondence. We determined that your correspondence was regarding an allegation against an inmate or parolee, which is outside the scope of the grievance process.

Your matter was or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

## Claim #: 002

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility D
**Housing Area/Parole Unit of Origin:**
**Category:** SB 132 **Sub-Category:** Housing Placement

**I. CLAIM**

It is the claimant's position SB132 permits "male" inmates (transgender females) to transfer to female prisons to feel safe; however, female inmates who feel unsafe housing with "male" inmates have nowhere to transfer to feel safe.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

California Penal Code (PC) 2605

California Penal Code (PC) 2606

Senate Bill (SB) 132 "The Transgender Respect, Agency and Dignity Act."
Memorandum dated December 18, 2020, titled SENATE BILL 132 IMPLEMENTATION, authored by Connie Gipson, Director of the Division of Adult Institutions

Inmate Housing Request Flow Chart from Senate Bill 132 "The Transgender Respect, Agency, Dignity Act" PowerPoint presentation

California Code of Regulations (CCR), Title 15, Section 3269 - Inmate Housing Assignments

California Code of Regulations (CCR), Title 15, Section 3378 (b)(2) - Security Threat Group Identification, Prevention, and Management

Department Operations Manual (DOM) Section 54040 - Prison Rape Elimination Policy.

**B. DOCUMENTS CONSIDERED**

CDCR 602 Inmate/Parolee Appeal Form, Log number 134251.

**III. REASONING AND DECISION**

Pursuant to Memorandum dated December 18, 2020, titled SENATE BILL 132 IMPLEMENTATION, authored by Connie Gipson, Director of Division of Adult Institutions, transgender, non-binary, or intersex inmates, regardless of anatomy, shall be housed at a correctional facility designated for men or women based on the individual's preference. The inmate's request for transfer shall be reviewed by an Institution Classification Committee (ICC) taking into consideration all available case factors. If the inmate's housing request is approved or endorsed, the inmate will be transferred to an appropriate Reception Center.

Pursuant to the California Penal Code (PC) Section 2606(a)(4), "An individual incarcerated by the Department of Corrections and Rehabilitation who is transgender, non-binary, or intersex, regardless of anatomy shall: Have their perception of health and safety given serious consideration in any bed assignment, placement, or programming decision within the facility in which they are housed pursuant to paragraph (3) of subdivision (a) or subdivision (b), including, but not limited to, granting single-cell status, housing the individual with another incarcerated person of their choice, or removing the individual or individuals who pose a threat from any location where they may have access to the individual who has expressed a safety concern. If, pursuant to this paragraph, the individual is not granted an alternative based on their perception of health and safety, the department shall document the reasons for that denial and share them with the individual."

Pursuant to the California Code of Regulations (CCR), Title 15, Section 3378(b)(2), "Any offender who claims enemies shall provide sufficient information to positively identify the claimed enemy. Any offender identified as an enemy shall be interviewed unless such interview would jeopardize an investigation or endanger any person. The results of the interview or investigation which supports, verifies or disproves the information shall be documented on a CDC Form 128-B, General Chrono."

Pursuant to the California Code of Regulations (CCR), Title 15, Section 3269, "Inmates shall accept Inmate Hosing Assignments (IHAs) as directed by staff. It is the expectation that all inmates double cell, whether being housed in a Reception Center, General Populations (GP), an Administrative Segregation Unit (ASU), a Security Housing Unit (SHU), or specialty housing unit. If staff determines an inmate is suitable for double celling, based on the criteria as set forth in this section, the inmate shall accept the housing assignment or be subject to disciplinary action for refusing. IHAs shall be made on the basis of available documentation and individual case factors. Inmates are not entitled to single cell assignment, housing location of choice, or to a cellmate of their choice."

Senate Bill 132, the Transgender Respect, Agency, and Dignity Act was passed by the California Legislature and took effect January 2021. This law specifically gave these incarcerated persons the option to request to be housed according to their gender identity and request whether to be searched according to the male or female search policy.

The California Department of Corrections and Rehabilitation (CDCR) has remained committed to providing a safe, humane, rehabilitative and secure environment for all incarcerated persons, including those in the transgender, non-binary, and intersex communities.

CDCR is complying with the law and reviewing all housing transfer requests through a multi-disciplinary team to include institution leadership, mental health professionals and Prison Rape Elimination Act (PREA) Compliance Managers.

Senate Bill 132 also recognizes the Department may have management and/or security concerns, which may prevent the Department from approving a transgender incarcerated person's housing preference request. Transgender, non-binary and intersex incarcerated persons seeking to transfer are required to attend a mandatory institutional cultural awareness class. This class curriculum provides information about the male and female institutions to promote a successful transition into their new institution.

Every incarcerated persons prior to transfer appears before a classification committee, to asses them for transfer suitability. On a case by case basis, a variety of criteria are evaluated, for example, their housing, safety, and the security of the inmate and prison population prior to any transfer being approved or denied.

CDCR understands the incarcerated population is diverse with unique needs. Furthermore, the Department is committed to ensure all incarcerated persons are treated with respect and dignity.

Therefore, this grievance is DISAPPROVED as staff did NOT violate policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 08/26/2021 |

**Claim #: 003**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility D

**Housing Area/Parole Unit of Origin:**

**Category:** SB 132 **Sub-Category:** Other SB 132 - NOS

**I. CLAIM**

It is the claimant's position CDCR failed to follow proper administrative procedures for notice and comments when implementing California Penal Code (PC) 2605 and 2606.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

California Penal Code (PC) 2605

California Penal Code (PC) 2606

Senate Bill (SB) 132 "The Transgender Respect, Agency and Dignity Act."
Memorandum dated December 18, 2020, titled SENATE BILL 132 IMPLEMENTATION, authored by Connie Gipson, Director of the Division of Adult Institutions.

**B. DOCUMENTS CONSIDERED**

CDCR 602 Inmate/Parolee Grievance Form, Log number 134251.

**III. REASONING AND DECISION**

On September 26, 2020, Governor Gavin Newsom signed Senate Bill 132, "The Transgender Respect, Agency, and Dignity Act." Senate Bill 132 added Sections 2605 and 2606 to the Penal Code (PC); therefore, establishing new law that the California Department of Corrections and Rehabilitation (CDCR) was required to be in compliance with beginning January 1, 2021. CDCR will continue to implement department wide changes to meet the requirements included in PC 2605 and PC 2606, and must remain in compliance with these code sections, unless current law is changed.

Senate Bill 132, the Transgender Respect, Agency, and Dignity Act was passed by the California Legislature and took effect January 2021. This law specifically gave these incarcerated persons the option to request to be housed according to their gender identity and request whether to be searched according to the male or female search policy.

Pursuant to Memorandum dated December 18, 2020, titled SENATE BILL 132 IMPLEMENTATION, authored by Connie Gipson, Director of Division of Adult Institutions, transgender, non-binary, or intersex inmates, regardless of anatomy, shall be housed at a correctional facility designated for men or women based on the individual's preference. The inmate's request for transfer shall be reviewed by an Institution Classification Committee (ICC) taking into consideration all available case factors. If the inmate's housing request is approved or endorsed, the inmate will be transferred to an appropriate Reception Center.

Pursuant to the California Penal Code (PC) Section 2606(a)(4), "An individual incarcerated by the Department of Corrections and Rehabilitation who is transgender, non-binary, or intersex, regardless of anatomy shall: Have their perception of health and safety given serious consideration in any bed assignment, placement, or programming decision within the facility in which they are housed pursuant to paragraph (3) of subdivision (a) or subdivision (b),

including, but not limited to, granting single-cell status, housing the individual with another incarcerated person of their choice, or removing the individual or individuals who pose a threat from any location where they may have access to the individual who has expressed a safety concern. If, pursuant to this paragraph, the individual is not granted an alternative based on their perception of health and safety, the department shall document the reasons for that denial and share them with the individual."

The California Department of Corrections and Rehabilitation (CDCR) has remained committed to providing a safe, humane, rehabilitative and secure environment for all incarcerated persons, including those in the transgender, non-binary, and intersex communities.

CDCR is complying with the law and reviewing all housing transfer requests through a multi-disciplinary team to include institution leadership, mental health professionals and Prison Rape Elimination Act (PREA) Compliance Managers.

Senate Bill 132 also recognizes the Department may have management and/or security concerns, which may prevent the Department from approving a transgender incarcerated person's housing preference request. Transgender, non-binary and intersex incarcerated persons seeking to transfer are required to attend a mandatory institutional cultural awareness class. This class curriculum provides information about the male and female institutions to promote a successful transition into their new institution.

CDCR understands the incarcerated population is diverse with unique needs. Furthermore, the Department is committed to ensure all incarcerated persons are treated with respect and dignity.

Therefore, this grievance is DISAPPROVED as staff did NOT violate policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 08/26/2021 |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**APPEAL OF GRIEVANCE**
**CDCR 602-2 (03/20)**



| STAFF USE ONLY | Appeal #: Date Received: |
|---|---|
| | Date Due: |
| | Categories: |
| | Grievance #: 134291 |

**Claimant Name:** Romero Nadia **CDCR #:** W86365

**Current Housing/Parole Unit:** 513-16-3L **Institution/Facility/Parole Region:** C.C.W.F

☐ **There are no claims that can be appealed.**

☐ **The following claims cannot be appealed:**

REC BY OOA
NOV 01 2021

**Claim #s:**

*This is the process to appeal the decision made regarding a claim that is not listed above.*

**Claim #:**

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

*I am dissatisfied with the response I was given because* Unexceptable I stand by my orginal complaint.

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

**DISTRIBUTION** **Original:** Claimant's File **Copies:** DAI, DAPO, and Claimant

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**APPEAL OF GRIEVANCE**

**CDCR 602-2 (03/20)**



**Claim #:**____________________

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because*____________________

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** [signature] **Date Signed:** 10-27-21

**MAIL TO:**

Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

"EMERGENCY APPEAL"

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY | Institution/Parole Region: | Log #: 134251 | Category:

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Romero Nadia | W86365 | 513-16-3C | SAP M-W-F |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**
Civil Rights Violation

[redacted] e space, use Section A of the CDCR 602-A): [redacted] a new man who has moved into my unit, has a bad habit of trying to grab me when trying to ask for something. I have experienced brutal, severe abuse in my

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** • Handle this as an Emergency Appeal because I am in physical and psychological danger. • Remove [redacted] and any male inmate from any location in which they have access to me.

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☐ No, I have not attached any supporting documents. Reason :

Inmate/Parolee Signature: Romero Date Submitted: 6-30-21

☐ **By placing my initials in this box, I waive my right to receive an interview.**

STAFF USE ONLY

RECEIVED
JUN 3 0 2021
CCWF
GREIEVANCE OFFICE

REC BY OOA
NOV 0 1 2021

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

AC Use Only
Date mailed/delivered to appellant ___/___/___

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL**

CDCR 602 (REV. 03/12)

Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. **If you need more space, use Section D of the CDCR 602-A.**

Inmate/Parolee Signature: ________ Date Submitted: ________

**E. Second Level - Staff Use Only**

Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ________ Title: ________ Date Assigned: ________ Date Due: ________

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ________ Interview Location: ________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ________ (Print Name) Title: ________ Signature: ________ Date completed: ________

Reviewer: ________ (Print Name) Title: ________ Signature: ________

Date received by AC: ________

AC Use Only
Date mailed/delivered to appellant ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: ________ Date Submitted: ________

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ________
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: ________ Date: ________

Print Staff Name: ________ Title: ________ Signature: ________ Date: ________

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 134251 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Romero Nadia | WS6365 | 513-16-3L | JAP M-W-F |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** Life and I have been experiencing bad flashbacks and nightmares since being forced to live with men here. I get all shook up and teary eye and I don't understand it. I literally hyperventilate any time one comes step from me. I know they are still men and the way they exercise and carry themselves is far from a woman.
If I am told to share a cell with a man, or if I were forced to defend myself from attack, I risk being punished myself. Men who feel unsafe are allowed to transfer from men's prisons, but I have nowhere to transfer where I can feel safe, and I am forced to live in constant fear. I have asked to speak with mental health and have expressed my anxiety and fears but they claim not to have an answer for this problem.
SB 132 violates my state and federal constitutional rights to be free from cruel and unusual punishment, my right to safety and privacy under California constitution, and my state and federal right to equal protection under the laws. CDCR also failed to follow proper administrative procedures for notice and comment when implementing Cal. Penal Code 2605 & 2606.

**Inmate/Parolee Signature:** Romero **Date Submitted:**

STAFF USE ONLY

RECEIVED
JUN 3 0 2021
CCWF
GREIEVANCE OFFICE

REC BY OOA
NOV 0 1 2021

**B. Continuation of CDCR 602, Section B only (Action requested):**
- Halt any impending transfers of males to women's housing and stop processing applications for transfers of male inmates to women facilities.
- Transfer back all males currently in women's housing, especially those with penises, and particularly violent offenders and sex offenders.
- Allow me to refuse contact, especially sharing a cell, with male inmates, and to report violence, without discipline or retaliation.

**Inmate/Parolee Signature:** Romero **Date Submitted:** 6-30-21

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILI

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (REV. 03/12)

Side

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

**Inmate/Parolee Signature:** **Date Submitted:**

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** **Date Submitted:**

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** ROMERO, NADIA ELIZABETH **Date:** 08/27/2021
**CDC#:** W86365
**Current Location:** CCWF-Facility A **Current Area/Bed:** A 503 1 - 122001L

**Log #:** 000000134251

**Claim #: 001**
**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility D
**Housing Area/Parole Unit of Origin:**
**Category:** Offender Services **Sub-Category:** Allegation against Inmate/Parolee

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your correspondence. We determined that your correspondence was regarding an allegation against an inmate or parolee, which is outside the scope of the grievance process.

Your matter was or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

**Claim #: 002**
**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility D
**Housing Area/Parole Unit of Origin:**
**Category:** SB 132 **Sub-Category:** Housing Placement

**I. CLAIM**

It is the claimant's position SB132 permits "male" inmates (transgender females) to transfer to female prisons to feel safe; however, female inmates who feel unsafe housing with "male" inmates have nowhere to transfer to feel safe.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

California Penal Code (PC) 2605

California Penal Code (PC) 2606

Senate Bill (SB) 132 "The Transgender Respect, Agency and Dignity Act."
Memorandum dated December 18, 2020, titled SENATE BILL 132 IMPLEMENTATION, authored by Connie Gipson, Director of the Division of Adult Institutions

Inmate Housing Request Flow Chart from Senate Bill 132 "The Transgender Respect, Agency, Dignity Act" PowerPoint presentation

California Code of Regulations (CCR), Title 15, Section 3269 - Inmate Housing Assignments

California Code of Regulations (CCR), Title 15, Section 3378 (b)(2) - Security Threat Group Identification, Prevention, and Management

Department Operations Manual (DOM) Section 54040 - Prison Rape Elimination Policy.

**B. DOCUMENTS CONSIDERED**

CDCR 602 Inmate/Parolee Appeal Form, Log number 134251.

## III. REASONING AND DECISION

Pursuant to Memorandum dated December 18, 2020, titled SENATE BILL 132 IMPLEMENTATION, authored by Connie Gipson, Director of Division of Adult Institutions, transgender, non-binary, or intersex inmates, regardless of anatomy, shall be housed at a correctional facility designated for men or women based on the individual's preference. The inmate's request for transfer shall be reviewed by an Institution Classification Committee (ICC) taking into consideration all available case factors. If the inmate's housing request is approved or endorsed, the inmate will be transferred to an appropriate Reception Center.

Pursuant to the California Penal Code (PC) Section 2606(a)(4), "An individual incarcerated by the Department of Corrections and Rehabilitation who is transgender, non-binary, or intersex, regardless of anatomy shall: Have their perception of health and safety given serious consideration in any bed assignment, placement, or programming decision within the facility in which they are housed pursuant to paragraph (3) of subdivision (a) or subdivision (b), including, but not limited to, granting single-cell status, housing the individual with another incarcerated person of their choice, or removing the individual or individuals who pose a threat from any location where they may have access to the individual who has expressed a safety concern. If, pursuant to this paragraph, the individual is not granted an alternative based on their perception of health and safety, the department shall document the reasons for that denial and share them with the individual."

Pursuant to the California Code of Regulations (CCR), Title 15, Section 3378(b)(2), "Any offender who claims enemies shall provide sufficient information to positively identify the claimed enemy. Any offender identified as an enemy shall be interviewed unless such interview would jeopardize an investigation or endanger any person. The results of the interview or investigation which supports, verifies or disproves the information shall be documented on a CDC Form 128-B, General Chrono."

Pursuant to the California Code of Regulations (CCR), Title 15, Section 3269, "Inmates shall accept Inmate Hosing Assignments (IHAs) as directed by staff. It is the expectation that all inmates double cell, whether being housed in a Reception Center, General Populations (GP), an Administrative Segregation Unit (ASU), a Security Housing Unit (SHU), or specialty housing unit. If staff determines an inmate is suitable for double celling, based on the criteria as set forth in this section, the inmate shall accept the housing assignment or be subject to disciplinary action for refusing. IHAs shall be made on the basis of available documentation and individual case factors. Inmates are not entitled to single cell assignment, housing location of choice, or to a cellmate of their choice."

Senate Bill 132, the Transgender Respect, Agency, and Dignity Act was passed by the California Legislature and took effect January 2021. This law specifically gave these incarcerated persons the option to request to be housed according to their gender identity and request whether to be searched according to the male or female search policy.

The California Department of Corrections and Rehabilitation (CDCR) has remained committed to providing a safe, humane, rehabilitative and secure environment for all incarcerated persons, including those in the transgender, non-binary, and intersex communities.

CDCR is complying with the law and reviewing all housing transfer requests through a multi-disciplinary team to include institution leadership, mental health professionals and Prison Rape Elimination Act (PREA) Compliance Managers.

Senate Bill 132 also recognizes the Department may have management and/or security concerns, which may prevent the Department from approving a transgender incarcerated person's housing preference request. Transgender, non-binary and intersex incarcerated persons seeking to transfer are required to attend a mandatory institutional cultural awareness class. This class curriculum provides information about the male and female institutions to promote a successful transition into their new institution.

Every incarcerated persons prior to transfer appears before a classification committee, to asses them for transfer suitability. On a case by case basis, a variety of criteria are evaluated, for example, their housing, safety, and the security of the inmate and prison population prior to any transfer being approved or denied.

CDCR understands the incarcerated population is diverse with unique needs. Furthermore, the Department is committed to ensure all incarcerated persons are treated with respect and dignity.

Therefore, this grievance is DISAPPROVED as staff did NOT violate policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 08/26/2021 |

**Claim #: 003**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility D
**Housing Area/Parole Unit of Origin:**
**Category:** SB 132 **Sub-Category:** Other SB 132 - NOS

**I. CLAIM**

It is the claimant's position CDCR failed to follow proper administrative procedures for notice and comments when implementing California Penal Code (PC) 2605 and 2606.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

California Penal Code (PC) 2605

California Penal Code (PC) 2606

Senate Bill (SB) 132 "The Transgender Respect, Agency and Dignity Act."
Memorandum dated December 18, 2020, titled SENATE BILL 132 IMPLEMENTATION, authored by Connie Gipson, Director of the Division of Adult Institutions.

**B. DOCUMENTS CONSIDERED**

CDCR 602 Inmate/Parolee Grievance Form, Log number 134251.

**III. REASONING AND DECISION**

On September 26, 2020, Governor Gavin Newsom signed Senate Bill 132, "The Transgender Respect, Agency, and Dignity Act." Senate Bill 132 added Sections 2605 and 2606 to the Penal Code (PC); therefore, establishing new law that the California Department of Corrections and Rehabilitation (CDCR) was required to be in compliance with beginning January 1, 2021. CDCR will continue to implement department wide changes to meet the requirements included in PC 2605 and PC 2606, and must remain in compliance with these code sections, unless current law is changed.

Senate Bill 132, the Transgender Respect, Agency, and Dignity Act was passed by the California Legislature and took effect January 2021. This law specifically gave these incarcerated persons the option to request to be housed according to their gender identity and request whether to be searched according to the male or female search policy.

Pursuant to Memorandum dated December 18, 2020, titled SENATE BILL 132 IMPLEMENTATION, authored by Connie Gipson, Director of Division of Adult Institutions, transgender, non-binary, or intersex inmates, regardless of anatomy, shall be housed at a correctional facility designated for men or women based on the individual's preference. The inmate's request for transfer shall be reviewed by an Institution Classification Committee (ICC) taking into consideration all available case factors. If the inmate's housing request is approved or endorsed, the inmate will be transferred to an appropriate Reception Center.

Pursuant to the California Penal Code (PC) Section 2606(a)(4), "An individual incarcerated by the Department of Corrections and Rehabilitation who is transgender, non-binary, or intersex, regardless of anatomy shall: Have their perception of health and safety given serious consideration in any bed assignment, placement, or programming decision within the facility in which they are housed pursuant to paragraph (3) of subdivision (a) or subdivision (b),

including, but not limited to, granting single-cell status, housing the individual with another incarcerated person of their choice, or removing the individual or individuals who pose a threat from any location where they may have access to the individual who has expressed a safety concern. If, pursuant to this paragraph, the individual is not granted an alternative based on their perception of health and safety, the department shall document the reasons for that denial and share them with the individual."

The California Department of Corrections and Rehabilitation (CDCR) has remained committed to providing a safe, humane, rehabilitative and secure environment for all incarcerated persons, including those in the transgender, non-binary, and intersex communities.

CDCR is complying with the law and reviewing all housing transfer requests through a multi-disciplinary team to include institution leadership, mental health professionals and Prison Rape Elimination Act (PREA) Compliance Managers.

Senate Bill 132 also recognizes the Department may have management and/or security concerns, which may prevent the Department from approving a transgender incarcerated person's housing preference request. Transgender, non-binary and intersex incarcerated persons seeking to transfer are required to attend a mandatory institutional cultural awareness class. This class curriculum provides information about the male and female institutions to promote a successful transition into their new institution.

CDCR understands the incarcerated population is diverse with unique needs. Furthermore, the Department is committed to ensure all incarcerated persons are treated with respect and dignity.

Therefore, this grievance is DISAPPROVED as staff did NOT violate policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 08/26/2021 |

Romero Nadia W86365
513-16-3L C.C.W.F
P.O Box 1508
chowchilla, CA
93610-1508

Confidential Mail

FRESNO CA 936
28 OCT 2021 PM 1




CCWF
STATE PRISON

Office of Appeals
Department of Corrections and Rehabilitation
P.O Box 942883
Sacramento, CA
95811

94283-

A. Juarez 10/27/21

FSC MIX Envelope FSC® C137111

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** ROMERO, NADIA ELIZABETH **Date:** 12/15/2021
**CDC#:** W86365
**Current Location:** CCWF-Facility D **Current Area/Bed:** D 513 1 - 016003L

**Log #:** 000000134251

## Claim # 001

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility D
**Housing Area/Parole Unit of Origin:**
**Grievance Claim Category:** Offender Services **Grievance Claim Sub-Category:** Allegation against Inmate/Parolee
**Appeal Claim Category:** Offender Services **Appeal Claim Sub-Category:** Other Services - NOS

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals has received your appeal of your claim.

Your claim is being rejected by Office of Appeals for the reason(s) indicated below.

This serves as your response by the Office of Appeals to this claim. You do not need to resubmit your appeal to CDCR.

**Decision: Rejected**

(1.) You did not submit the claim within the timeframe required by California Code of Regulations, title 15. The date you received a claim decision response from the Department was 8/27/2021; the date you submitted this claim was 10/27/2021. You should have submitted your claim on or before 9/26/2021 to meet the 30 calendar day requirement set forth in the regulations.

## Claim # 002

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility D
**Housing Area/Parole Unit of Origin:**
**Category:** SB 132 **Sub-Category:** Housing Placement

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals has received your appeal of your claim.

Your claim is being rejected by Office of Appeals for the reason(s) indicated below.

This serves as your response by the Office of Appeals to this claim. You do not need to resubmit your appeal to CDCR.

**Decision: Rejected**

(1.) You did not submit the claim within the timeframe required by California Code of Regulations, title 15. The date you received a claim decision response from the Department was 8/27/2021; the date you submitted this claim was 10/27/2021. You should have submitted your claim on or before 9/26/2021 to meet the 30 calendar day requirement set forth in the regulations.

**Claim # 003**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility D

**Housing Area/Parole Unit of Origin:**

**Category:** SB 132 **Sub-Category:** Other SB 132 - NOS

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals has received your appeal of your claim.

Your claim is being rejected by Office of Appeals for the reason(s) indicated below.

This serves as your response by the Office of Appeals to this claim. You do not need to resubmit your appeal to CDCR.

**Decision: Rejected**

(1.) You did not submit the claim within the timeframe required by California Code of Regulations, title 15. The date you received a claim decision response from the Department was 8/27/2021; the date you submitted this claim was 10/27/2021. You should have submitted your claim on or before 9/26/2021 to meet the 30 calendar day requirement set forth in the regulations.

# EXHIBIT C

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: 160878 | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Chandler, Janine | X17395 | 514-19-03L | PIA OPT |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**
Calafornia Penal Code 2605 & 2606 as implemented at C.C.W.F.

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** Housing me with male (trans women with penises) inmates forces me to be exposed and expose myself to unclothed males, and to sleep, dress, cleanse myself and use the commode in a room with male strangers. I am a practicing

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** 1. That this appeal be handled as an Emergency, as my religious exercise is being continuously infringed upon on a daily basis. 2. That any impending transfers of males to women's facilities, and the processing of applications

RECEIVED
SEP 07 2021
CCWF
GREIEVANCE OFFICE

STAFF USE ONLY

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☑ No, I have not attached any supporting documents. Reason: Existing laws referenced

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 9/02/21

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ________
☐ Accepted at the First Level of Review.
Assigned to: ________ Title: ________ Date Assigned: ________ Date Due: ________

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: ________ Interview Location: ________
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: ________ (Print Name) Title: ________ Signature: ________ Date completed: ________
Reviewer: ________ (Print Name) Title: ________ Signature: ________
Date received by AC: ________

AC Use Only
Date mailed/delivered to appellant ___ / ___ / ___

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted :** ______

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed : ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______ Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT** EMERGENCY
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: 160878 | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Chandler, Janine | X17395 | 514-19-03L | P.M. OPT |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** Muslim. I am not to be in close proximity with unrelated men, or in intimate situations with men, even if the men identify as women. This violates my 1st amendment and CA constitutional right (Article 1 Sec. 4) right to exercise my religion. If I object to sharing a cell with a man, or defend myself from attack, I risk being punished (RVR 115). I am subjected to a higher risk of violence, including rape, and being locked up with males is giving me flashbacks to my abusive husband. Sex offenders are allowed to transfer from men's prisons so they don't get raped or murdered, but we have nowhere to transfer to, to escape violent men and forced to live in constant fear. Those running the prison know how dangerous this situation is for us - many of the C/O's have said that there will be rapes, pregnancies and things will go wrong. They are correct - and I have a right to serve my time in a single-sex facility. Cal Penal Code 2605 & 2606 as implemented by CDCR violate my state and federal constitutional right to be free from cruel and unusual punishment, to safety and privacy under the CA constitution, my state and federal right to equal protection under the law, and it violates the P.R.E.A. National Standards 115.41, .42 & .43 because it does not consider the inherent danger that men pose to women regardless of their personal identity, especially men with violent histories, and it does not consider the inherent vulnerability of women to male violence.

Inmate/Parolee Signature: Chandler, Janine Date Submitted: 9/02/21

STAFF USE ONLY

RECEIVED
SEP 07 2021
CCWF
GREIEVANCE OFFICE

**B. Continuation of CDCR 602, Section B only (Action requested):** for transfers be halted. 3. That all males inmates in women's facilities (especially those with penises) and particularly violent and sex offenders be transferred back to their respective facilities. 4. Allow me to refuse contact, especially sharing a cell, with male inmates without disciplinary or retaliatory measures taken against me. 5. Let me exercise my free speech rights by not compelling me to pretend men are women, and my right to practice my religion by not sharing space with males (men).

Inmate/Parolee Signature: Chandler, Janine Date Submitted: 9/02/21

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** CHANDLER, JANINE SIMONE **Date:** 11/05/2021
**CDC#:** X17395
**Current Location:** CCWF-Facility D **Current Area/Bed:** D 514 1 - 019003L

**Log #:** 000000160878

**Claim #: 001**
**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service
**Housing Area/Parole Unit of Origin:**
**Category:** SB 132 **Sub-Category:** Other SB 132 - NOS

## I. CLAIM

It is the claimant's position they are refuting the implementation of Penal Code (PC) 2605 and 2606 pursuant to Senate Bill (SB) 132. Specifically, the claimant alleges they are a practicing Muslim and their religious beliefs prevent them from being in close proximity with men, in intimate situations, even if the men identify as women; therefore, the claimant alleges the transfer of transgender females (biological males with penises) violates the claimant's 1st Amendment rights to exercise their religion. The claimant also contends being housed with transgender females violates the claimant's state and federal constitutional right to be free from cruel and unusual punishment, to safety and privacy under the California Constitution, the state and federal right to equal protection under the law, and the Prison Rape Elimination Act (PREA) National Standards 115.41, 115.42, and 115.43 because it does not consider the inherent danger that men pose to women regardless of their personal identity, especially men with violent histories, nor does it consider the inherent vulnerability of women to male violence.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

California Penal Code (PC) 2605.
California Penal Code (PC) 2606.
Senate Bill (SB) 132 "The Transgender Respect, Agency and Dignity Act."
Memorandum dated December 18, 2020, titled SENATE BILL 132 IMPLEMENTATION, authored by Connie Gipson, Director of the Division of Adult Institutions.
Inmate Housing Request Flow Chart from Senate Bill 132 "The Transgender Respect, Agency, Dignity Act" PowerPoint presentation.

### B. DOCUMENTS CONSIDERED

Grievance 160878

## III. REASONING AND DECISION

Pursuant to Memorandum dated December 18, 2020, titled SENATE BILL 132 IMPLEMENTATION, authored by Connie Gipson, Director of Division of Adult Institutions, transgender, non-binary, or intersex inmates, regardless of anatomy, shall be housed at a correctional facility designated for men or women based on the individual's preference. The inmate's request for transfer shall be reviewed by an Institution Classification Committee (ICC) taking into consideration all available case factors. If the inmate's housing request is approved or endorsed, the inmate will be transferred to an appropriate Reception Center.

Pursuant to the California Penal Code (PC) Section 2606(a)(4), "An individual incarcerated by the Department of Corrections and Rehabilitation who is transgender, nonbinary, or intersex, regardless of anatomy shall: Have their perception of health and safety given serious consideration in any bed assignment, placement, or programming decision within the facility in which they are housed pursuant to paragraph (3) of subdivision (a) or subdivision (b), including, but not limited to, granting single-cell status, housing the individual with another incarcerated person of their choice, or removing the individual or individuals who pose a threat from any location where they may have access to the individual who has expressed a safety concern. If, pursuant to this paragraph, the individual is not granted an alternative based on their perception of health and safety, the department shall document the reasons for that denial and share them with the individual."

Pursuant to the California Code of Regulations (CCR), Title 15, Section 3269, "Inmates shall accept Inmate Hosing Assignments (IHAs) as directed by staff. It is the expectation that all inmates double cell, whether being housed in a Reception Center, General Populations (GP), an Administrative Segregation Unit (ASU), a Security Housing Unit (SHU), or specialty housing unit. If staff determines an inmate is suitable for double celling, based on the criteria as set forth in this section, the inmate shall accept the housing assignment or be subject to disciplinary action for refusing. IHAs shall be made on the basis of available documentation and individual case factors. Inmates are not entitled to single cell assignment, housing location of choice, or to a cellmate of their choice."

Inmate Chandler was interviewed on October 15, 2021, pertaining to this grievance claim. Inmate Chandler stated per her Muslim belief she cannot be housed with a male, even if the inmate identifies as a female. Inmate Chandler indicated the only way she could be housed with a male is if he is related by blood or by marriage. Inmate Chandler stated that she is not currently housed with a transgender inmate, but could be put in that position at any time.

A review of all available information as well as staff interviews reflects the claimant's religious beliefs have not been violated due to her currently not being housed with a male inmate per the claimant's statement during the interview process.

Therefore, this grievance is DISAPPROVED as staff did NOT violate policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
| --- | --- | --- |
| S. Zawolkow [ZASH001] | CDW | 11/04/2021 |

# EXHIBIT D

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CCWF | 64789 | |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIKKIA | WE4176 | 512/24 | GYM |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** 12/3/2020 IT WAS BROUGHT TO MY ATTENTION THE ACTION TAKEN BY THE STATE TO CREATE/PASS SB132 IS UNCONSTITUTIONAL RECKLESS, AND VIOLATES OUR CIVIL RIGHTS TO DUE PROCESS, EQUAL PROTECTION, SAFETY AND SECURITY AND SUBJECTS US TO CRUEL AND UNUSUAL PUNISHMENT.

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** VIOLENT NATAL MALE OFFENDERS WITH MALE GENITALIA PURPORTING TO BE TRANSWOMEN ARE UNSUPPORTED BY THOROUGH RESEARCH, STUDIES, AND LONG STANDING EMPIRICAL DATA TO CONFIRM SUCCESSFUL COHABITATION IN CCWF. THE TRULY TRANS WANT THEIR BODIES TO IDENTIFY WITH INWARD

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** IMMEDIATELY SUSPEND ANY/ALL PLANS AND COORDINATIONS TO TRANSFER NATAL MALE TRANS PEOPLE WITH PENISES TO CCWF. KEEP THESE PRISONERS IN THEIR CURRENT HOUSING LOCATIONS WHERE THEIR MENTAL HEALTH, MEDICAL, AND PHYSICAL NEEDS ARE CURRENTLY BEING MET. INVEST

RECEIVED
DEC 0 7 2020
CCWF
GRIEVANCE OFFICE

STAFF USE ONLY

**Supporting Documents: Refer to CCR 3084.3.**

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: AN ONLINE SEARCH OF THE ILLINOIS LOGAN'S FACILITY WILL PROVIDE EVIDENCE/EXAMPLE OF A WOMAN WHO WAS RAPED BY A NATAL MALE TRANS IN JUNE 2019 AND A LAWSUIT FILED FEB 2020 AFTER THE INSTITUTION FAILED MISERABLY TRYING TO COVER IT UP.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 12/7/2020

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

1 of 4

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12) **Side 2**

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

**Inmate/Parolee Signature:** ______________________ **Date Submitted :** ____________

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ____________ Title: ________ Date Assigned: ________ Date Due: ________

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ____________ Interview Location: ____________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ____________

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ____________ (Print Name) Title: ________ Signature: ____________ Date completed :________

Reviewer: ____________ (Print Name) Title: ________ Signature: ____________

Date received by AC: ____________

**AC Use Only**
**Date mailed/delivered to appellant** ____ /____ /____

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

**Inmate/Parolee Signature:** ______________________ **Date Submitted:** ____________

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ____________
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ____________

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ____ /____ /____

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______________________________________________
______________________________________________
______________________________________________
______________________________________________

____________ Inmate/Parolee Signature: ____________ Date:________

Print Staff Name: ____________ Title: ________ Signature:____________ Date:________

2 of 4

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR-0602-A (REV. 03/12)

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CCWF | 64789 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | GYM |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** FEELINGS SHOULD DIRECT THEIR FIGHT TOWARDS REASSIGNMENT SURGERY AND THEIR OWN INSTITUTION. THERE'S A GRAVE CONCERN VULNERABLE WOMEN WILL BE RAPED, IMPREGNATED, BATTERED, MAIMED, MURDERED, STALKED, AND PUT IN COMPROMISING POSITIONS OF SELF DEFENSE POTENTIALLY RECEIVING AN UNJUST CHARGE. THESE NATAL MALES ARE HARDENED COMING FROM AN EXTREMELY VIOLENT ENVIRONMENT FOR YEARS/DECADES, INSTITUTIONALIZED, AND CONDITIONED TO HAVE A HIGHER PROPENSITY TOWARDS VIOLENCE. THERE'S NO EVIDENCE THEY WILL BE SAFER IN A WOMEN'S FACILITY, WON'T RETURN TO LUSTFUL DESIRES AND PASSION FOR THE FEMALE ANATOMY, WHICH IS WHY HISTORICALLY NATAL MALE & FEMALES ARE SEPERATED IN PRISONS. STUDIES REVEAL 95% OF WOMEN IN PRISON HAVE EXPERIENCED MOLESTATION, RAPE, DOMESTIC VIOLENCE, AND OTHER PTSD INDUCED TRAUMA INFLICTED BY MEN. THE HEALING/REHAB PROCESSES WE HAVE UNDERTAKEN STANDS TO BE RELAPSED AND UPENDED BY NATAL MALES TRIGGERING, RE-TRAUMATIZING, AND ABUSING WOMEN AND OTHER TRANS PEOPLE IN CCWF. MANY INMATES ARE ALREADY TRIGGERED AND HAVE ANXIETY OVER THIS POTENTIAL HIJACKING OF CCWF. WE BELIEVE ALL PEOPLE SHOULD BE TREATED EQUAL AND HUMANELY IN A SAFE SPACE, BUT NOT AT THE EXPENSE AND INFRINGEMENT ~~ON~~ OUR SAFETY AND SECURITY. IT IS THE STATE'S ABSOLUTE RESPONSIBILITY TO PROTECT ITS CCWF WARDS, BUT THE STATE HAS ENABLED THE BREACH OF OUR SAFER PERIMETERS, CONSTITUTIONAL RIGHTS, AND UNDERMINED ITS FEDERAL FUNDING OBLIGATION TO DELIVER SUCCESSFULLY REHABILITATED INMATES FROM CCWF TO BE ASSETS TO OUR COMMUNITIES.

RECEIVED
DEC 07 2020
CCWF
GREIEVANCE OFFICE

STAFF USE ONLY

Inmate/Parolee Signature: [signature] Date Submitted: 12/7/2020

**B. Continuation of CDCR 602, Section B only (Action requested):** IN BUILDING UP THE SYSTEMS IN WHICH THEY CURRENTLY LIVE IN, IMPROVE UPON THE CURRENT MODEL, AND ADEQUATELY TRAIN ALL STAFF AND VOLUNTEERS THAT INTERACT WITH THEM DAILY. ADDITIONALLY THE STATE LEGISLATORS, GOVERNOR, AND SPECIAL INTEREST GROUPS THAT DRAFTED AND PASSED THIS UNCONSTITUTIONAL SB 132 SHOULD USE THE SAME EFFORTS THEY EXERTED TO BUILD THESE NATAL MALE TRANS THEIR OWN INSTITUTION OUTFITTED SPECIFICALLY TO MEET ALL THEIR UNIQUE NEEDS. A HOSTILE TAKE OVER OF A WOMEN'S FACILITY IS NOT THE ANSWER AND THEY SHOULD BE ASHAMED OF THEMSELVES CONSTANTLY ALLOWING AND ENABLING MEN TO TAKE FROM WOMEN.

"FixMe1st"

Inmate/Parolee Signature: [signature] Date Submitted: 12/7/2020

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR-0602-A (REV. 03/12) **Side 2**

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** ____________________

**Inmate/Parolee Signature:** ____________________ **Date Submitted:** ____________________

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** ____________________

**Inmate/Parolee Signature:** ____________________ **Date Submitted:** ____________________

4 of 4

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA **Date:** 12/15/2020
**CDC#:** WE4176
**Current Location:** CCWF-Facility C **Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000064789

**Claim #: 001**
**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service
**Housing Area/Parole Unit of Origin:**
**Category:** Offender Services **Sub-Category:** Other Services - NOS

**Decision: Pending Legal Matter**

# EXHIBIT E

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

**IAB USE ONLY** | Institution/Parole Region: | Log #: 135607 | Category:

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** C-YARD HABITUALLY DERELICT IN DUTIES; FAILING TO OPEN YARD SPECIFICALLY FOR 512 C&D WING.

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** RUNNING, AEROBICS, TRAINING, AND OTHER OUTDOOR SOCIAL ACTIVITIES ARE PART OF WHAT KEEPS MY MENTAL HEALTH IN GOOD CONDITION. C-YARD STAFF ARE DENYING ME MY RIGHT TO MAINTAIN MY SUCCESSFUL REHABILITATION PROCESS WHICH IS THE WHOLE

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** I REQUEST CAPABLE AND MOTIVATED STAFF BE REDIRECTED AS A PRIORITY TO ENSURE NOON MEALS ENDS AT 1330 HRS ON 512 C&D WING 1330 HRS YARD TIME, 1100 HRS YARD OPENS PROMPTLY, AND CHOW IS COMPLETED IN TIME FOR OUR EVENING 1900 HRS

STAFF USE ONLY

RECEIVED
JUL 06 2021
CCWF
GREIEVANCE OFFICE

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: AVSS FOOTAGE CAN BE REVIEWED FOR THE LAST 30 DAYS DURING 512 C&D WING YARD TIME (AND NIGHT TIME) TO SEE YARD IS CLOSED MORE THAN IT IS OPEN.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 7/6/2021

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ________
☐ Accepted at the First Level of Review.

Assigned to: ________ Title: ________ Date Assigned: ________ Date Due: ________

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ________ Interview Location: ________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ________ (Print Name) Title: ________ Signature: ________ Date completed: ________

Reviewer: ________ (Print Name) Title: ________ Signature: ________

Date received by AC: ________

**AC Use Only**
**Date mailed/delivered to appellant ___ / ___ / ___**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted :** ______

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed : ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___ /___ /___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___ /___ /___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______ Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 135607 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** OBJECTIVE AND MISSION OF CDCR. MY INABILITY TO REGULARLY ACCESS THE YARD THE TIMES I AM NOT WORKING 5 DAYS A WEEK, IS CAUSING ME UNNECESSARY ADDITIONAL STRESS THAT IS ADVERSELY AFFECTING MY BODY. I'VE HAD MY MENSTRUAL CYCLE OVER 8 MONTHS NON-STOP DUE TO STRESS WITHOUT MY NORMAL OUTLET. I'M GETTING STRESS BLISTERS ON MY SKIN THAT LEAVE SCARS. I DON'T NEED TO SEE MENTAL HEALTH, MEDICAL, OR TAKE MEDS. I NEED MY YARD TIME FOR STRESS MANAGEMENT. THE DOGS ON B YARD GET MORE YARD TIME THAN I DO. I UNDERSTAND THE MORALE IS LOW AND SEE A DIRECT CORRELATION WITH STAFF FAILING TO SHOW UP FOR WORK NOW THAT CCWF IS VIOLATING OUR CONSTITUTIONAL RIGHTS PLACING DANGEROUS MALE FAKE TRANSGENDERS IN THIS PRISON. I WARNED STAFF THIS WOULD HAPPEN AND THIS FORM OF SILENT PROTEST IS NEGATIVELY AFFECTING MY MENTAL HEALTH MANAGEMENT. THERE ARE OTHER MORE EFFECTIVE WAYS FOR STAFF TO PROTECT MEN PRISONERS IN A WOMEN'S FACILITY.

STAFF USE ONLY

RECEIVED
JUL 06 2021
CCWF
GREIEVANCE OFFICE

Inmate/Parolee Signature: [signature] Date Submitted: 7/6/2021

**B. Continuation of CDCR 602, Section B only (Action requested):** YARD TIME UNTIL CCWF IS ON NORMAL PROGRAM. IT IS EXPECTED STAFF CONTINUES TO OPEN THE YARD DAILY AND ON TIME DURING NORMAL PROGRAM AS WELL.

THOSE WHO DO SHOW UP TO WORK NEED TO BE REPRIMANDED FOR THEIR COMPLACENCY. THERE ARE TIMES WHERE THERE IS NOT A STAFF SHORTAGE AND STAFF REFUSES TO MANAGE C-YARD EFFECTIVELY TO PROMPTLY OPEN THE YARD.

Inmate/Parolee Signature: [signature] Date Submitted: 7/6/2021

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):

Inmate/Parolee Signature: Date Submitted:

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):

Inmate/Parolee Signature: Date Submitted:

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA **Date:** 08/31/2021

**CDC#:** WE4176

**Current Location:** CCWF-Facility C **Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000135607

**Claim #: 001**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:** C 512 1

**Category:** Offender Activities **Sub-Category:** Other Program - NOS

## I. CLAIM

It is the claimant's position inmates in Building 512 (C and D-wings) are being denied access to out-of-cell recreational yard time on Facility C due to staff shortages and lack of time management. The claimant alleges the lack of yard time is negatively impacting the claimant's mental health, ability to manage stress, and overall rehabilitation. The claimant further alleges staff are not reporting to work due to low morale and is a form of staff's "silent protest" against transgender female inmates transferring to CCWF from male institutions.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

CCWF Operational Procedure C-097- Restrictive Movement Procedure

### B. DOCUMENTS CONSIDERED

Building 512 Log Book entry dated, 7/06/2021.

Grievance LOG # 135607 Claim # 001

## III. REASONING AND DECISION

Upon review on 8/27/21, the preponderance of evidence gathered during the interviews with staff, and claimant, did not produce evidence of a violation of policy by staff at the Central California Women's Facility.

On 7/06/2021 Sergeant E. Garcia was assigned to Facility C Program Sergeant on second watch. Per Log book noted 7/06/2021, notes building 512 was modified. In addition, Per Workforce TeleStaff, shows building 509, 510, 511, 512 Floor 2 Officers were redirected leaving only the Floor 1 Officer assigned to the Facility C buildings. Post, C Sec PAT 2 was also redirected due to shortage of staff.

Per Log Book entry on Tuesday, July 6, 2021, notes that in building 512 at 1505 hours, C Wing and D Wing in building 512 received Day Room. Therefore, inmate Johnson did receive her day room on 7/06/2021.

Operational Procedure C-097 Restrictive Movement Procedure states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Based on the above, this claim is Disapproved, as there is no indication of a violation of Policy, procedure or training.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 08/30/2021 |

# EXHIBIT F

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

**IAB USE ONLY** | Institution/Parole Region: | Log #: 1568066 | Category:

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** WARDEN PALLARES STIRRING UP DISSENSION TRIGGERING MY SEVERE AND COMPLEX PTSD USING FALSEHOODS, LIES, BULLYING AND INTIMIDATION TACTICS, AND A PROPAGANDA VIDEO.

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** ON 8-23-21 APPROX 12 NOON AN EMOTIONAL INMATE NOTIFIED ME WARDEN PALLARES WAS SEEN IN A STATE VIDEO ON THE DAY ROOM TV CONVEYING A FALSE MESSAGE AND PERPETUATING THE LIE THAT CCWF INMATES ARE OKAY WITH BEING HOUSED WITH BIOLOGICAL MALE INMATES FROM VIOLENT MEN'S PRISONS.

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** I AM REQUESTING THIS PROPAGANDA VIDEO BE REMOVED FROM THE INMATE CLOSED CIRCUIT TV PROGRAMMING, AND AN INDEPENDENT AUDIT/REPORT BE PREPARED BY INTERNAL AFFAIRS AND INVESTIGATIVE SERVICES UNIT TO PROVIDE EVIDENCE BIOLOGICAL MALES FROM VIOLENT MEN'S PRISONS

STAFF USE ONLY

RECEIVED
AUG 26 2021
CCWF
GREIEVANCE OFFICE

**Supporting Documents: Refer to CCR 3084.3.**

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: THE INSTITUTION CAN VIEW THE PROPAGANDA VIDEO THEMSELVES AND THERE IS COPIOUS DOCUMENTATION OF THESE MEN BEING DISRUPTIVE, DIVISIVE, TAKEN TO ADSEG, INVESTIGATED BY ISU, INVESTIGATED FOR GETTING WOMEN PREGNANT, BULLYING, FIGHTING, DISPLACING WOMEN ETC.

Inmate/Parolee Signature: [signature] Date Submitted: 8/25/2021

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant ___ / ___ / ___**

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL**

CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ______________________ **Date Submitted :** ____________

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: __________ Date: __________ Date: __________ Date: __________
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______________ Title: __________ Date Assigned: __________ Date Due: ______________

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ______________ Interview Location: ______________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______________

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______________ (Print Name) Title: __________ Signature: ______________ Date completed : __________

Reviewer: ______________ (Print Name) Title: __________ Signature: ______________

Date received by AC: ______________

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______________________ **Date Submitted:** ____________

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: __________ Date: __________ Date: __________ Date: __________ Date: __________
☐ Cancelled (See attached letter) Date: ______________
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______________

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______________ Inmate/Parolee Signature: ______________________ Date: __________

Print Staff Name: ______________ Title: __________ Signature: ______________ Date: __________

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR-0602-A (REV. 03/12) Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 1568060 | |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** I AM TERRIFIED BY ALL THE DAMAGE THESE MEN ARE DOING TO WOMEN AND MY PROGRAM IN CCWF. I'M HAVING NIGHTMARES ANXIETY & PANIC ATTACKS THESE MEN WILL INVADE MY SPACE NEXT. I FEAR CCWF WILL DESTROY ME BEFORE I MAKE IT OUT. I AM ALREADY HERE FOR BEING FALSELY ACCUSED OF MURDERING MY ABUSIVE HUSBAND WHO WAS ATTEMPTING TO MURDER ME. I HAVE BEEN DIAGNOSED WITH SEVERE PTSD FROM ABUSE I SUFFERED WHILE ALSO WORKING A DEADLY, HAZARDOUS, AND TRAUMATIZING JOB. I WATCHED PALLARES STANDING BEHIND THIS HULK OF A MAN SHOT GUN WEDDING STYLE WHILE WOMEN SAT BEHIND HIM VISIBLY UNCOMFORTABLE AND SILENCED. I EXPERIENCED FLASHBACKS LIKE A SHELL SHOCKED SOLDIER RETURNING TO THE BATTLE FIELD UNDER ATTACK. ENOUGH IS ENOUGH I DON'T KNOW WHAT ELSE TO DO ABOUT ALL THE HARM AND OBSCENE DAMAGE WARDEN MICHAEL PALLARES, SECRETARY KATHLEEN ALLISON, GOVERNOR NEWSOM, CDCr, AND CCWF ARE CONTINUOUSLY CAUSING ME, SO I WILL BE FILING A LAWSUIT NAMING ALL MY ABUSERS ESPECIALLY THOSE CREATING OBSTACLES TO THE FREEDOM I RIGHTFULLY DESERVE. I WILL CONTINUE TO BLOW THE WHISTLE ON ALL THE INDIFFERENCE, NEGLIGENCE, AND IMPROPRIETIES I LEARN OF & EXPERIENCE UNTIL I AM RELEASED. UNTIL FREEDOM RINGS...

Inmate/Parolee Signature: [signature] Date Submitted: 8/25/2021

STAFF USE ONLY

RECEIVED
AUG 26 2021
CCWF
GREIEVANCE OFFICE

**B. Continuation of CDCR 602, Section B only (Action requested):** ARE CREATING SO MANY ISSUES WITH RAPE, VIOLENCE, BULLYING, SEXUAL HARASSMENT, SEXUAL INTERCOURSE, ORAL COPULATION, PREGNANCIES, FEMALE STAFF SEARCHES, EXPOSURE OF ERECT PENISES TO MEDICAL STAFF AND INMATES, THEFT, INVESTIGATIONS, ARRESTS, DISPLACING ENTIRE ROOMS/CELLS TO ACCOMMODATE ONE MAN ETC. IS CAUSING SO MUCH DISSENSION AND UNDERMINING THE REHABILITATION PROCESS FOR ME IT ALL AMOUNTS TO "PROGRAM FAILURE" AND RE-TRAUMATIZATION. SB132 IS A COMPLETE FAILURE CAUSING ME GRAVE EMOTIONAL, PSYCHOLOGICAL, PHYSIOLOGICAL, AND MENTAL HARM I FEAR WILL DEVELOP INTO STRESS INDUCED CANCERS IN THE NEAR FUTURE.

* THIS REPORT SHOULD INCLUDE EMPIRACLE DATA OF THE HIGH VOLUME OF STAFF VACANCIES BEING UP TO 20 OR MORE DURING THE PEAK OF THE COVID INFECTIONS OF OVER 500 TO THE INCREASE OF UP TO 46 OR MORE AFTER THE SB132 VIOLENT MALE OFFENDERS ARRIVED.

Inmate/Parolee Signature: [signature] Date Submitted: 8/25/2021

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** ______________________________

**Inmate/Parolee Signature:** ______________________________ **Date Submitted:** ______________

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** ______________________________

**Inmate/Parolee Signature:** ______________________________ **Date Submitted:** ______________

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA **Date:** 10/26/2021
**CDC#:** WE4176
**Current Location:** CCWF-Facility C **Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000156806

**Claim #: 001**
**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

## I. CLAIM

The claimant alleges on 8/23/21, at approximately 1200 hours, the claimant became aware of a "propaganda video" in which the claimant alleges Warden (A) M. Pallares stirred up dissension and triggered the claimant's Post-Traumatic Stress Disorder (PTSD) by using "falsehoods, lies, bullying, and intimidation tactics." Specifically, the claimant alleges the video reflects Warden (A) M. Pallares conveying a false message and perpetuating the lie that CCWF inmates are okay with being housed with biological male inmates from violent male prisons. The claimant contends in the video, Warden(A) M. Pallares is seen standing behind a "hulk of a man" while women sit behind him "visibly uncomfortable and silenced." The claimant claims they experienced flashbacks, nightmares, anxiety, and panic attacks after watching the video.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

CCR, Title 15, Section 3004 - Rights and Respect of Others
CCR, Title 15, Section 3391 - Employee Conduct
Senate Bill 132

### B. DOCUMENTS CONSIDERED

CDCR 602, OOG #156806
Video of town hall meeting, January 2021.
Senate Bill 132

## III. REASONING AND DECISION

During interviews with two staff and three inmate witnesses who were present at the town hall meeting, they denied that Warden(A) M. Pallares stirred up dissension or utilized bullying, and/or intimidation tactics in an attempt to silence the inmates who were present and who participated in the Senate Bill (SB) 132 town hall meeting. The inmate witnesses all stated they were not bullied, intimidated, or told what to say, and were allowed to speak freely. The information provided by the staff and inmate witnesses, as well as a review of the video recording of the SB 132 town hall meeting, directly refutes the claimant's allegations within Claim #1 of this grievance.

The claimant was interviewed and could not provide a specific example of the alleged misbehavior other than indicating that the mere presence of a transgender inmate at the meeting was an intimidation tactic.

Therefore, the preponderance of evidence does not support the claimant's allegations and this claim is disapproved.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| R. Ndoh [NDRO001] | AD | 10/22/2021 |

## Claim #: 002

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:**
**Category:** Offender Services **Sub-Category:** Allegation against Inmate/Parolee

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your correspondence. We determined that your correspondence was regarding an allegation against an inmate or parolee, which is outside the scope of the grievance process.

Your matter was or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

## Claim #: 003

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service
**Housing Area/Parole Unit of Origin:**
**Category:** SB 132 **Sub-Category:** Housing Placement

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at CCWF-Facility C received this claim on 08/26/2021.

California Code of Regulations, title 15, provides the Office of Grievances 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Grievances will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**APPEAL OF GRIEVANCE**

CDCR 602-2 (03/20)



| **STAFF USE ONLY** | **Appeal #:** ____ **Date Received:** ____<br>**Date Due:** ____<br>**Categories:** ____<br>**Grievance #:** 156806 |
|---|---|

**Claimant Name:** TOMIEKIA JOHNSON **CDCR #:** WE 4176

**Current Housing/Parole Unit:** 512-24-3LOW **Institution/Facility/Parole Region:** CCWF

☐ **There are no claims that can be appealed.**

☐ **The following claims cannot be appealed:**

REC BY OOA

NOV 05 2021

**Claim #s:**

*This is the process to appeal the decision made regarding a claim that is not listed above.*

**Claim #:** 001

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

*I am dissatisfied with the response I was given because* SEE ATTACHED DOCUMENT

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

IN DEPTH REBUTTLE ATTACHED.

**DISTRIBUTION** **Original:** Claimant's File **Copies:** DAI; DAPO, and Claimant

**Claim #:**____________________

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because*____________________

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** [signature] **Date Signed:** 10/30/21

**MAIL TO:**

Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: 1568066 | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TIMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** WARDEN PALLARES STIRRING UP DISSENSION TRIGGERING MY SEVERE AND COMPLEX PTSD USING FALSEHOODS, LIES, BULLYING AND INTIMIDATION TACTICS, AND A PROPAGANDA VIDEO.

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** ON 8-23-21 APPROX 12 NOON AN EMOTIONAL INMATE NOTIFIED ME WARDEN PALLARES WAS SEEN IN A STATE VIDEO ON THE DAY ROOM TV CONVEYING A FALSE MESSAGE AND PERPETUATING THE LIE THAT CCWF INMATES ARE OKAY WITH BEING HOUSED WITH BIOLOGICAL MALE INMATES FROM VIOLENT MEN'S PRISONS.

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** I AM REQUESTING THIS PROPAGANDA VIDEO BE REMOVED FROM THE INMATE CLOSED CIRCUIT TV PROGRAMMING, AND AN INDEPENDENT AUDIT/REPORT BE PREPARED BY INTERNAL AFFAIRS AND INVESTIGATIVE SERVICES UNIT TO PROVIDE EVIDENCE BIOLOGICAL MALES FROM VIOLENT MEN'S PRISONS

**Supporting Documents: Refer to CCR 3084.3.**

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: THE INSTITUTION CAN VIEW THE PROPAGANDA VIDEO THEMSELVES AND THERE IS COPIOUS DOCUMENTATION OF THESE MEN BEING DISRUPTIVE, DIVISIVE, TAKEN TO ADSEG, INVESTIGATED BY ISU, INVESTIGATED FOR GETTING WOMEN PREGNANT, BULLYING, FIGHTING, DISPLACING WOMEN ETC.

Inmate/Parolee Signature: [signature] Date Submitted: 8/25/2021

☐ **By placing my initials in this box, I waive my right to receive an interview.**

STAFF USE ONLY — RECEIVED AUG 26 2021 CCWF GREIEVANCE OFFICE — REC BY OOA NOV 05 2021

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

**Inmate/Parolee Signature:** ______________ **Date Submitted :** ______________

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ________ Title: ________ Date Assigned: ________ Date Due: ________

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ________ Interview Location: ________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ________ (Print Name) Title: ________ Signature: ________ Date completed : ________

Reviewer: ________ (Print Name) Title: ________ Signature: ________

Date received by AC: ________

**AC Use Only**
**Date mailed/delivered to appellant** ____/____/____

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

______________________________

______________________________

______________________________

______________________________

______________________________

**Inmate/Parolee Signature:** ______________ **Date Submitted:** ______________

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ________
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ____/____/____

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______________________________

______________________________

______________________________

______________________________

Inmate/Parolee Signature: ______________ Date: ________

Print Staff Name: ________ Title: ________ Signature: ________ Date: ________

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 1568066 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** I AM TERRIFIED BY ALL THE DAMAGE THESE MEN ARE DOING TO WOMEN AND MY PROGRAM IN CCWF. I'M HAVING NIGHTMARES ANXIETY & PANIC ATTACKS THESE MEN WILL INVADE MY SPACE NEXT. I FEAR CCWF WILL DESTROY ME BEFORE I MAKE IT OUT. I AM ALREADY HERE FOR BEING FALSELY ACCUSED OF MURDERING MY ABUSIVE HUSBAND WHO WAS ATTEMPTING TO MURDER ME. I HAVE BEEN DIAGNOSED WITH SEVERE PTSD FROM ABUSE I SUFFERED WHILE ALSO WORKING A DEADLY, HAZARDOUS, AND TRAUMATIZING JOB. I WATCHED PALLARES STANDING BEHIND THIS HULK OF A MAN SHOT GUN WEDDING STYLE WHILE WOMEN SAT BEHIND HIM VISIBLY UNCOMFORTABLE AND SILENCED. I EXPERIENCED FLASHBACKS LIKE A SHELL SHOCKED SOLDIER RETURNING TO THE BATTLE FIELD UNDER ATTACK. ENOUGH IS ENOUGH I DON'T KNOW WHAT ELSE TO DO ABOUT ALL THE HARM AND OBSCENE DAMAGE WARDEN MICHAEL PALLARES, SECRETARY KATHLEEN ALLISON, GOVERNOR NEWSOM, CDCr, AND CCWF ARE CONTINUOUSLY CAUSING ME, SO I WILL BE FILING A LAWSUIT NAMING ALL MY ABUSERS ESPECIALLY THOSE CREATING OBSTACLES TO THE FREEDOM I RIGHTFULLY DESERVE. I WILL CONTINUE TO BLOW THE WHISTLE ON ALL THE INDIFFERENCE, NEGLIGENCE, AND IMPROPRIETIES I LEARN OF & EXPERIENCE UNTIL I AM RELEASED. UNTIL FREEDOM RINGS...

Inmate/Parolee Signature: [signature] Date Submitted: 8/25/2021.

RECEIVED
AUG 26 2021
CCWF
GREIEVANCE OFFICE

STAFF USE ONLY

REC BY OOA
NOV 05 2021

**B. Continuation of CDCR 602, Section B only (Action requested):** ARE CREATING SO MANY ISSUES WITH RAPE, VIOLENCE, BULLYING, SEXUAL HARASSMENT, SEXUAL INTERCOURSE, ORAL COPULATION, PREGNANCIES, FEMALE STAFF SEARCHES, EXPOSURE OF ERECT PENISES TO MEDICAL STAFF AND INMATES, THEFT, INVESTIGATIONS, ARRESTS, DISPLACING ENTIRE ROOMS/CELLS TO ACCOMMODATE ONE MAN ETC. IS CAUSING SO MUCH DISSENSION AND UNDERMINING THE REHABILITATION PROCESS FOR ME IT ALL AMOUNTS TO "PROGRAM FAILURE" AND RE-TRAUMATIZATION. SB132 IS A COMPLETE FAILURE CAUSING ME GRAVE EMOTIONAL, PSYCHOLOGICAL, PHYSIOLOGICAL, AND MENTAL HARM I FEAR WILL DEVELOP INTO STRESS INDUCED CANCERS IN THE NEAR FUTURE.

* THIS REPORT SHOULD INCLUDE EMPIRICAL DATA OF THE HIGH VOLUME OF STAFF VACANCIES BEING UP TO 20 OR MORE DURING THE PEAK OF THE COVID INFECTIONS OF OVER 500 TO THE INCREASE OF UP TO 46 OR MORE AFTER THE SB132 VIOLENT MALE OFFENDERS ARRIVED.

Inmate/Parolee Signature: [signature] Date Submitted: 8/25/2021

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** ____________

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** ____________

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA **Date:** 10/26/2021
**CDC#:** WE4176
**Current Location:** CCWF-Facility C **Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000156806

**Claim #: 001**
**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

## I. CLAIM

The claimant alleges on 8/23/21, at approximately 1200 hours, the claimant became aware of a "propaganda video" in which the claimant alleges Warden (A) M. Pallares stirred up dissension and triggered the claimant's Post-Traumatic Stress Disorder (PTSD) by using "falsehoods, lies, bullying, and intimidation tactics." Specifically, the claimant alleges the video reflects Warden (A) M. Pallares conveying a false message and perpetuating the lie that CCWF inmates are okay with being housed with biological male inmates from violent male prisons. The claimant contends in the video, Warden(A) M. Pallares is seen standing behind a "hulk of a man" while women sit behind him "visibly uncomfortable and silenced." The claimant claims they experienced flashbacks, nightmares, anxiety, and panic attacks after watching the video.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

CCR, Title 15, Section 3004 - Rights and Respect of Others
CCR, Title 15, Section 3391 - Employee Conduct
Senate Bill 132

### B. DOCUMENTS CONSIDERED

CDCR 602, OOG #156806
Video of town hall meeting, January 2021.
Senate Bill 132

## III. REASONING AND DECISION

During interviews with two staff and three inmate witnesses who were present at the town hall meeting, they denied that Warden(A) M. Pallares stirred up dissension or utilized bullying, and/or intimidation tactics in an attempt to silence the inmates who were present and who participated in the Senate Bill (SB) 132 town hall meeting. The inmate witnesses all stated they were not bullied, intimidated, or told what to say, and were allowed to speak freely. The information provided by the staff and inmate witnesses, as well as a review of the video recording of the SB 132 town hall meeting, directly refutes the claimant's allegations within Claim #1 of this grievance.

The claimant was interviewed and could not provide a specific example of the alleged misbehavior other than indicating that the mere presence of a transgender inmate at the meeting was an intimidation tactic.

Therefore, the preponderance of evidence does not support the claimant's allegations and this claim is disapproved.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| R. Ndoh [NDRO001] | AD | 10/22/2021 |

## Claim #: 002

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:**
**Category:** Offender Services **Sub-Category:** Allegation against Inmate/Parolee

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your correspondence. We determined that your correspondence was regarding an allegation against an inmate or parolee, which is outside the scope of the grievance process.

Your matter was or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

## Claim #: 003

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service
**Housing Area/Parole Unit of Origin:**
**Category:** SB 132 **Sub-Category:** Housing Placement

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at CCWF-Facility C received this claim on 08/26/2021.

California Code of Regulations, title 15, provides the Office of Grievances 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Grievances will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

The women in the propaganda video are victims too. The staff are employed by warden Pallares and they fear him. They too are victims and I don't expect them to speak against Pallares. I conducted my own investigation and one staff witness I asked to speak out against warden Pallares' lies and manipulation, stated "I can't risk it." He is in fear of losing his job if he tells the truth on the record. He also said warden Pallares is lying to the public and reporters who ask why CCWf is habitually under staffed. He related Pallares gave the Public Information Officer Lt. Norman a direct order to lie to people who call CCWf inquiring about chronic staff shortages. He is told by Pallares to say CCWf is "fully staffed." The staff witness says he knows we aren't fully staffed as he has seen officers working past 20 hours in a 24hr period but can't risk coming forward to complain out of the same fear the staff at the so called "town hall meeting" are, deterred from telling the truth. Furthermore the women and staff present cannot speak for me or to my experience being triggered by what I saw. They aren't able to invalidate my fears and triggered complex and severe PTSD. I don't fear Pallares and I will stop at nothing to tell the truth. I say what I want to whom I want; truth to power. To the trained eye this meeting was strategically staged with men in front in robust fashion and women sitting silently in back in their rightful place. Pallares is postured to exert authority in the supporting role of a hulk of a man [redacted] who has hit two elderly women in the mouth, punched out biological male inmate [redacted] challenged C/O Cardenas when he told [redacted] he couldn't take excess canteen to AdSeg and [redacted] responded "this wouldn't happen in the men's prison!" [redacted] assaulted biological male inmate [redacted] and told him to leave his cell "like a lady" because he is supposed to have the 8 women cell he had female inmates evicted from for himself as a reward for becoming "enemies" with [redacted] while he simultaneously facilitates "Beyond Violence." [redacted] is a fraud and Pallares ignorantly and blindly supports this dangerous man which is why I am constantly triggered. These men intimidate me with their brutal encroachment on a place that was dangerous before they arrived. Pallares is one step up from these convict men he supports and therefore cannot be trusted to protect me. It should be known CCWf is not the appropriate environment to house these men. Pallares is functioning like a reckless and negligent foolhardy dictator which is a threat to my security, mental health and rehabilitation accomplishments. His allegiance is to Senator Wiener and not this vulnerable population nor his staff.

I am trying desperately to do everything I can to receive an early release based on merit and meeting all the stated objectives for CDCr CCWf Rehabilitation as an extraordinary, exemplary, model inmate with a near zero recidivism rate and it is no longer in the interest of justice to keep me falsely imprisoned beyond my successful rehabilitation.

"fixMeıst"

Nov. 1, 2021

TOMIEKIA JOHNSON # WE 4176
CCWF HOUSING # 512-24-3LOW
P.O. BOX 1508
CHOWCHILLA CA 93610

FRESNO CA 936
2 NOV 2021 PM 1 L



OFFICE OF APPEALS
DEPARTMENT OF CORRECTIONS AND REHABILITATION
P.O. BOX 942883
SACRAMENTO CA 95811

LEGAL MAIL

CENTRAL CALIFORNIA
WOMEN'S FACILITY
STATE PRISON

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA
**CDC#:** WE4176
**Current Location:** CCWF-Facility C

**Date:** 01/04/2022

**Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000156806

## Claim # 001

**Received at Institution/Parole Region:** Central California Women's Facility
**Submitted to Facility/Parole District:** CCWF-Facility C
**Housing Area/Parole Unit:**
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

### I. ISSUE ON APPEAL

Appellant alleges Warden Pallares stirred up dissention in a "propaganda video" regarding Senate Bill 132 transfers. Appellant alleges Warden Pallares conveys a false message that female inmates are in agreement as to housing with biological male inmates, and alleges Pallares is standing behind a "hulk of a man" while female inmates are "visibly uncomfortable and silenced."

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3391; Penal Code 2505 & 2506;

#### B. DOCUMENTS CONSIDERED

OGT log #156806; Video of Town Hall Meeting dated January 6, 2021; Staff/Inmate interviews in the Strategic Offender Management System;

### III. REASONING AND DECISION

A supervisorial review was conducted. The video recording and witness interviews refuted appellant's claim. The "hulk of a man" referenced by appellant is a transgender female inmate currently housed at Central California Women's Facility, and she speaks at the podium regarding her transfer from a male prison. There is no indication of bullying, intimidation, or other inappropriate behavior. The other female inmates in the video were interviewed, and stated they appeared voluntarily, were not coerced or otherwise restricted as to their statements, and were allowed to speak freely. Warden Pallares' statements regarding Senate Bill 132 transfers were consistent with law and current departmental policy. For these reasons, claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
| --- | --- | --- |
| H. Moseley [MOHO002] | Chief | 01/04/2022 |

# EXHIBIT G

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 163278 | |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512124 | WATCH OFFICE CLERK |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** ON 9/11/2021 I WAS FORCED TO "SELF-FEED" ONCE AGAIN, ROBBING ME OF MY OPPORTUNITY TO BEGIN MY DAY WITH A PEACEFUL WALK TO THE CHOW HALL AS A PART OF MY DAILY ROUTINE/STRUCTURE.

RECEIVED
SEP 13 2021
CCWF
GREIEVANCE OFFICE

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** I HAVE UNNECESSARY ANXIETY ASSOCIATED WITH THE UNCERTAINTY AND INCONSISTENCY OF "SELF-FEEDING." NOT KNOWING IF I CAN GO TO BREAKFAST EVERY MORNING INTERRUPTS MY SLEEP PATTERNS THAT ARE ALREADY COMPLICATED, MY MORNING MOOD, MORNING ROUTINE, AND STARTS MY DAY OFF STRESSFUL.

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** I HAVE RECOMMENDED CCWF/WARDEN PALLARES/ISU/... PREPARE A DATA REPORT FOR GOVERNOR NEWSOM AND SENATOR WIENER THAT PROVES SB132 HAS KILLED THE SPIRIT OF CCWF CAUSING MANY WOMEN TO SHARE IN THE SAME STRESS SYMPTOMS I SUFFER; TO PROVE "PROGRAM

**Supporting Documents: Refer to CCR 3084.3.**

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: PLEASE REFER TO CCWF DOCUMENTATION OF RANDOM SELF FEEDING THAT STARTED WITH THE COVID 19 PANDEMIC IN 2020, BUT IS LINGERING INTO SEPTEMBER 2021 WHEN WE HAVE ZERO COVID/DELTA VARIANT CASES; SEEING PSYCH ONLY TO RETURN TO SAME OR WORSE CONDITIONS.

STAFF USE ONLY

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 9/12/2021

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ________
☐ Accepted at the First Level of Review.

Assigned to: ________ Title: ________ Date Assigned: ________ Date Due: ________

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ________ Interview Location: ________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ________ (Print Name) Title: ________ Signature: ________ Date completed: ________

Reviewer: ________ (Print Name) Title: ________ Signature: ________

Date received by AC: ________

**AC Use Only**
**Date mailed/delivered to appellant ___ / ___ / ___**

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ____________ **Date Submitted :** ____________

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ____________ Title: ________ Date Assigned: ________ Date Due: ________

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ____________ Interview Location: ____________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ____________

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ____________ (Print Name) Title: ________ Signature: ____________ Date completed : ________

Reviewer: ____________ (Print Name) Title: ________ Signature: ____________

Date received by AC: ____________

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review., It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ________
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

____________ Inmate/Parolee Signature: ____________ Date: ________

Print Staff Name: ____________ Title: ________ Signature: ____________ Date: ________

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 163278 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** HAVING A CONSISTENT SCHEDULE THAT STARTS THE MOST IMPORTANT PART OF MY DAY WITH WALKING OUTSIDE TO TAKE IN FRESH AIR, THE SKY, THE SUN, AND SOCIAL INTERACTION ETC. IS VERY IMPORTANT TO MY OVERALL MENTAL HEALTH AND CONTINUOUS "SELF-FEEDING" IS DENYING ME THIS OPPORTUNITY. THIS ADDITIONAL STRESS IS CONTRIBUTING TO MY COMPLEX PTSD, HEADACHES, 11 MONTH NON STOP MENSTRUAL CYCLE, OVERLY HEAVY CYCLE (2 MONTHS), STRESS ACNE, BLISTERS, HIVES, SPORADIC VERTIGO, NIGHTMARES, INSOMNIA, INTERRUPTED SLEEP PATTERNS, FRAGMENTED MEMORY LOSS, FLUCTUATING WEIGHT, HAIR LOSS/THINNING, SEPARATION ANXIETY, ANXIETY ATTACKS, PANIC ATTACKS, ETC. ALL THESE ISSUES ARE A DIRECT RESULT TO SB132 MEN BEING HOUSED IN CCWF CREATING A "SILENT PROTEST" WITH STAFF THAT CREATE UPWARDS OF 51 VACANCIES ON ANY GIVEN DAY WHICH LEAVES CCWF DANGEROUSLY UNMANNED. THESE OCCURRENCES STEM FROM C/OS HOLDING OUT FOR PARITY PAY AS THEY ARE NOW ASKED TO POLICE MEN WITHOUT FINANCIAL COMPENSATION FOR THE HAZARD MEN PRESENT IN CDCR. HOWEVER THEIR HOLD OUT FROM WORK KEEPS THE PRISON CHRONICALLY MODIFIED WHICH UNDERMINES MY PROGRAM AND CAUSES ME THE AFOREMENTIONED HARM & ETC. THIS IS "TRANSFERRED INTENT" MEANT TO HARM CDCR/CCWF BUT BEFALLS ME THE ACTUAL VICTIM AS C/OS SEEK A DESIRED RESULT. I WILL BE ADDING THESE CIRCUMSTANCES TO MY OVERALL LAWSUIT AND CONTINUE TO FILE EGREGIOUS INDIFFERENT COMPLAINTS WHEN NECESSARY.

Inmate/Parolee Signature: [signature] Date Submitted: 9/12/2021

RECEIVED
SEP 13 2021
CCWF GREIEVANCE OFFICE

STAFF USE ONLY

**B. Continuation of CDCR 602, Section B only (Action requested):** FAILURE."; TO NO AVAIL. SO I RECOMMEND CCWF GIVES ME TOTAL RELIEF FROM THIS DESPERATE CRISIS CCWF IS IN AND FACILITATE MY EARLY AND IMMEDIATE RELEASE BASED ON MERIT, DISCIPLINARY FREE, EXTRAORDINARY CONDUCT, EXEMPLARY PROGRAM, ZERO RECIDIVISM RATE, NOT A THREAT TO SOCIETY, STAUNCH FAMILY SUPPORT, STELLAR DOMESTIC VIOLENCE RELAPSE PREVENTION PLAN, EMERGENCY PREPAREDNESS PLAN, VIABLE POST RELEASE PLAN, AND OTHER NECESSARY RESOURCES FOR SUCCESSFUL RE-ENTRY. THERE IS NO END IN SIGHT AS CCWF GROWS INCREASINGLY BARREN, NON-FUNCTIONAL, DYSFUNCTIONAL, NON-REHABILITATIVE, AND CONSISTENTLY WRONGFULLY DEPRIVING ME OF MY CIVIL RIGHTS. FURTHERMORE STAFF WHO WORK HARD TO INVALIDATE MY VULNERABLE FEELINGS, REJECT MY VALID CLAIMS, DISALLOW MY TRUTH ARE ADDING TO MY PAIN, SUFFERING, ANGUISH, PHYSICAL PAIN, ETC. WHEN I WANT WHATS BEST FOR EVERYONE.

Inmate/Parolee Signature: [signature] Date Submitted: 9/12/2021

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

**Inmate/Parolee Signature:** **Date Submitted:**

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** **Date Submitted:**

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA **Date:** 11/02/2021
**CDC#:** WE4176
**Current Location:** CCWF-Facility C **Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000163278

**Claim #: 001**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:** C 512 1
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

**I. CLAIM**

It is the claimant's position staff are silently protesting Senate Bill SB 132 by not reporting to work; therefore, resulting in modified programs due to staff shortages. The claimant contends they are being cell-fed due to staff shortages, causing an increase in Mental Health symptoms.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

CCR, Title 15, Section 3391, Employee Conduct.
Operational Procedure C-097 Restrictive Movement Procedure

**B. DOCUMENTS CONSIDERED**

CDCR 602 Inmate Grievance Form, Log # 164890 Claim# 001

**III. REASONING AND DECISION**

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant only stated her opinion regarding why CCWF had so many staff vacancies. The claimant further acknowledged that she understood why cell-feeding was necessary during extreme staff shortages and further understood that no policy was violated, however disagreed with the redirect policy.

Furthermore the interviews with staff reflect that all interviewed staff members when absent from work are not related to SB 132.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/01/2021 |

**Claim #: 002**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:** C 512 1

**Category:** Offender Resources **Sub-Category:** Other Resources - NOS

**I. CLAIM**

It is the claimant's position on 9/11/21, the claimant was cell-fed due to staff shortages.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Operational Procedure C-097 Restrictive Movement Procedure

**B. DOCUMENTS CONSIDERED**

CDCR 602 Inmate Grievance Form, Log # 163278 Claim# 002

Daily Activity Report (DAR) dated, 9/11/2021

**III. REASONING AND DECISION**

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant acknowledged that she understood why cell-feeding is necessary and further understood that no policy was violated, however disagreed with the redirect policy.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Furthermore the Facility Daily Activity Report (DAR) for September 11, 2021, indicated Facility C yard was modified due to staff shortages. No dayroom or recreation yard program were offered due to the staff shortages. The DAR also indicates that the morning meal was cell fed due to staff shortages.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 10/26/2021 |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**APPEAL OF GRIEVANCE**

CDCR 602-2 (03/20)



| **STAFF USE ONLY** | Appeal #: | Date Received: |
|---|---|---|
| | Date Due: | |
| | Categories: | |
| | Grievance #: 163278 | |

**Claimant Name:** ______ **CDCR #:** WE4176

**Current Housing/Parole Unit:** ______ **Institution/Facility/Parole Region:** ______

☐ **There are no claims that can be appealed.**

☐ **The following claims cannot be appealed:**

REC BY OOA

NOV 10 2021

**Claim #s:**

*This is the process to appeal the decision made regarding a claim that is not listed above.*

**Claim #:** 001

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

*I am dissatisfied with the response I was given because* THE GRIEVANCE AUTHORITY IS MAKING IT DIFFICULT TO KNOW WHAT PART OF MY GRIEVANCES ARE BEING ADDRESSED IN THE "CLAIM" BREAKDOWN ESCAPING ACCOUNTABILITY. THEY USE CUSTODY WITNESSES TO REFUTE MY CLAIMS OF "SILENT PROTEST" BUT WON'T VALIDATE THE CUSTODY WITNESS STATEMENTS I USE TO SUBSTANTIATE MY CLAIMS OFFICERS HUDDLE UP TO PLAN ABSENCES UTILIZING COVID-19 EXPOSURE AS A FALSE EXCUSE. I HAVE REQUESTED AN AUDIT WHERE EVIDENCE IS COLLECTED TO PROVE SB132 VIOLENT MALE OFFENDERS ARE CAUSING DRAMATIC DISRUPTIONS IN PROGRAMMING THAT AMOUNTS TO NOT ONLY SB132 BEING A "PROGRAM FAILURE" BUT NOW CCWF AS A REHABILITATION HUB ALSO A "PROGRAM FAILURE." I'VE REQUESTED PROGRAM FAILURE DATA TO BE PUT IN A REPORT AND FORWARDED TO SENATOR WIENER AND GOVERNOR NEWSOM, THE AUTHORS OF SB132 SO THEY CAN SEE FOR THEMSELVES IT IS FAILING CCWF UNDERMINING SUCCESSFUL REHABILITATION. THEY REFUSE TO ILLUSTRATE TRUTH OUT OF FEAR WHICH IS ALSO WHY I CONTINUOUSLY EXERCISE MY RIGHT TO REQUEST IMMEDIATE RELEASE FROM TORTURE AS THERE IS "NO IMPROVEMENT." I AM FIGHTING FOR ALL OF CCWF BUT THEY MAKE IT HARD NOT DOING THEIR PART TO JUSTIFY RECALLING SB132 BY EVEN ITS AUTHORS AND STAUNCH SUPPORTERS WHO ARE MORE DIVIDED THAN EVER BEFORE, AND A HOUSE DIVIDED CANNOT STAND.

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

PER A CCWF LIEUTENANT I CAN HAVE THE MADERA COUNTY JUDGE I FILED AN EMERGENCY INJUNCTION BY PROVIDED WITH ACCESS SOMS TO SEE ALL THE PROFUSE INCIDENTS INVOLVING SB132 MEN WHO USE WB CDC NUMBERS.

**DISTRIBUTION** **Original:** Claimant's File **Copies:** DAI, DAPO, and Claimant

**APPEAL OF GRIEVANCE**
**CDCR 602-2 (03/20)**



**Claim #:** 002

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* THE GRIEVANCE AUTHORITY FAILED TO ADDRESS MY PROFUSE REQUEST TO HAVE MY EARLY ÷ IMMEDIATE FACILITATED BASED ON MERIT AND THEIR INABILITY TO IMPROVE MY DANGEROUS, TOXIC, UNPREDICTABLE, UNRONICALLY MODIFIED/LOCKED DOWN, AND ABUSIVE ENVIRONMENT, I HAVE THE RIGHT TO CONTINUOUSLY GRIEVE WHEN THERE IS "NO IMPROVEMENT." I HAVE OVER 19,413 SIGNATURES FOR CLEM ON CHANGE.ORG AND OVER $100,000 COLLECTED IN DONATIONS; OVER 41,000 LIKES FOR CLEMENCY ON INSTAGRAM WEAREPUSHBLACK PLATFORM AND OVER $26,900 COLLECTED IN DONATIONS; APPROXIMATELY 17,000 VIEWS I MY INTERVIEW WITH "RUSSIA TODAY" REGARDING BEING PURPOSELY HOUSED WITH KNOWN VIOLENT NATAL MALE INMA [redacted] BECAUSE STAFF THOUGHT IT FUNNY TO JOKE BET ON HOW LONG I, A FORMER CALIFORNIA HIGHWAY PATROL OFFICER, COULD LAST IN [redacted] CELL, WHERE HE PSYCHOLOGICALLY TORTURED ME FOR MONTHS, AND I WAS CONTACTED AGAIN BY GOVERNOR NEWSOM'S CLEMENCY OFFICE TO CONGRATULATE ME ON BEING THE CLEMENCY CANDIDATE RECEIVING THE MOST PUBLIC CONSTITUENT COMMENTS OF ALL CANDIDATES IN CALIFORNIA GENERATED BY JUSTICE LA COALITION'S PLATFORM FOR CAMPAIGN #BRINGTONIEKIAHOME. I HAVE A NEAR ZERO RECIDIVISM RATE, JOB OFFERS, STAUNCH FAMILY SUPPORT, A SAFE PLACE TO LIVE, TRANSPORTATION, VIABLE POST RELEASE PLANS, A VERY ENGAGED DOMESTIC VIOLENCE SPONSOR/RELAPSE PREVENTION PLAN, I AM COUNSELED BY 2 SOCIAL WORKERS FOR GR, HEALTH BENEFITS AND OTHER RESOURCES, I AM NOT A THREAT TO SOCIETY, IT IS NOT IN THE INTEREST OF JUSTICE TO KEEP ME WRONGLY INCARCERATED, AND I AM VALUE SOC[illegible]

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** [signature] **Date Signed:** 11/5/2021

**MAIL TO:**

Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: 163278 | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** ON 9/11/2021 I WAS FORCED TO "SELF FEED" ONCE AGAIN, ROBBING ME OF MY OPPORTUNITY TO BEGIN MY DAY WITH A PEACEFUL WALK TO THE CHOW HALL AS A PART OF MY DAILY ROUTINE/STRUCTURE.

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** I HAVE UNNECESSARY ANXIETY ASSOCIATED WITH THE UNCERTAINTY AND INCONSISTENCY OF "SELF-FEEDING." NOT KNOWING IF I CAN GO TO BREAKFAST EVERY MORNING INTERRUPTS MY SLEEP PATTERNS THAT ARE ALREADY COMPLICATED, MY MORNING MOOD, MORNING ROUTINE, AND STARTS MY DAY OFF STRESSFUL.

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** I HAVE RECOMMENDED CCWF/WARDEN [illegible]/ISU/... PREPARE A DATA REPORT FOR GOVERNOR NEWSOM AND SENATOR WIENER THAT PROVES SB132 HAS KILLED THE SPIRIT OF CCWF CAUSING MANY WOMEN TO SHARE IN THE SAME STRESS SYMPTOMS I SUFFER; TO PROVE "PROGRAM

**Supporting Documents: Refer to CCR 3084.3.**

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: PLEASE REFER TO CCWF DOCUMENTATION OF RANDOM SELF FEEDING THAT STARTED WITH THE COVID 19 PANDEMIC IN 2020, BUT IS LINGERING INTO SEPTEMBER 2021 WHEN WE HAVE ZERO COVID/DELTA VARIANT CASES; SEEING PSYCH ONLY TO RETURN TO SAME OR WORSE CONDITIONS.

Inmate/Parolee Signature: [signature] Date Submitted: 9/12/2021

☐ **By placing my initials in this box, I waive my right to receive an interview.**

RECEIVED
SEP 13 2021
CCWF
GREIEVANCE OFFICE

STAFF USE ONLY

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ________
☐ Accepted at the First Level of Review.

Assigned to: ________ Title: ________ Date Assigned: ________ Date Due: ________

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ________ Interview Location: ________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ________ (Print Name) Title: ________ Signature: ________ Date completed: ________

Reviewer: ________ (Print Name) Title: ________ Signature: ________

Date received by AC: ________

AC Use Only
Date mailed/delivered to appellant ___/___/___

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted :** ______

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed : ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review., It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______ Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 163278 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLARK |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** HAVING A CONSISTENT SCHEDULE THAT STARTS THE MOST IMPORTANT PART OF MY DAY WITH WALKING OUTSIDE TO TAKE IN FRESH AIR, THE SKY, THE SUN, AND SOCIAL INTERACTION ETC. IS VERY IMPORTANT TO MY OVERALL MENTAL HEALTH AND CONTINUOUS "SELF-FEEDING" IS DENYING ME THIS OPPORTUNITY. THIS ADDITIONAL STRESS IS CONTRIBUTING TO MY COMPLEX PTSD, HEADACHES, 11 MONTH NON STOP MENSTRUAL CYCLE, OVERLY HEAVY CYCLE (2 MONTHS), STRESS ACNE, BLISTERS, HIVES, SPORADIC VERTIGO, NIGHTMARES, INSOMNIA, INTERRUPTED SLEEP PATTERNS, FRAGMENTED MEMORY LOSS, FLUCTUATING WEIGHT, HAIR LOSS/THINNING, SEPARATION ANXIETY, ANXIETY ATTACKS, PANIC ATTACKS, ETC. ALL THESE ISSUES ARE A DIRECT RESULT TO SB132 MEN BEING HOUSED IN CCWF CREATING A "SILENT PROTEST" WITH STAFF THAT CREATE UPWARDS OF 51 VACANCIES ON ANY GIVEN DAY WHICH LEAVES CCWF DANGEROUSLY UNMANNED. THESE OCCURRENCES STEM FROM C/OS HOLDING OUT FOR PARITY PAY AS THEY ARE NOW ASKED TO POLICE MEN WITHOUT FINANCIAL COMPENSATION FOR THE HAZARD MEN PRESENT IN CDCR. HOWEVER THEIR HOLD OUT FROM WORK KEEPS THE PRISON CHRONICALLY MODIFIED WHICH UNDERMINES MY PROGRAM AND CAUSES ME THE AFOREMENTIONED HARM & ETC. THIS IS "TRANSFERRED INTENT" MEANT TO HARM CDCR/CCWF BUT BEFALLS ME THE ACTUAL VICTIM AS C/OS SEEK A DESIRED RESULT. I WILL BE ADDING THESE CIRCUMSTANCES TO MY OVERALL LAWSUIT AND CONTINUE TO FILE EGREGIOUS INDIFFERENT COMPLAINTS WHEN NECESSARY.

Inmate/Parolee Signature: [signature] Date Submitted: 9/12/2021

RECEIVED
SEP 13 2021
CCWF
GREIEVANCE OFFICE

STAFF USE ONLY

**B. Continuation of CDCR 602, Section B only (Action requested):** FAILURE."; TO NO AVAIL. SO I RECOMMEND CCWF GIVES ME TOTAL RELIEF FROM THIS DESPERATE CRISIS CCWF IS IN AND FACILITATE MY EARLY AND IMMEDIATE RELEASE BASED ON MERIT, DISCIPLINARY FREE, EXTRAORDINARY CONDUCT, EXEMPLARY PROGRAM, ZERO RECIDIVISM RATE, NOT A THREAT TO SOCIETY, STAUNCH FAMILY SUPPORT, STELLAR DOMESTIC VIOLENCE RELAPSE PREVENTION PLAN, EMERGENCY PREPAREDNESS PLAN, VIABLE POST RELEASE PLAN, AND OTHER NECESSARY RESOURCES FOR SUCCESSFUL REENTRY. THERE IS NO END IN SIGHT AS CCWF GROWS INCREASINGLY BARREN, NON-FUNCTIONAL, DYSFUNCTIONAL, NON-REHABILITATIVE, AND CONSISTENTLY WRONGFULLY DEPRIVING ME OF MY CIVIL RIGHTS. FURTHERMORE STAFF WHO WORK HARD TO INVALIDATE MY VULNERABLE FEELINGS, REJECT MY VALID CLAIMS, DISALLOW MY TRUTH ARE ADDING TO MY PAIN, SUFFERING, ANGUISH, PHYSICAL PAIN, ETC. WHEN I WANT WHATS BEST FOR EVERYONE.

Inmate/Parolee Signature: [signature] Date Submitted: 9/12/2021

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA **Date:** 11/02/2021
**CDC#:** WE4176
**Current Location:** CCWF-Facility C **Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000163278

**Claim #: 001**
**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:** C 512 1
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

## I. CLAIM

It is the claimant's position staff are silently protesting Senate Bill SB 132 by not reporting to work; therefore, resulting in modified programs due to staff shortages. The claimant contends they are being cell-fed due to staff shortages, causing an increase in Mental Health symptoms.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

CCR, Title 15, Section 3391, Employee Conduct.
Operational Procedure C-097 Restrictive Movement Procedure

### B. DOCUMENTS CONSIDERED

CDCR 602 Inmate Grievance Form, Log # 164890 Claim# 001

## III. REASONING AND DECISION

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant only stated her opinion regarding why CCWF had so many staff vacancies. The claimant further acknowledged that she understood why cell-feeding was necessary during extreme staff shortages and further understood that no policy was violated, however disagreed with the redirect policy.

Furthermore the interviews with staff reflect that all interviewed staff members when absent from work are not related to SB 132.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/01/2021 |

**Claim #: 002**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:** C 512 1
**Category:** Offender Resources **Sub-Category:** Other Resources - NOS

**I. CLAIM**

It is the claimant's position on 9/11/21, the claimant was cell-fed due to staff shortages.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Operational Procedure C-097 Restrictive Movement Procedure

**B. DOCUMENTS CONSIDERED**

CDCR 602 Inmate Grievance Form, Log # 163278 Claim# 002

Daily Activity Report (DAR) dated, 9/11/2021

**III. REASONING AND DECISION**

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant acknowledged that she understood why cell-feeding is necessary and further understood that no policy was violated, however disagreed with the redirect policy.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Furthermore the Facility Daily Activity Report (DAR) for September 11, 2021, indicated Facility C yard was modified due to staff shortages. No dayroom or recreation yard program were offered due to the staff shortages. The DAR also indicates that the morning meal was cell fed due to staff shortages.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 10/26/2021 |

c/o S. Ochoa [signature] 11/05/21

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

TUMIEKIA JOHNSON #WE 4176
CCWF HOUSING # 512-24-3LOW
P.O. BOX 1508
CHOWCHILLA CA 93610

FRESNO CA 936
8 NOV 2021 PM 1 L




CHIEF, INMATE APPEALS BRANCH
DEPARTMENT OF CORRECTIONS AND REHABILITATION
P.O. BOX 942883

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA
**CDC#:** WE4176
**Current Location:** CCWF-Facility C

**Date:** 01/10/2022

**Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000163278

## Claim # 001

**Received at Institution/Parole Region:** Central California Women's Facility
**Submitted to Facility/Parole District:** CCWF-Facility C
**Housing Area/Parole Unit:** C 512 1
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals received this claim on 11/10/2021.

California Code of Regulations, title 15, provides the Office of Appeals 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Appeals will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

## Claim # 002

**Received at Institution/Parole Region:** Central California Women's Facility
**Submitted to Facility/Parole District:** CCWF-Facility C
**Housing Area/Parole Unit:** C 512 1
**Category:** Offender Resources **Sub-Category:** Other Resources - NOS

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals received this claim on 11/10/2021.

California Code of Regulations, title 15, provides the Office of Appeals 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Appeals will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

# EXHIBIT H

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 163815 | |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE 4176 | 512/24 | WATCH OFFICE CLERK |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** CHRONIC YARD CLOSURE SPECIFICALLY FOR ME IN C/D SCHEDULING, CONTRIBUTING TO MY COMPLEX PTSD STEMMING FROM BEING A DOMESTIC VIOLENCE SURVIVOR WITH VARIOUS STRESS RELATED SYMPTOMS,

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** ON 9/5; 9/9; 9/13-2021 THE YARD DID NOT OPEN FOR C/D WING IN 512. I AM TOLD 29 OFFICERS CALLED OFF FROM WORK, YESTERDAY 19, AND CCWF CAN HAVE UPWARD OF 51 VACANCIES ON ANY GIVEN DAY. THESE CHRONIC ABSENCES ARE UNDERMINING MY PROGRAM.

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** I REQUEST A "YARD CHRONO" SO I CAN USE THE YARD ANYTIME THERE IS A PROGRAM OPERATING ON THE YARD; A "PROGRAM FAILURE" LETTER/MEMO BE SENT TO GOVERNOR NEWSOM ASKING/DEMANDING HE RECALL SB132 THE SAME WAY HE UNILATERALLY PASSED IT WITHOUT SENDING IT TO

RECEIVED
SEP 14 2021
CCWF
GREIEVANCE OFFICE

STAFF USE ONLY

**Supporting Documents: Refer to CCR 3084.3.**

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: CCWF HAS ENOUGH EVIDENCE SB132 MEN HOUSED IN CCWF IS A "PROGRAM FAILURE" TO COMPLETE A REPORT AND SEND IT TO GOVERNOR NEWSOM, SENATOR WIENER, THE COURTS WHERE THE NEFARIOUS HARMFUL LAWSUITS ARE FILED, AND TO THE IRRESPONSIBLE LGBTQ+ ATTORNEY'S ABUSING THEIR POWER TO IMPROPERLY FILE LAW SUITS, THAT HARM US/ME.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 9/13/2021

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted :** ______

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed : ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___ / ___ / ___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___ / ___ / ___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______ Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: 163815 | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** AT THE ROOT OF THIS PROBLEM ARE SB132 MEN BEING HOUSED IN CCWF. STAFF HAVE BEEN SILENCED AND HAD THEIR 1ST AMEND. RIGHTS OF FREE SPEECH IMPEACHED WHICH LEAVES THEM UNABLE TO ACKNOWLEDGE SB132 MEN AS THE SOURCE OF THIS DEBILITATING PROBLEM, SO I WILL. AT THE PEAK OF THE COVID-19 PANDEMIC CCWF HAD VACANCIES ONLY IN THE 20'S BUT SINCE MEN SHOWED UP AFTER JAN 2021 AND COVID CASES SUBSIDED TO ONLY 2 OR 3 CASES (DELTA VARIANT) IN THE SUMMER OF 21', THE VACANCIES SKYROCKETED. THE MEN ARE THE COMMON DENOMINATOR WITH VACANCY INFLUX NOT COVID 19/DELTA VARIANT. SB132 IS A WAR ON WOMEN BY A SMALL BUT LOUD GROUP OF LGBTQ+ PEOPLE CREATING A "GAY AGENDA" MOVEMENT TO PUSH MEN'S RIGHTS: BRO CODE DISGUISING THEM AS CIVIL RIGHTS TO HARM WOMEN, TAKE OVER OUR SPACES, ROLES, POSITIONS, AND ESSENCE IN CCWF AND SOCIETY. THIS HATE GROUP IS PITTING STAFF, INMATES, AND MEN FROM THEIR OWN GROUP AGAINST EACH OTHER AND USING FEAR OF LAWSUITS TO DOMINATE THE WHOLE PRISON AND SOCIETY. IF THIS INFILTRATION ISN'T STOPPED "TRANS" PEOPLE WILL DOMINATE ALPHA MEN AND COERCE MORE LITTLE BOYS TO "DEVELOP" INTO "GIRLS" SO THEY CAN ALL CONTINUE TO THRIVE AND TAKE OVER. THIS CRISIS IS SETTING ALL MY POSITIVE SUCCESSFUL PROGRAMMING/WORK BACK, STAGNATING MY PROGRESS, AND UNDERMINING MY OPPORTUNITIES TO MAINTAIN PROPER MENTAL, PHYSICAL, PHYSIOLOGICAL, EMOTIONAL, AND FAMILIAL HEALTH; CONTRIBUTING TO MY HEADACHES, 11 MONTH NONSTOP MENSTRUAL CYCLE, NERVE PAIN, INSOMNIA, NIGHTMARES, ANXIETY/PANIC ATTACKS, VERTIGO, AND FURTHER COMPLICATING MY COMPLEX-PTSD

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 9/13/2021

STAFF USE ONLY

RECEIVED
SEP 14 2021
CCWF
GREIEVANCE OFFICE

**B. Continuation of CDCR 602, Section B only (Action requested):** THE BALLOT FOR VOTERS TO NOT VOTE FOR IT TO PASS AND WITHOUT PEOPLE WHO WANT TO HELP CCWF OUT OF THIS CRISES BEING DRAINED OF RESOURCES BY TRYING TO HAVE REPEAL SB132 VIA STOPSB132.COM TO RAISE MILLIONS OF DOLLARS AND OBTAIN MILLIONS OF SIGNATURES TO GET A MEASURE ON THE 2022 (NOV.) BALLOT.

I REQUEST A FULL REVIEW OF MY C-FILE AND RESUME AND THE FACILITY EXHAUST ALL OPTIONS TO SUCCESSFULLY UTILIZE LAWS LIKE 1170(d)(1), CLEMENCY, PARDON, ETC. TO FACILITATE AN EARLY RELEASE BASED ON MERIT, LAW, AND "EMERGENCY!"; FOR A REMARKABLE PRISONER THIS CRISIS IS DESTROYING WHEN IT SHOULD BE RELEASING AT THIS CURRENT POINT OF SUCCESSFUL REHABILITATION THAT MAKES ME A NON THREAT TO SOCIETY, PUTS ME AT A ZERO RECIDIVISM RATE, IS IN THE INTEREST OF JUSTICE AS THERE IS NO THREAT EXISTING TO KEEP MY FURTHER INCARCERATED. WARDEN PALLARES, SECRETARY ALLISON AND GOV. NEWSOM ALL USE "EMERGENCY" WHEN IT BENEFITS THEM.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 9/13/2021

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR-0602-A (REV. 03/12)

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA **Date:** 11/02/2021
**CDC#:** WE4176
**Current Location:** CCWF-Facility C **Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000163815

**Claim #: 001**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:** C 512 1
**Category:** Offender Activities **Sub-Category:** Other Program - NOS

**I. CLAIM**

It is the claimant's position on 9/5/21, the claimant was denied access to recreational yard time due to staff shortages.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Operational Procedure C-097 Restrictive Movement Procedure

**B. DOCUMENTS CONSIDERED**

CDCR 602 Inmate Grievance Form, Log # 163815 Claim# 001

Daily Activity Report (DAR) dated, 9/5/2021

**III. REASONING AND DECISION**

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant acknowledged that she understood why the recreation yard was closed and further understood that no policy was violated, however disagreed with the redirect policy.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Furthermore the Facility Daily Activity Report (DAR) for September 5, 2021, indicated Facility C yard was modified due to staff shortages. No dayroom or recreation yard program were offered due to the staff shortages.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/01/2021 |

**Claim #: 002**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:** C 512 1
**Category:** Offender Activities **Sub-Category:** Other Program - NOS

## I. CLAIM

It is the claimant's position on 9/9/21, the claimant was denied access to recreational yard time due to staff shortages.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Operational Procedure C-097 Restrictive Movement Procedure

### B. DOCUMENTS CONSIDERED

CDCR 602 Inmate Grievance Form, Log # 163815 Claim# 002

Daily Activity Report (DAR) dated, 9/9/2021

## III. REASONING AND DECISION

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant acknowledged that she understood why the recreation yard was closed and further understood that no policy was violated, however disagreed with the redirect policy.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Furthermore the Facility Daily Activity Report (DAR) for September 9, 2021, indicated Facility C yard was modified due to staff shortages. No dayroom or recreation yard program were offered due to the staff shortages.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/01/2021 |

**Claim #: 003**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:** C 512 1

**Category:** Offender Activities **Sub-Category:** Other Program - NOS

**I. CLAIM**

It is the claimant's position on 9/13/21, the claimant was denied access to recreational yard time due to staff shortages.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Operational Procedure C-097 Restrictive Movement Procedure

**B. DOCUMENTS CONSIDERED**

CDCR 602 Inmate Grievance Form, Log # 163815 Claim# 003

Daily Activity Report (DAR) dated, 9/13/2021

**III. REASONING AND DECISION**

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant acknowledged that she understood why the recreation yard was closed and further understood that no policy was violated, however disagreed with the redirect policy.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Furthermore the Facility Daily Activity Report (DAR) for September 13, 2021, indicated Facility C yard was modified due to staff shortages. No dayroom or recreation yard program were offered due to the staff shortages.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/01/2021 |

**Claim #: 004**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:**

**Category:** General Employee Performance **Sub-Category:** Substandard Performance

**Category:** General Employee Performance **Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at CCWF-Facility C has received your claim.

Your claim is being rejected by Office of Grievances for the reason(s) indicated below.

Your Claim alleging due to Senate Bill SB 132, staff are performing a silent protest and not reporting to work causing a shortage of staff was reviewed and deemed to meet rejection criteria due to being a duplicate to Grievance Log# 163278, pursuant to the California Code of Regulations (CCR), Title 15, Section 3487(a)(3). You will receive a Grievance Response to Grievance Log# 163278 on/before 11/3/21.

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at CCWF-Facility C.

**Decision: Rejected**

(1.) Your claim is substantially duplicative of a prior claim already submitted by you that is in process or has been answered.

## Claim #: 005

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:**

**Category:** SB 132 **Sub-Category:** Other SB 132 - NOS

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your correspondence. We determined that your correspondence was regarding an allegation against an inmate or parolee, which is outside the scope of the grievance process.

Your matter was or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

## Claim #: 006

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service

**Housing Area/Parole Unit of Origin:**

**Category:** Offender Case Records **Sub-Category:** Eligibility Review for Early Parole or Release

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your request. We determined that your request for an interview, item, assistance, or service, is outside the scope of the grievance process.

Your request has or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION

**APPEAL OF GRIEVANCE**

CDCR 602-2 (03/20)



| **STAFF USE ONLY** | Appeal #: ____ Date Received: ____ |
|---|---|
| | Date Due: |
| | Categories: |
| | Grievance #: 163815 |

Claimant Name: ____ CDCR #: WE4176

Current Housing/Parole Unit: ____ Institution/Facility/Parole Region: ____

☐ There are no claims that can be appealed.

☐ The following claims cannot be appealed:

Claim #s:

REC BY OOA

NOV 10 2021

*This is the process to appeal the decision made regarding a claim that is not listed above.*

Claim #: 001/002

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

*I am dissatisfied with the response I was given because* IN THE AREAS THE GRIEVANCE AUTHORITY STATES MY CLAIM IS "SUBSTANTIALLY DUPLICATIVE" I SAY THE FACT "NO IMPROVEMENT" OF THE EMOTIONALLY DISTRESSING ENVIRONMENT HAS BEEN MADE. I HAVE THE RIGHT TO CONTINOUSLY" GRIEVE UNRESOLVED PAIN & SUFFERING, MENTAL ANGUISH, EMOTIONAL DISTRESS AND PHYSIOLOGICAL SIMPTOMS FROM CHRONIC STRESS WHILE THE PROBLEMS PERSIST WITHOUT ADEQUATE RESPONSES/ANSWERS TO PREVIOUSLY SUBMITTED GRIEVANCES. I HAVE THE RIGHT TO START THE GRIEVANCE PROCESS ALL OVER AS CCWF DOESN'T GET TO TELL ME "STOP GRIEVING!" I ASKED SPECIFICALLY FOR A "YARD CARD" THAT GIVES ME ANYTIME ACCESS TO THE YARD AS A HEALTHY SOLUTION TO ALLEVIATE SOME STRESS AND CCWF FAILED TO ADDRESS THIS HEALTHY OPTION. CCWF BY DEFAULT GIVES THIS HIGHER AUTHORITY "VICARIOUS LIABILITY" IN ABSENTIA TO ISSUE ME A "YARD CARD" FOR ANYTIME ACCESS TO THE YARD WHEN OPEN AS A HEALTHY SOLUTION TO ALLEVIATE SOME STRESS BEING CAUSED BY CHANGING MODIFICATIONS/LOCKDOWNS AS IT IS THE DEPARTMENT'S DUTY AS THE OBLIGATED STANDARD OF CARE TO OFFER ME ADEQUATE PROGRAMMING; CONSISTENT WITH SUCCESSFUL REHABILITATION. FURTHERMORE, WARDEN PALLARES IS LYING TO THE PUBLIC AND FORCING PUBLIC INFORMATION OFFICER LT. NORMAN TO LIE AND SAY CCWF IS "FULLY STAFFED" AND NOT EXPERIENCING STAFF SHORTAGES.

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

THE HIGHER AUTHORITY CAN CONTACT PIO LT. NORMAN TO ASCERTAIN IF THE VERY CLEAR POSITION OF THE GRIEVANCE AUTHORITY DESCRIBING CCWF AS "RESTRICTIVE MOVEMENT PROCEDURE" (RMP)/MODIFIED - "DUE TO STAFF SHORTAGES" [PROCEDURE C-097] ACCURATELY DEPICTS WARDEN PALLARES' DESCRIPTION AND FALSEHOOD STATING CCWF "IS FULLY STAFFED." [FURTHER EVIDENCE CCWF CAN'T BE TRUSTED TO INVESTIGATE/POLICE ITSELF.]

**DISTRIBUTION** **Original:** Offender's File **Copies:** DAI, DAPO, and Offender

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**APPEAL OF GRIEVANCE**

**CDCR 602-2 (03/20)**



**Claim #:** 006

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* I WAS ADVISED BY A LIEUTENANT WHO INTERVIEWED ME E.C.
NOTABILITY FOR EARLY RELEASE TO ALWAYS PUT MY PUBLIC/SOCIAL MEDIA SUPPORT FIRST IN THESE PROCESS'. IT IS MY RIGHT TO
CONTINUOUSLY PETITION FOR IMMEDIATE RELEASE FROM MY PLACE OF TORMENT THAT IS NOT IMPROVING AND DAYS AGO BIOLOGICAL
MALE : SEXUAL DEVIANT [redacted] OVERDOSED TO HIS DEATH BEFORE BROUGHT BACK TO LIFE PILING MORE SOCIALIZED/GENERALIZE
PSYCHOLOGICAL-TRAUMA ONTO ME, IS ONLY GETTING WORSE. AS I WRITE THIS REBUTTLE CCWF IS TENTATIVELY ON A 2 WEEK LOCKDOWN
THE LATEST UPDATE REGARDING MY PUBLIC SUPPORT FOR CLEMENCY IS: CHANGE.ORG ; 19,413 + SIGNATURES FOR CLEMENCY AND
OVER $100,000 COLLECTED IN DONATIONS; WEAREPUSHBLACK ON INSTAGRAM HAS OVER 41,000 LIKES FOR MY CLEMENCY AND
OVER $26,900 COLLECTED IN DONATIONS; APPROXIMATELY 17,000 VIEWS OF MY INTERVIEW WITH "RUSSIA TODAY" REGARDING
BEING TORMENTED BY KNOWN VIOLENT AND ABUSIVE NATAL MALE INMATE [redacted] ON PURPOSE BY CCWF STAFF
AS A JOKE BET TO SEE HOW LONG A FORMER CALIFORNIA HIGHWAY PATROL OFFICER (THAT'D BE ME) WOULD LAST IN HIS
CELL; AND I WAS CONTACTED BY THE GOVERNOR'S CLEMENCY TEAM AGAIN TO CONGRATULATE ME ON BEING THE CLEMENCY
CANDIDATE RECEIVING THE MOST PUBLIC CONSTITUENT COMMENTS OF ALL CANDIDATES IN THE STATE OF CALIFORNIA
GENERATED BY ANOTHER CAMPAIGN TO #BRINGTOMIEKIA HOME ON JUSTICE LA COALITION'S PLATFORM. I HAVE A NEAR Z
RECIDIVISM RATE, JOB OFFERS, STAUNCH FAMILY SUPPORT, A SAFE PLACE TO LIVE, TRANSPORTATION, VIABLE POST RELEASE PLANS A VERY
ENGAGED D.V. SPONSOR / D.V. RELAPSE PREVENTION PLAN, AND I'M COUNSELED BY 2 SOCIAL WORKERS FOR HEALTH BENEFITS, GR, AND OTHER RESOU

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** [signature] **Date Signed:** 11/5/2021

**DISTRIBUTION** **Original:** Offender's File **Copies:** DAI, DAPO, and Offender

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 163815 | |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE 4176 | 512/24 | WATCH OFFICE CLERK |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** CHRONIC YARD CLOSURE SPECIFICALLY FOR ME IN C/O SCHEDULING, CONTRIBUTING TO MY COMPLEX PTSD STEMMING FROM BEING A DOMESTIC VIOLENCE SURVIVOR WITH VARIOUS STRESS RELATED SYMPTOMS,

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** ON 9/5; 9/9; 9/13-2021 THE YARD DID NOT OPEN FOR C/O WEIGHT IN 512. I AM TOLD 29 OFFICERS CALLED OFF FROM WORK, YESTERDAY 19, AND CCWF CAN HAVE UPWARDS OF 51 VACANCIES ON ANY GIVEN DAY. THESE CHRONIC ABSENCES ARE UNDERMINING MY PROGRAM.

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** I REQUEST A "YARD CHRONO" SO I CAN USE THE YARD ANYTIME THERE IS A PROGRAM OPERATING ON THE YARD; A "PROGRAM FAILURE" LETTER/MEMO BE SENT TO GOVERNOR NEWSOM ASKING/DEMANDING HE RECALL SB132 THE SAME WAY HE UNILATERALLY PASSED IT WITHOUT SENDING IT TO

**Supporting Documents: Refer to CCR 3084.3.**

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_______________ _______________

_______________ _______________

☒ No, I have not attached any supporting documents. Reason: CCWF HAS ENOUGH EVIDENCE SB132 MEN HOUSED IN CCWF IS A "PROGRAM FAILURE" TO COMPLETE A REPORT AND SEND IT TO GOVERNOR NEWSOM, SENATOR WEINER, THE COURTS WHERE THE NEFARIOUS HARMFUL LAWSUITS ARE FILED AND TO THE IRRESPONSIBLE LGBTQ+ ATTORNEY'S ADVISING THOSE PEOPLE TO IMPROPERLY FILE LAW SUITS, THAT HARM US/ME.

Inmate/Parolee Signature: [signature] Date Submitted: 9/13/2021

☐ **By placing my initials in this box, I waive my right to receive an interview.**

RECEIVED
SEP 14 2021
CCWF
GREIEVANCE OFFICE

STAFF USE ONLY

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:
- ☐ Bypassed at the First Level of Review. Go to Section E.
- ☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
- ☐ Cancelled (See attached letter) Date: ________
- ☐ Accepted at the First Level of Review.

Assigned to: ________ Title: ________ Date Assigned: ________ Date Due: ________

First Level Responder: Complete a First Level response., Include interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ________ Interview Location: ________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ________ (Print Name) Title: ________ Signature: ________ Date completed: ________

Reviewer: ________ (Print Name) Title: ________ Signature: ________

Date received by AC: ________

AC Use Only
Date mailed/delivered to appellant ____/____/____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**Inmate/Parolee Signature:** ______________________ **Date Submitted :** __________

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: __________ Date: __________ Date: __________ Date: __________
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______________ Title: __________ Date Assigned: __________ Date Due: __________

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: __________ Interview Location: __________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: __________

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______________ (Print Name) Title: __________ Signature: ______________ Date completed : __________

Reviewer: ______________ (Print Name) Title: __________ Signature: ______________

Date received by AC: ______________

**AC Use Only**
**Date mailed/delivered to appellant ____/____/____**

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**Inmate/Parolee Signature:** ______________________ **Date Submitted:** __________

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: __________ Date: __________ Date: __________ Date: __________ Date: __________
☐ Cancelled (See attached letter) Date: __________
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: __________

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant ____/____/____**

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______________________________________________

______________________________________________

______________________________________________

______________________________________________

__________ Inmate/Parolee Signature: ______________________ Date: __________

Print Staff Name: ______________ Title: __________ Signature: ______________ Date: __________

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 163815 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** AT THE ROOT OF THIS PROBLEM ARE SB132 MEN BEING HOUSED IN CCWF. STAFF HAVE BEEN SILENCED AND HAD THEIR 1ST AMEND. RIGHTS OF FREE SPEECH IMPEACHED WHICH LEAVES THEM UNABLE TO ACKNOWLEDGE SB132 MEN AS THE SOURCE OF THIS DEBILITATING PROBLEM, SO I WILL. AT THE PEAK OF THE COVID-19 PANDEMIC CCWF HAD VACANCIES ONLY IN THE 20'S BUT SINCE MEN SHOWED UP AFTER JAN 2021 AND COVID CASES SUBSIDED TO ONLY 2 OR 3 CASES (DELTA VARIANT) IN THE SUMMER OF 21, THE VACANCIES SKYROCKETED. THE MEN ARE THE COMMON DENOMINATOR WITH VACANCY INFLUX NOT COVID 19/DELTA VARIANT. SB132 IS A WAR ON WOMEN BY A SMALL BUT LOUD GROUP OF LGBTQ+ PEOPLE CREATING A "GAY AGENDA" MOVEMENT TO PUSH MEN'S RIGHTS; BRO CODE DISGUISING THEM AS CIVIL RIGHTS TO HARM WOMEN, TAKE OVER OUR SPACES, ROLES, POSITIONS, AND EXISTENCE IN CCWF AND SOCIETY. THIS HATE GROUP IS PITTING STAFF, INMATES, AND MEN FROM THEIR OWN GROUP AGAINST EACHOTHER AND USING FEAR OF LAWSUITS TO DOMINATE THE WHOLE PRISON AND SOCIETY. IF THIS INFILTRATION ISN'T STOPPED "TRANS" PWR. WE WILL DOMINATE ALPHA MEN AND COERCE MORE LITTLE BOYS TO "DEVELOP" INTO "GIRLS" SO THEY CAN ALL CONTINUE TO THRIVE AND TAKE OVER. THIS CRISIS IS SETTING ALL MY POSITIVE SUCCESSFUL PROGRAMMING/WORK BACK, STAGNATING MY PROGRESS, AND UNDERMINING MY OPPORTUNITIES TO MAINTAIN PROPER MENTAL, PHYSICAL, PHYSIOLOGICAL, EMOTIONAL, AND FAMILIAL HEALTH; CONTRIBUTING TO MY HEADACHES, 11 MONTH NONSTOP MENSTRUAL CYCLE, NERVE PAIN, INSOMNIA, NIGHTMARES, ANXIETY/PANIC ATTACKS, ~~WORRIED~~ AND FURTHER COMPLICATING MY COMPLEX-PTSD

Inmate/Parolee Signature: [signature] Date Submitted: 9/13/2021

STAFF USE ONLY

RECEIVED
SEP 14 2021
CCWF
GREIEVANCE OFFICE

**B. Continuation of CDCR 602, Section B only (Action requested):** THE BALLOT FOR VOTERS TO NOT VOTE FOR IT TO PASS AND WITHOUT PEOPLE WHO WANT TO HELP CCWF OUT OF THIS CRISES BEING DRAINED OF RESOURCES BY TRYING TO HAVE REPEAL SB132 VIA STOPSB132.COM TO RAISE MILLIONS OF DOLLARS AND OBTAIN MILLIONS OF SIGNATURES TO GET A MEASURE ON THE 2022 (NOV) BALLOT.

I REQUEST A FULL REVIEW OF MY C-FILE AND RESUME AND THE FACILITY EXHAUST ALL OPTIONS TO SUCCESSFULLY UTILIZE LAWS LIKE 1170 (d)(1), CLEMENCY, PARDON, ETC. TO FACILITATE AN EARLY RELEASE BASED ON MERIT, LAW, AND "EMERGENCY!"; FOR A REMARKABLE PRISONER THIS CRISIS IS DESTROYING WHEN IT SHOULD BE RELEASING AT THIS CURRENT POINT OF SUCCESSFUL REHABILITATION THAT MAKES ME A NON THREAT TO SOCIETY, PUTS ME AT A ZERO RECIDIVISM RATE, IS IN THE INTEREST OF JUSTICE AS THERE IS NO THREAT EXISTING TO KEEP ME FURTHER INCARCERATED. WARDEN PALLARES, ~~SECRETARY~~ ALLISON AND GOV. NEWSOM ALL USE "EMERGENCY" WHEN IT BENEFITS THEM.

Inmate/Parolee Signature: [signature] Date Submitted: 9/13/2021

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** ______

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** ______

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA

**Date:** 11/02/2021

**CDC#:** WE4176

**Current Location:** CCWF-Facility C

**Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000163815

**Claim #: 001**

**Institution/Parole Region of Origin:** Central California Women's Facility

**Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:** C 512 1

**Category:** Offender Activities

**Sub-Category:** Other Program - NOS

**I. CLAIM**

It is the claimant's position on 9/5/21, the claimant was denied access to recreational yard time due to staff shortages.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Operational Procedure C-097 Restrictive Movement Procedure

**B. DOCUMENTS CONSIDERED**

CDCR 602 Inmate Grievance Form, Log # 163815 Claim# 001

Daily Activity Report (DAR) dated, 9/5/2021

**III. REASONING AND DECISION**

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant acknowledged that she understood why the recreation yard was closed and further understood that no policy was violated, however disagreed with the redirect policy.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Furthermore the Facility Daily Activity Report (DAR) for September 5, 2021, indicated Facility C yard was modified due to staff shortages. No dayroom or recreation yard program were offered due to the staff shortages.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/01/2021 |

**Claim #: 002**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:** C 512 1
**Category:** Offender Activities **Sub-Category:** Other Program - NOS

**I. CLAIM**

It is the claimant's position on 9/9/21, the claimant was denied access to recreational yard time due to staff shortages.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Operational Procedure C-097 Restrictive Movement Procedure

**B. DOCUMENTS CONSIDERED**

CDCR 602 Inmate Grievance Form, Log # 163815 Claim# 002

Daily Activity Report (DAR) dated, 9/9/2021

**III. REASONING AND DECISION**

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant acknowledged that she understood why the recreation yard was closed and further understood that no policy was violated, however disagreed with the redirect policy.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Furthermore the Facility Daily Activity Report (DAR) for September 9, 2021, indicated Facility C yard was modified due to staff shortages. No dayroom or recreation yard program were offered due to the staff shortages.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/01/2021 |

**Claim #: 003**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:** C 512 1
**Category:** Offender Activities **Sub-Category:** Other Program - NOS

**I. CLAIM**

It is the claimant's position on 9/13/21, the claimant was denied access to recreational yard time due to staff shortages.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Operational Procedure C-097 Restrictive Movement Procedure

**B. DOCUMENTS CONSIDERED**

CDCR 602 Inmate Grievance Form, Log # 163815 Claim# 003

Daily Activity Report (DAR) dated, 9/13/2021

**III. REASONING AND DECISION**

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant acknowledged that she understood why the recreation yard was closed and further understood that no policy was violated, however disagreed with the redirect policy.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Furthermore the Facility Daily Activity Report (DAR) for September 13, 2021, indicated Facility C yard was modified due to staff shortages. No dayroom or recreation yard program were offered due to the staff shortages.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/01/2021 |

**Claim #: 004**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

**Category:** General Employee Performance **Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at CCWF-Facility C has received your claim.

Your claim is being rejected by Office of Grievances for the reason(s) indicated below.

Your Claim alleging due to Senate Bill SB 132, staff are performing a silent protest and not reporting to work causing a shortage of staff was reviewed and deemed to meet rejection criteria due to being a duplicate to Grievance Log# 163278, pursuant to the California Code of Regulations (CCR), Title 15, Section 3487(a)(3). You will receive a Grievance Response to Grievance Log# 163278 on/before 11/3/21.

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at CCWF-Facility C.

**Decision: Rejected**

(1.) Your claim is substantially duplicative of a prior claim already submitted by you that is in process or has been answered.

**Claim #: 005**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:**

**Category:** SB 132 **Sub-Category:** Other SB 132 - NOS

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your correspondence. We determined that your correspondence was regarding an allegation against an inmate or parolee, which is outside the scope of the grievance process.

Your matter was or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

**Claim #: 006**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service

**Housing Area/Parole Unit of Origin:**

**Category:** Offender Case Records **Sub-Category:** Eligibility Review for Early Parole or Release

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your request. We determined that your request for an interview, item, assistance, or service, is outside the scope of the grievance process.

Your request has or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

c/o S. Ochoa 11/05/21

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

TUMIEKIA JOHNSON #WE 4176
CCWF HOUSING # 512-24-3LOW
P.O. BOX 1503
CHOWCHILLA CA 93610

FRESNO CA 936
8 NOV 2021 PM 1




CHIEF, INMATE APPEALS BRANCH
DEPARTMENT OF CORRECTIONS AND REHABILITATION

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA **Date:** 01/10/2022
**CDC#:** WE4176
**Current Location:** CCWF-Facility C **Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000163815

## Claim # 001

**Received at Institution/Parole Region:** Central California Women's Facility
**Submitted to Facility/Parole District:** CCWF-Facility C
**Housing Area/Parole Unit:** C 512 1
**Grievance Claim Category:** Offender Activities **Grievance Claim Sub-Category:** Other Program - NOS
**Appeal Claim Category:** Offender Activities **Appeal Claim Sub-Category:** Religious Issue

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals received this claim on 11/10/2021.

California Code of Regulations, title 15, provides the Office of Appeals 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Appeals will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

## Claim # 002

**Received at Institution/Parole Region:** Central California Women's Facility
**Submitted to Facility/Parole District:** CCWF-Facility C
**Housing Area/Parole Unit:** C 512 1
**Category:** Offender Activities **Sub-Category:** Other Program - NOS

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals received this claim on 11/10/2021.

California Code of Regulations, title 15, provides the Office of Appeals 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Appeals will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

## Claim # 006

**Received at Institution/Parole Region:** Central California Women's Facility
**Submitted to Facility/Parole District:** CCWF-Facility C

**Housing Area/Parole Unit:**

**Grievance Claim Category:** Offender Case Records **Grievance Claim Sub-Category:** Eligibility Review for Early Parole or Release

**Appeal Claim Category:** Offender Case Records **Appeal Claim Sub-Category:** Error in Sentencing Document

The California Department of Corrections and Rehabilitation (CDCR) Office of Appeals received this claim on 11/10/2021.

California Code of Regulations, title 15, provides the Office of Appeals 60 calendar days to complete a response. Due to the expiration of time, this response by the Office of Appeals will be the only response.

You do not need to resubmit this claim to the Office of Grievances or to the CDCR Office of Appeals.

**Decision: Time Expired**

# EXHIBIT I

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

EMERGENCY !!

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| **IAB USE ONLY** | Institution/Parole Region: | Log #: 1164890 | Category: |
|---|---|---|---|

***FOR STAFF USE ONLY***

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** INCONSISTENT PHONE SCHEDULE AND USE WEAKENING MY FAMILIAL BONDS, UNDERMINING MY ABILITY TO BUILD, MAINTAIN HEALTHY RELATIONSHIPS WHEN I NEED THEM THE MOST, AND CAUSING STRESS.

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** NOT KNOWING WHEN I WILL BE ABLE TO USE THE PHONES AND PHONE USE INCONSISTENCY GIVES ME ANXIETY OVER NOT SPEAKING WITH MY 14 YEAR OLD DAUGHTER WHO JUST STARTED HIGH SCHOOL, MY ELDERLY PARENTS WHO HAD STROKES DURING COVID PANDEMIC, HAVING A DYING GRANDMOTHER IN HOSPICE, SUFFERING THE

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** DAILY OPPORTUNITIES TO USE THE PHONE AT LEAST 3 TIMES; SINCE THE STATE HAS ROBBED ME OF AN OPPORTUNITY TO BE A MOTHER AGAIN WHILE BREEDING RAPE CULTURE SHIP MEN BACK TO THE MEN'S PRISON WHEN THEY ARE CAUGHT IN ANY TYPE OF SEX ACTS; I REQUEST A CLAIM ADJUSTER PROVIDE ME

**Supporting Documents: Refer to CCR 3084.3.**

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason : SEE CCWF RECORDS OF ME HOUSED WITH DANGEROUS RECALCITRANT HABITUAL OFFENDER BIOLOGICAL MALE [redacted] 2018, 514/14/26. RECORDS OF 30-51 VACANCIES ANY GIVEN DAY CREATING SB132 PROGRAM FAILURE & UNKNOWN MODIFICATIONS; RECORD OF HIGH VOLUME OF INCIDENTS WITH SB132 MEN.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 9/15/2021

☐ **By placing my initials in this box, I waive my right to receive an interview.**

STAFF USE ONLY

RECEIVED
SEP 16 2021
CCWF
GREIEVANCE OFFICE

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ________
☐ Accepted at the First Level of Review.

Assigned to: ________ Title: ________ Date Assigned: ________ Date Due: ________

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ________ Interview Location: ________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ________ (Print Name) Title: ________ Signature: ________ Date completed: ________

Reviewer: ________ (Print Name) Title: ________ Signature: ________

Date received by AC: ________

**AC Use Only**
**Date mailed/delivered to appellant ___ / ___ / ___**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted :** ______

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed : ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______ Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: 164890 | Category: |
|---|---|---|---|
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE 4176 | 512/24 | WATCH OFFICE CLERK |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** LOSS OF MY GRANDFATHER AND OTHER GRANDMOTHER, AND BUILDING A COMPANIONSHIP WITH A CHILDHOOD FRIEND, MAKE PHONE USAGE A VITAL LIFE LINE TO ALSO MAINTAIN MY MENTAL HEALTH. NOT SPEAKING TO MY LOVED ONES MAKES ME FEEL ALONE, ISOLATED, DETACHED AND UNINFORMED. THIS IS AN ONGOING VICIOUS CYCLE OF INSANITY. FURTHERMORE I CANT PROPERLY BUILD A COMPANIONSHIP BUT SB132 MEN GET TO EMPREGNATE CRIMINAL THINKING WOMEN, GET DRUNK AND HIGH AND HAVE ORGIES, BE ORALLY COPULATED, AND HAVE PREA RAPE SEX WITH WOMEN WHO DON'T KNOW HOW TO SAY NO VIOLATING THEIR NO SEX CONTRACTS. THEIR PRESENCE IS THE ROOT OF CHRONIC UNDER-STAFFING WHICH IS CAUSING CHRONIC MODIFIED PROGRAMS AND LIMITING MY USE OF THE PHONE. THESE CONDITIONS ARE CONTRIBUTING TO MY HEADACHES, WEIGHT FLUCTUATION, LOSS OF APPETITE, HAIR THINNING, 11 MONTH NON STOP MENSTRUAL CYCLE NOW WITH EXTREME HEAVY DAYS, SEPARATION ANXIETY, ANXIETY/PANIC ATTACKS, NIGHTMARES, INSOMNIA, STRESS BLISTERS/ACNE, MOOD SWINGS, VERTIGO, NERVE PAIN, HIVES, FRAGMENTED MEMORY LOSS ETC. COMPLICATING MY COMPLEX PTSD THAT STEMS FROM BEING A DOMESTIC VIOLENCE SURVIVOR WHILE WORKING A HIGHLY STRESSFUL ADRENALINE RUSHING HAZARDOUS/DANGEROUS JOB AS A POLICE OFFICER/911 OPERATOR/DISPATCHER FOR OVER 10 YEARS, SURVIVING [redacted] (TRANS BIOLOGICAL MAN) DOMESTIC VIOLENCE/ABUSE, STALKING, MALICIOUS HARASSMENT WITH SEXUAL ASSAULT OVERTONES IN 2012 514-14-2L AND OTHER HORRIFIC EXPERIENCES IVE BEEN PURPOSELY SUBJECTED TO BY STAFF WHO PLACED OBSTACLES TO MAKE ME FAIL IN MY PATH; I HAVE OVER 20 JOURNALS WITH DOCUMENTATION OF INCIDENTS.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 9/15/2021

RECEIVED
SEP 16 2021
CCWF
GREIEVANCE OFFICE

STAFF USE ONLY

**B. Continuation of CDCR 602, Section B only (Action requested):** WITH A CLAIM NUMBER AND A MEETING REGARDING MY LAWSUIT AND REQUEST FOR FINANCIAL COMPENSATION FOR ALL THE PAIN AND SUFFERING, ANGUISH, WILLFUL INDIFFERENCE, INCOMPETENCE, AND MALICIOUS TRAUMA IVE EXPERIENCED IN CCWF SINCE 2012 BY STAFF AND THE MALE BORN TRANS [redacted]; I REQUEST STAFF REFRAIN FROM ENABLING HARMERS BY PURPOSELY INVALIDATING MY VALID FEELINGS AND HORRIBLE EXPERIENCES AS IVE BEEN THROUGH MORE THAN MOST; AND HAVING THE COURAGE TO STEP UP TO TELL THE TRUTH, PROVIDE INSIGHT, SEEK RIGHTFUL FINANCIAL COMPENSATION, AND GIVE MY TESTIMONY COULD RESTORE ORDER IN CCWF. POURING GASOLINE ON THE FIRES IM TRYING TO PUT OUT WILL BURN EVERYONE.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 9/15/2021

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** ______

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** ______

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

CALIFORNIA DEPARTMENT of Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA
**Date:** 11/13/2021
**CDC#:** WE4176
**Current Location:** CCWF-Facility C
**Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000164890

**Claim #: 001**

**Institution/Parole Region of Origin:** Central California Women's Facility
**Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:** C 512 1
**Category:** Offender Resources
**Sub-Category:** Telephone Calls

## I. CLAIM

It is the claimant's position they are being denied consistent access to telephones in Building 512.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Operational Procedure C-097 Restrictive Movement Procedure

### B. DOCUMENTS CONSIDERED

CDCR 602 Inmate Grievance Form, Log # 164890 Claim# 001

## III. REASONING AND DECISION

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant acknowledged that she understood why access to phone calls were not allowed during staff shortages and further understood that no policy was violated, however disagreed with the redirect policy. The claimant further indicated that when the building is not modified due to staff shortages then phone calls are ran as scheduled.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of

Appeals.



| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/01/2021 |

**Claim #: 002**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:**

**Category:** Offender Services **Sub-Category:** Allegation against Inmate/Parolee

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your correspondence. We determined that your correspondence was regarding an allegation against an inmate or parolee, which is outside the scope of the grievance process.

Your matter was or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

**Claim #: 003**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:**

**Category:** General Employee Performance **Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at CCWF-Facility C has received your claim.

Your claim is being rejected by Office of Grievances for the reason(s) indicated below.

Your Claim alleging Senate Bill (SB) 132 is the root cause of staff shortages at CCWF which negatively impact inmate programming and cause Mental Health issues was reviewed and deemed to meet rejection criteria due to being a duplicate to Grievance Log# 163278 & 163815, pursuant to the California Code of Regulations (CCR), Title 15, Section 3487(a)(3).

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at CCWF-Facility C.

**Decision: Rejected**

(1.) Your claim is substantially duplicative of a prior claim already submitted by you that is in process or has been answered.

**Claim #: 004**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility D

**Housing Area/Parole Unit of Origin:** D 514 1

**Category:** Offender Services **Sub-Category:** Allegation against Inmate/Parolee

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at CCWF-Facility C has received your claim.

Your claim is being rejected by Office of Grievances for the reason(s) indicated below.

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at CCWF-Facility C.

**Decision: Rejected**

(1.) You did not submit the claim within the timeframe required by California Code of Regulations, title 15. The date you discovered the adverse policy decision, action, condition, or omission by the Department was 12/31/2012; the date you submitted this claim was 9/15/2021. You should have submitted your claim on or by 1/30/2013 to meet the 30 calendar day requirement set forth in the regulations.

**Claim #: 005**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:**

**Category:** General Employee Performance **Sub-Category:** Substandard Performance

**I. CLAIM**

It is the claimant position CCWF staff have purposely subjected the claimant to horrific experiences and placed the claimant in "obstacles" in an effort to make the claimant "fail." The claimant alleges to have over 20 journals documenting the incidents.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Senate Bill (SB) 132 "The Transgender Respect, Agency and Dignity Act"

**B. DOCUMENTS CONSIDERED**

CDCR 602 Inmate Grievance Form, Log # 164890 Claim# 001

**III. REASONING AND DECISION**

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant acknowledged SB 132 Transgender Inmates being housed at CCWF was the obstacle making it unsafe for her. However the claimant indicated they had not been harmed no had they witnessed anyone else being harmed by a SB 132 inmate. Furthermore the claimant understood no policy was violated by CCWF in regards to SB 132 inmates, however disagreed with the policy.

CCWF has complied with housing SB 132 inmates at CCWF in accordance to policy and procedure. CCWF continues to follow the State mandate regarding SB 132 inmates and has not found to be in policy violation regarding the SB 132 inmates.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/12/2021 |

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**APPEAL OF GRIEVANCE**
**CDCR 602-2 (03/20)**



| STAFF USE ONLY | Appeal #: ________ Date Received: ________ |
|---|---|
| | Date Due: ________ |
| | Categories: ________ |
| | Grievance #: 164890 |

**Claimant Name:** ________ **CDCR #:** WE4176

**Current Housing/Parole Unit:** ________ **Institution/Facility/Parole Region:** ________

☐ **There are no claims that can be appealed.**

☐ **The following claims cannot be appealed:**

REC BY OOA
NOV 22 2021

**Claim #s:**

*This is the process to appeal the decision made regarding a claim that is not listed above.*

**Claim #:** 001

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

*I am dissatisfied with the response I was given because* WHETHER CCWF IS ON RMP (RESTRICTIVE MOVEMENT PROCEDURE) DUE TO SHORT OF STAFF OR NOT, THEY ARE STILL ROBBING ME OF VALUABLE TIME I DESPERATELY NEED TO CALL MY 14 YEAR OLD DAUGHTER [redacted] FAMILY, AND SUPPORT SYSTEM. (EX-SECRETARY KATHLEEN ALLISON IS FREQUENTLY LYING AS SHE IS QUOTED IN INTERVIEWS SAYING KEEPING FAMILY BONDS STRONG THROUGH COMMUNICATION AND VISITS IS A CRITICAL COMPONENT TO REHABILITATION AND LOWERING RECIDIVISM RATES WHICH IS A CONTRADICTION TO THE FACT CHRONIC STAFF SHORTAGES IS UNDERMINING MY FAMILY BONDS & THE SECRETARY'S ALLEGED OBJECTIVES. THIS IS A CONTRIBUTING FACTOR TO MY COMPLEX AND SEVERE PTSD, SPORADIC DEPRESSION, ANXIETY & PANIC ATTACKS, NIGHTMARES, INSOMNIA, 13 MONTH NON STOP MENSTRUAL CYCLE WITH EXTREME HEAVY DAYS, HEADACHES, NERVE PAIN, VERTIGO ETC. IT SHOULD BE KNOWN I WAS REFERRED TO MENTAL HEALTH 3 TIMES BUT ONLY CALLED 2 TIMES, PSYCHOLOGISTS RICHARDSON & TALBOT HAD NO SOLUTION AND AGREE WHEN I RETURN TO THE SAME TRAUMATIC ENVIRONMENT THERE IS NOTHING THAT CAN BE DONE BUT WORK ON GETTING OUT OF THIS INSANE ASYLUM. FURTHERMORE WHEN I DESCRIBE FLASHBACKS OF DEAD/DYING ACCIDENT VICTIMS, LOOKING FOR EJECTED BABIES/ADULTS IN TALL GRASS THAT I ASSOCIATE WITH ME & TRAUMA VICTIMS NOT BEING HELPED; THEY HAVE NO SOLUTION.

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

PLEASE ACCESS SOMS TO SEE THE STARK COMPARISON OF MENTAL HEALTH DUCATS FOR BUILDING 508 VS. ALL OTHER MENTAL HEALTH & REGULAR DUCATS FROM OTHER UNITS IN A GIVEN WEEK. ITS UNBELIEVABLY INSANE AND ITS CLEAR TO ME THEY HAVE NEVER ENCOUNTERED A DISTINGUISHED FORMER POLICE OFFICER TURNED MODEL AND EXTRAORDINARY INMATE WITH A HISTORY OF DOMESTIC VIOLENCE AND OCCUPATIONAL TRAUMA CONTENDING WITH MOSTLY 508 INMATES WITH OVER 370 DUCATS ANY GIVEN DAY. THESE PSYCHOLOGISTS START AT DAWN AND END AT DUSK THEY DO IT AGAIN AND THAT STRESS ON THEM CAN'T BE GOOD FOR AN INDIVIDUAL LIKE ME THIS NEEDS ADDRESS

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**APPEAL OF GRIEVANCE**

CDCR 602-2 (03/20)



**Claim #:** 004/005

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* HOW DARE CCWF NOT ALLOW ME TO CONNECT THE VIOLENCE THEY PURPOSELY SUBJECTED ME TO IN 2012 WHEN STAFF HOUSED ME WITH KNOWN VIOLENT MALE OFFENDER [redacted] AS A JOKE BUT BECAUSE I WAS A FORMER CHP OFFICER. THIS IS MY DIRECT EVIDENCE LIVING WITH MORE VIOLENT MALE SEXUAL PREDATORS IS DANGEROUS. I DON'T NEED TO SEE A PENIS SLIDE INTO A WOMAN'S VAGINA TO BELIEVE THESE MEN ARE STATUTORY RAPING VULNERABLE STUPID WOMEN. CCWF COMPLACENCY IS WHY I AM STRUGGLING TO FIGHT FOR MY SAFETY AND HOLD ON TO MY SANITY. THEY ARE NORMALIZING VIOLENCE AND RAPE AGAINST WOMEN WHICH ENABLES AND EMBOLDENS THESE MEN TO ATTACK US BECAUSE THIS SYSTEM DOESN'T VALUE OUR LIVES, BODIES, AND PERSONHOOD. THEY CONTINUE TO VICTIMIZE WOMEN HERE BECAUSE THERE ARE NO REAL CONSEQUENCES. THE STAFF AND OTHER VICTIMIZED INMATES ARE ALREADY DESENSITIZED TO THE ABUSE LEAVING ME MORE RAPEABLE FOR THESE THUGS. THE STAFF RARELY ARRESTS, WRITE UP, OR PUNISH THESE PREDATORS. THESE MEN ARE INSTEAD MOVED CELL TO CELL WHERE THEY HAVE FRESH VICTIMS TO DO IT ALL OVER AGAIN WITH IMPUNITY. THEY LURE ADDICTS IN WITH MONEY, DRUGS, ALCOHOL, AND CONTRABAND TO BE SEX SLAVES. IF CCWF DID MORE BELIEVING AND PROPERLY DOCUMENT THIS WILD BARBARIC CONDUCT PERHAPS THERE WOULD BE FAR LESS INCIDENTS AND I WOULDN'T NEED TO BE PUT ON AN ENDANGERED SPECIES LIST WHEN I AM INEVITABLY MURDERED BY ONE OF THESE PREDATORS.

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

PER LT. REYNA JUDGES AND OTHER STATE DEPARTMENTS WILL BE ABLE TO ACCESS SOMS AND SEE A SIGNIFICANT AMOUNT OF VIOLENT INCIDENTS INVOLVING SB132 MALE PREDATORS WITH CDC WB#'S. PLEASE LOCATE THIS INFORMATION AND LINK IT TO MY DENIED VALID COMPLAINTS.

*IF MY MAIL EVER NEEDS FORWARDING PLEASE SEND IT TO 17418 WELLFLEET CARSON CA 90746*

REC BY OCA

NOV 22 2021

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** [signature] **Date Signed:** 11/17/2021

**DISTRIBUTION** **Original:** Offender's File **Copies:** DAI, DAPO, and Offender

CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA
**Date:** 11/13/2021
**CDC#:** WE4176
**Current Location:** CCWF-Facility C
**Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000164890

## Claim #: 001

**Institution/Parole Region of Origin:** Central California Women's Facility
**Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:** C 512 1
**Category:** Offender Resources
**Sub-Category:** Telephone Calls

### I. CLAIM

It is the claimant's position they are being denied consistent access to telephones in Building 512.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Operational Procedure C-097 Restrictive Movement Procedure

#### B. DOCUMENTS CONSIDERED

CDCR 602 Inmate Grievance Form, Log # 164890 Claim# 001

### III. REASONING AND DECISION

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant acknowledged that she understood why access to phone calls were not allowed during staff shortages and further understood that no policy was violated, however disagreed with the redirect policy. The claimant further indicated that when the building is not modified due to staff shortages then phone calls are ran as scheduled.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of

Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/01/2021 |

**Claim #: 002**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:**

**Category:** Offender Services **Sub-Category:** Allegation against Inmate/Parolee

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your correspondence. We determined that your correspondence was regarding an allegation against an inmate or parolee, which is outside the scope of the grievance process.

Your matter was or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

**Claim #: 003**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:**

**Category:** General Employee Performance **Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at CCWF-Facility C has received your claim.

Your claim is being rejected by Office of Grievances for the reason(s) indicated below.

Your Claim alleging Senate Bill (SB) 132 is the root cause of staff shortages at CCWF which negatively impact inmate programming and cause Mental Health issues was reviewed and deemed to meet rejection criteria due to being a duplicate to Grievance Log# 163278 & 163815, pursuant to the California Code of Regulations (CCR), Title 15, Section 3487(a)(3).

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at CCWF-Facility C.

**Decision: Rejected**

(1.) Your claim is substantially duplicative of a prior claim already submitted by you that is in process or has been answered.

**Claim #: 004**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility D

**Housing Area/Parole Unit of Origin:** D 514 1

**Category:** Offender Services **Sub-Category:** Allegation against Inmate/Parolee

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at CCWF-Facility C has received your claim.

Your claim is being rejected by Office of Grievances for the reason(s) indicated below.

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at CCWF-Facility C.

**Decision: Rejected**

(1.) You did not submit the claim within the timeframe required by California Code of Regulations, title 15. The date you discovered the adverse policy decision, action, condition, or omission by the Department was 12/31/2012; the date you submitted this claim was 9/15/2021. You should have submitted your claim on or by 1/30/2013 to meet the 30 calendar day requirement set forth in the regulations.

## Claim #: 005

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

### I. CLAIM

It is the claimant position CCWF staff have purposely subjected the claimant to horrific experiences and placed the claimant in "obstacles" in an effort to make the claimant "fail." The claimant alleges to have over 20 journals documenting the incidents.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Senate Bill (SB) 132 "The Transgender Respect, Agency and Dignity Act"

#### B. DOCUMENTS CONSIDERED

CDCR 602 Inmate Grievance Form, Log # 164890 Claim# 001

### III. REASONING AND DECISION

After a thorough review of all documents, interviews and evidence it was determined that CCWF staff did not violate any policy.

Specifically, during the interview with the claimant, the claimant acknowledged SB 132 Transgender Inmates being housed at CCWF was the obstacle making it unsafe for her. However the claimant indicated they had not been harmed no had they witnessed anyone else being harmed by a SB 132 inmate. Furthermore the claimant understood no policy was violated by CCWF in regards to SB 132 inmates, however disagreed with the policy.

CCWF has complied with housing SB 132 inmates at CCWF in accordance to policy and procedure. CCWF continues to follow the State mandate regarding SB 132 inmates and has not found to be in policy violation regarding the SB 132 inmates.

Based on the information above, this claim is disapproved, as there is no indication that staff violated policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/12/2021 |

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

EMERGENCY !!

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: 164890 | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKCIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** INCONSISTENT PHONE SCHEDULE AND USE WEAKENING MY FAMILIAL BONDS, UNDERMINING MY ABILITY TO BUILD, MAINTAIN HEALTHY RELATIONSHIPS WHEN I NEED THEM THE MOST, AND CAUSING STRESS.

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** NOT KNOWING WHEN I WILL BE ABLE TO USE THE PHONES AND PHONE USE INCONSISTENCY GIVES ME ANXIETY OVER NOT SPEAKING WITH MY 14 YEAR OLD DAUGHTER WHO JUST STARTED HIGH SCHOOL, MY ELDERLY PARENTS WHO HAD STROKES DURING COVID PANDEMIC, HAVING A DYING GRANDMOTHER IN HOSPICE, SUFFERING THE

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** DAILY OPPORTUNITIES TO USE THE PHONE AT LEAST 3 TIMES; SINCE THE STATE HAS ROBBED ME OF AN OPPORTUNITY TO BE A MOTHER AGAIN WHILE BROADENING RAPE CULTURE SHIP MEN BACK TO THE MEN'S PRISON WHEN THEY ARE CAUGHT IN ANY TYPE OF SEX ACTS; I REQUEST A CLAIM ADJUSTER PROVIDE ME

**Supporting Documents:** Refer to CCR 3084.3.

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: SEE CCWF RECORDS OF MY HOUSED WITH DANGEROUS RECALCITRANT HABITUAL OFFENDER BIOLOGICAL MALE [redacted] 2013, 514/24/26, RECORDS OF 20-51 VACANCIES ANY GIVEN DAY CREATING SB132 PROGRAM FAILURE & UNKNOWN MODIFICATIONS; RECORDS OF HIGH VOLUME OF INCIDENTS WITH SB132 MEN.

Inmate/Parolee Signature: [signature] Date Submitted: 9/15/2021

☐ **By placing my initials in this box, I waive my right to receive an interview.**

RECEIVED
SEP 16 2021
CCWF
GREIEVANCE OFFICE

STAFF USE ONLY

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________

REC BY OOA

☐ Cancelled (See attached letter) Date: ________

☐ Accepted at the First Level of Review.

Assigned to: ________ Title: ________ Date Assigned: ________ Date Due: ________

NOV 22 2021

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ________ Interview Location: ________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ________ (Print Name) Title: ________ Signature: ________ Date completed: ________

Reviewer: ________ (Print Name) Title: ________ Signature: ________

Date received by AC: ________

AC Use Only
Date mailed/delivered to appellant ____ / ____ / ____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

REC BY OOA

NOV 22 2021

**Inmate/Parolee Signature:** ______ **Date Submitted :** ______

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed : ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______ Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 164890 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE 4176 | 512/24 | WATCH OFFICE CLERK |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** LOSS OF MY GRANDFATHER AND OTHER GRANDMOTHER, AND BUILDING A COMPANIONSHIP WITH A CHILDHOOD FRIEND, MAKE PHONE USAGE A VITAL LIFE LINE TO ALSO MAINTAIN MY MENTAL HEALTH. NOT SPEAKING TO MY LOVED ONES MAKES ME FEEL ALONE, ISOLATED, DETACHED AND UNINFORMED. THIS IS AN ONGOING VICIOUS CYCLE OF INSANITY. FURTHERMORE I CANT PROPERLY BUILD A COMPANIONSHIP BUT SB132 MEN GET TO IMPREGNATE CRIMINAL THINKING WOMEN, GET DRUNK AND HIGH AND HAVE ORGIES, BE ORALLY COPULATED, AND HAVE PREA RAPE SEX WITH WOMEN WHO DON'T KNOW HOW TO SAY NO VIOLATING THEIR NO SEX CONTRACTS. THEIR PRESENCE IS THE ROOT OF CHRONIC UNDER-STAFFING WHICH IS CAUSING CHRONIC MODIFIED PROGRAMS AND LIMITING MY USE OF THE PHONE. THESE CONDITIONS ARE CONTRIBUTING TO MY HEADACHES, WEIGHT FLUCTUATION, LOSS OF APPETITE, HAIR THINNING, 11 MONTH NON STOP MENSTRUAL CYCLE NOW WITH EXTREME HEAVY ONES, SEPARATION ANXIETY, ANXIETY/PANIC ATTACKS, NIGHTMARES, INSOMNIA, STRESS BLISTERS/ACNE, MOOD SWINGS, VERTIGO, NERVE PAIN, HIVES, FRAGMENTED MEMORY LOSS ETC. COMPLICATING MY COMPLEX PTSD THAT STEMS FROM BEING A DOMESTIC VIOLENCE SURVIVOR WHILE WORKING A HIGHLY STRESSFUL ADRENALINE RUSHING HAZARDOUS/DANGEROUS JOB AS A POLICE OFFICER/911 OPERATOR/DISPATCHER FOR OVER 10 YEARS, SURVIVING [redacted] (TRANS BIOLOGICAL MALE) DOMESTIC VIOLENCE/ABUSE, STALKING, MALICIOUS HARASSMENT WITH SEXUAL ASSAULT OVERTONES IN 2012 514-14-26 AND OTHER HORRIFIC EXPERIENCES IVE BEEN PURPOSELY SUBJECTED TO BY STAFF WHO PLACED OBSTACLES TO MAKE ME FAIL IN MY PATH; I HAVE OVER 20 JOURNALS WITH DOCUMENTATION OF INCIDENTS.

Inmate/Parolee Signature: [signature] Date Submitted: 9/15/2021

STAFF USE ONLY

RECEIVED

SEP 16 2021

CCWF GREIEVANCE OFFICE

**B. Continuation of CDCR 602, Section B only (Action requested):** WITH A CLAIM NUMBER AND A MEETING REGARDING MY LAWSUIT AND REQUEST FOR FINANCIAL COMPENSATION FOR ALL THE PAIN AND SUFFERING, ANGUISH, WILLFUL INDIFFERENCE, INCOMPETENCE, AND MALICIOUS TRAUMA IVE EXPERIENCED IN CCWF SINCE 2012 BY STAFF AND THE MALE BORN TRANS [redacted]; I REQUEST STAFF REFRAIN FROM ENABLING HARMERS BY PURPOSELY INVALIDATING MY VALID FEELINGS AND HORRIBLE EXPERIENCES AS IVE BEEN THROUGH MORE THAN MOST; AND HAVING THE COURAGE TO STEP UP TO TELL THE TRUTH, PROVIDE INSIGHT, SEEK RIGHTFUL FINANCIAL COMPENSATION, AND GIVE MY TESTIMONY/ COULD RESTORE ORDER IN CCWF. POURING GASOLINE ON THE FIRES IM TRYING TO PUT OUT WILL BURN EVERYONE.

REC BY OOA

NOV 22 2021

Inmate/Parolee Signature: [signature] Date Submitted: 9/15/2021

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR-0602-A (REV. 03/12)

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** ______

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** ______

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

TOMIEKIA JOHNSON #WE4176
CCWF HOUSING # 512-24-3L
P.O. BOX 1508
CHOWCHILLA CA 93610

FRESNO CA 936
18 NOV 2021 PM 2 L

FOREVER USA

CENTRAL CALIFORNIA
WOMEN'S FACILITY
STATE PRISON

Legal Mail

CHIEF INMATE APPEALS BRANCH
DEPARTMENT OF CORRECTIONS AND REHABILITATION
P.O. BOX 942883
SACRAMENTO CA 94283-0001

94283-0001

C/O S. Ochoa 11/17/21

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA **Date:** 01/22/2022
**CDC#:** WE4176
**Current Location:** CCWF-Facility C **Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000164890

## Claim # 001

**Received at Institution/Parole Region:** Central California Women's Facility
**Submitted to Facility/Parole District:** CCWF-Facility C
**Housing Area/Parole Unit:** C 512 1
**Category:** Offender Resources **Sub-Category:** Telephone Calls

### I. ISSUE ON APPEAL

You are disputing the denial of your claim in Log #164890; in your grievance, you assert you are being denied consistent access to telephones.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3282 and 3846;
Department Operations Manual, ARTICLE 21 INMATE USE OF TELEPHONES;
Central California Women's Facility Operational Procedure C-097, Restrictive Movement Procedure.

#### B. DOCUMENTS CONSIDERED

CDCR Form 602, Log #164890;
CDCR Form 602-2, Log #164890;
Strategic Offender Management System, Offender Grievance/Appeal Tracking.

### III. REASONING AND DECISION

As stated in the Office of Grievances' response, pursuant to Operational Procedure C-097 Restrictive Movement Procedure (RMP), in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the RMP. When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit and modifications may include phone calls. You were interviewed regarding the grievance claim; you acknowledged understanding of the RMP but voiced disagreement with the policy, further stating that when the building is not on RMP, the phone calls are run as scheduled. Based on a preponderance of evidence, all policies have been followed; as such, this claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 01/22/2022 |

**Claim # 004**

**Received at Institution/Parole Region:** Central California Women's Facility
**Submitted to Facility/Parole District:** CCWF-Facility C
**Housing Area/Parole Unit:** D 514 1
**Grievance Claim Category:** Offender Services **Grievance Claim Sub-Category:** Allegation against Inmate/Parolee
**Appeal Claim Category:** Offender Services **Appeal Claim Sub-Category:** Other Services - NOS

**I. ISSUE ON APPEAL**

You are disputing the untimely rejection of your claim in Log #164890; in your grievance, you assert you were housed with a habitual offender in 2012.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Title 15, sections 3482 and 3486.

**B. DOCUMENTS CONSIDERED**

CDCR Form 602, Log #164890;
CDCR Form 602-2, Log #164890;
Strategic Offender Management System, Offender Grievance/Appeal Tracking.

**III. REASONING AND DECISION**

Because your claim of an adverse policy decision, action, condition, or omission by the Department took place on or before December 31, 2012, pursuant to Title 15, section 3482(b), the Office of Grievances should have received your claim no later than January 30, 2013- the Office of Grievances did not receive your claim until September 15, 2021. The untimely rejection by the Office of Grievances is appropriate, therefore this claim is denied.

The Office of Appeals notes that your complaint against an inmate was redirected to the Facility Captain to be addressed.

**IV. REMEDY**

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| C. Rojas [ROCY016] | AW | 01/20/2022 |

**Claim # 005**

**Received at Institution/Parole Region:** Central California Women's Facility
**Submitted to Facility/Parole District:** CCWF-Facility C
**Housing Area/Parole Unit:**
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

**I. ISSUE ON APPEAL**

Appellant asserts CCWF staff have purposely subjected the claimant to horrific experiences and placed the claimant in "obstacles" in an effort to make the claimant "fail." The claimant alleges to have over 20 journals documenting the incidents.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Title 15, section 3000, 3001, 3004, 3005, 3391, 3484, 3485 and 3486

Senate Bill 132

**B. DOCUMENTS CONSIDERED**

CDCR Form 602, Log #164890

**III. REASONING AND DECISION**

The Office of Appeals determined the institution addressed the appellant's claim and per the grievance response, "the claimant acknowledged SB 132 Transgender Inmates being housed at CCWF was the obstacle making it unsafe for her. However the claimant indicated they had not been harmed no had they witnessed anyone else being harmed by a SB 132 inmate. Furthermore, the claimant understood no policy was violated by CCWF in regards to SB 132 inmates, however disagreed with the policy." The Office of Appeals finds the institution is appropriately housing inmates within the SB132 Act and as such, no staff misconduct or policy violation has been identified via a preponderance of evidence. Therefore, the claim is denied.

**IV. REMEDY**

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 01/22/2022 |

# EXHIBIT J

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| **IAB USE ONLY** | Institution/Parole Region: | Log #: 169204 | Category: |
|---|---|---|---|
| | | *FOR STAFF USE ONLY* | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** I HAVEN'T SEEN MY 14 YEAR OLD DAUGHTER SINCE FEBRUARY 2020, THE LONGEST TIME I'VE EVER BEEN PHYSICALLY APART FROM HER. THESE CIRCUMSTANCES ARE CAUSING ME ADDITIONAL PAIN, SUFFERING, ANGUISH, SEPARATION ANXIETY.

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** THE 2 HOUR IN PERSON VISIT IS EGREGIOUSLY UNFEASIBLE SEEING THAT BOTH MY PARENTS, MY DAUGHTER'S GUARDIANS, ARE ELDERLY AND STILL RECOVERING FROM STROKES THEY BOTH HAD DURING THE COVID-19 PANDEMIC. WARDEN PALLARES IS MAKING IT PURPOSELY INDISTINGUISHABLE TO KNOW IF CURRENT VISITING RESTRICTIONS DUE TO

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** I REQUEST ONE 8 HOUR VISIT WITH MY DAUGHTER/GUARDIANS/FAMILY ONCE A MONTH; A CERTIFICATE OF REHABILITATION FROM CDCR/CCWF ACKNOWLEDGING I AM AN EXTRAORDINARY INMATE FOR MY CLEMENCY, DISTRICT ATTORNEY RESENTENCING PETITION, TRIAL COURT 1170(d)(1); PARDON AS A SURVIVOR OF DOMESTIC VIOLENCE AND FORMER POLICE OFFICER

**Supporting Documents: Refer to CCR 3084.3.**

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

A LETTER FROM MY 14-YEAR OLD DAUGHTER (MINOR) [redacted]

APPROX 18,000 SIGNATURES FOR CLEMENCY ON CHANGE.ORG; APPROX 41,000 LIKES ON WE ARE PUSH BLACK ON INSTAGRAM W/AN APPROX NET WORTH OF $100,000 IN DONATIONS

☐ No, I have not attached any supporting documents. Reason : ______

Inmate/Parolee Signature: [signature] Date Submitted: 9/27/2021

☐ **By placing my initials in this box, I waive my right to receive an interview.**

STAFF USE ONLY

RECEIVED
SEP 28 2021
CCWF
GREIEVANCE OFFICE

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___ / ___ / ___

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)
**Side 2**

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted :** ______

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed : ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______ Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: 169204 | Category: |
|---|---|---|---|
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** COVID 19/DELTA VARIANT, STAFF REFUSAL TO BE VACCINATED, OR STAFF REFUSING TO WORK WITH SB132 VIOLENT MALE CONVICTS IN CCWF LEAVING UPWARDS OF 50 VACANCIES ANY GIVEN DAY. ENOUGH IS ENOUGH WHILE I LIVE IN A CHRONICALLY MODIFIED/LOCKDOWN ENVIRONMENT AMONG ENABLED PREA RAPE CULTURE, PROSTITUTION, SEX TRAFFICKING, DRUNKEN/HIGH ORGIES, SEXUAL HARASSMENT, GENDER VIOLENCE, WOMAN HATE, AND WOMEN GETTING PREGNANT WITH BASTARD BABIES, I'M DENIED A FULL 8 HOUR VISIT WITH MY CHILD [redacted] HAS ABANDONMENT ISSUES AND I SEPARATION ANXIETY STEMMING FROM THE STATE ABDUCTING HER AND FORCING HER INTO ADOPTION WHEN I WAS FALSELY ARRESTED FOR ACTS OF SELF DEFENSE LEADING TO A TRAGIC ACCIDENT CRIMINALIZED 2 YEARS AFTER IT WAS DEEMED AN "ACCIDENT" FOR POLITICAL GAIN. MEN'S RIGHTS/BRO CODE DISGUISED AS SB132 HAS USURPED MY BASIC RIGHTS AND LIBERTIES TO PHYSICALLY EMBRACE MY DAUGHTER FOR MORE THAN 2 HOURS ON AN 8 HR TOTAL TRIP, MAINTAIN TIGHT FAMILIAL BONDS; AS AN INTRICATE PART OF REHABILITATION AND MENTAL HEALTH MAINTENANCE/LOW RECIDIVISM RATE. I FEEL ISOLATED, ALONE, LONELY, FORGOTTEN, UNIMPORTANT, UNINVOLVED, AND THIS CRUEL AND UNUSUAL PROLONGED SEPERATION FROM MY DAUGHTER IS CAUSING HER EMOTIONAL PAIN THAT TRIGGERS ME AND FURTHER COMPLICATES MY COMPLEX-PTSD CAUSING TIGHTENING OF CHEST/RIBS, ANXIETY/PANIC ATTACKS, A 12 MONTH NONSTOP MENSTRUAL CYCLE WITH EXTREME HEAVY DAYS, STRESS, HIVES, BLISTERS/ACNE, WEIGHT FLUCTUATION, LOSS OF APPETITE, HAIR THINNING, NERVE PAIN, VERTIGO, FRAGMENTED MEMORY FADE, MOOD SWINGS, NIGHTMARES, INSOMNIA, AND FLASHBACK/NIGHTMARES OF LIVING WITH VIOLENT AND ABUSIVE MALE INMATE [redacted]

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 9/27/2021

RECEIVED
SEP 28 2021
CCWF
GREIEVANCE OFFICE

STAFF USE ONLY

**B. Continuation of CDCR 602, Section B only (Action requested):** WITH NEW EVIDENCE OF COMPLEX PTSD, I REQUEST VISITING SEND MY VISITOR'S APPROVAL TO MAURICE PARHAM FILED OVER A MONTH AGO WITH NO REPLY TO MY I/M REQUEST SO I CAN HAVE AT LEAST ONE IN PERSON VISIT FOR 2 HOURS OUTSIDE THE VISIT WITH MY DAUGHTER; I REQUEST CCWF RESEARCH AND EDUCATE ON THE FACT WIDOWS WHO SUFFER FROM ANXIETY, SEPERATION ANXIETY, ISOLATION, LONELINESS, AND ABANDONMENT ARE MORE LIKELY TO EXPERIENCE EARLY ONSET OF DEMENTIA, CARDIOVASCULAR DISEASE, DEPRESSION, MENTAL HEALTH ISSUES, AND EARLY DEATH AS INCARCERATION ALREADY SHORTENS MY LIFE EXPECTANCY; I AM AGAIN REQUESTING A CLAIM NUMBER AND TO BE CONTACTED BY A CLAIM ADJUSTER AS THIS IS A PROGRESSIVE LAW SUIT DEMANDING EXEMPLARY/PUNITIVE DAMAGES AS STAFF WILLFULLY AVOID WORKING DUE TO A SILENT PROTEST AGAINST VIOLENT CONVICT MEN HOUSED IN CCWF VIA SB132, CONSTITUTING CRUEL AND UNUSUAL PUNISHMENT; VIOLATION OF MY 14TH AMENDMENT RIGHTS TO EQUAL PROTECTION AND DUE PROCESS AS THE LAW ISN'T WORKING TO PROTECT MY RIGHTS/LIBERTIES; KEEPING ME IMPRISONED FOR TAX PURPOSES RATHER THAN FACILITATE MY "IMMEDIATE RELEASED" BASED ON MERIT, EMERGENCY, AND THE LAW. FURTHERMORE MY DAUGHTER IS A MINOR AND SURVEILLANCE VIDEO VISITING VIOLATES OUR RIGHT TO PRIVACY AS SHE SOMETIMES WEARS A SPORTS BRA AND UNDERWEAR IN HER OWN HOME ADDRESSING SENSITIVE SUBJECTS.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 9/27/2021

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR-0602-A (REV. 03/12)

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** ______________________________

**Inmate/Parolee Signature:** ______________________________ **Date Submitted:** ______________

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** ______________________________

**Inmate/Parolee Signature:** ______________________________ **Date Submitted:** ______________

September 16, 2021

[redacted]

RECEIVED

SEP 2 8 2021

CCWF
GREIEVANCE OFFICE

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA **Date:** 11/24/2021
**CDC#:** WE4176
**Current Location:** CCWF-Facility C **Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000169204

## Claim #: 001

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service
**Housing Area/Parole Unit of Origin:**
**Category:** Offender Resources **Sub-Category:** Visiting

### I. CLAIM

It is the claimant's position they are being denied a full eight hour visit with their family due to staff shortages.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

California Department of Corrections and Rehabilitation

#### B. DOCUMENTS CONSIDERED

CDCR Inmate Appeal form Log#169204
Roadmap to Reopening dated August 14, 2020
Roadmap to Reopening update Memorandum dated April 30, 2021

### III. REASONING AND DECISION

You claim you are being denied a full eight hours visit with your family due to staff shortages. On November 1, 2021, I conducted an interview via state phone in which I asked if you had anything further to add to your claim, you stated no you felt you were being denied your full visiting hours due to staff shortage.

Central California Women's Facility (CCWF) is following the Institutional Roadmap to Reopening outlined by the California Department of Corrections Rehabilitation (CDCR) and California Health Care Services (CCHS). The CDCR-CCHCS Roadmap to Reopening incorporates a multi-phased approach to reopen operations, taking into consideration the recommended guidelines set forth by the Centers for Disease Control and Prevention (CDC), the California Department of Public Health (CDPH), and other stakeholders. Institutions will continuously evaluate and monitor positive COVID test results and reinstate precautionary measures, as needed, to protect all of those who work and live in California's state prisons.

On May 6, 2021, CDCR announced details of an expanded three phased approach to reopening visiting that will allow facilities to increase the duration of each visit, and the number of visitors allowed to each incarcerated person, including children age two and older, when it is safe to do so.

CCWF is currently operating in Phase III which consists of a two-hour visit for two additional adult or minor age 2 and above for a total of three approved visitors. Therefore you are not being denied a full eight hour visit due to custody staff shortages, CCWF is following the guidelines set forth by CDC and CDPH.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/15/2021 |

**Claim #: 002**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at CCWF-Facility C has received your claim.

Your claim is being rejected by Office of Grievances for the reason(s) indicated below.

Your Claim alleging Senate Bill (SB) 132 is the root cause of staff shortages at CCWF which negatively impact inmate programming was reviewed and deemed to meet rejection criteria due to being a duplicate to Grievance Log# 163278, 163815, & 164890, pursuant to the California Code of Regulations (CCR), Title 15, Section 3487(a)(3).

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at CCWF-Facility C.

**Decision: Rejected**

(1.) Your claim is substantially duplicative of a prior claim already submitted by you that is in process or has been answered.

**Claim #: 003**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

**I. CLAIM**

On September 27, 2021, inmate Johnson, WE4176, submitted a grievance claiming that staff are refusing to be vaccinated and are not reporting to work. As a result, Johnson claims that programs have been modified because of the staff shortages.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Operational Procedure C-097, Restrictive Movement Procedure.

**B. DOCUMENTS CONSIDERED**

Operational Procedure C-097, Restrictive Movement Procedure.

Inmate/Parolee Grievance Form (CDCR 602), dated September 27, 2021.

Daily Activity Report (DAR)

Memo, dated November 1, 2021 from Kathleen Allison, Secretary.

Letter, dated September 28, 2021 to Staff from Mark Ghaly, Secretary.

**III. REASONING AND DECISION**

Based on a review of the above-mentioned documents and interview with the claimant, it was determined there is insufficient evidence to support the claim submitted by inmate Johnson.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Although CCWF has experienced staff vacancies, the vacancies are not related to staff refusing to get vaccinated. The vacancies are a result of a variety of reasons including redirections, emergency transports, sick calls, worker's compensation/long term sick, training coverage, vacation/holiday leave, and true vacancies awaiting hire from the basic correctional academy. Staff are required to report to work whether they are vaccinated or not. Guidelines are now in place for staff to become vaccinated; however, there is no evidence that staff are refusing to report to work because of vaccinations.

The claimant was interviewed and refused to provide the name of the source of the information who informed her the vacancies were due to staff refusing vaccinations.

Additionally, three correctional officers were interviewed and refuted the allegations.

After a thorough review of the allegations, it was determined that the preponderance of evidence does not support the claim.

Therefore, this claim is DISAPPROVED as there is no evidence of a violation of policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Zawolkow [ZASH001] | CDW | 11/23/2021 |

## Claim #: 004

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:** C 512 1

**Category:** Offender Services **Sub-Category:** Allegation against Inmate/Parolee

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your correspondence. We determined that your correspondence was regarding an allegation against an inmate or parolee, which is outside the scope of the grievance process.

Your matter was or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

**Claim #: 005**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:** C 512 1

**Category:** Offender Services **Sub-Category:** Allegation against Inmate/Parolee

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your correspondence. We determined that your correspondence was regarding an allegation against an inmate or parolee, which is outside the scope of the grievance process.

Your matter was or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**APPEAL OF GRIEVANCE**

CDCR 602-2 (03/20)



| **STAFF USE ONLY** | **Appeal #:** ______ **Date Received:** ______ |
| --- | --- |
| | **Date Due:** ______ |
| | **Categories:** ______ |
| | **Grievance #:** 109704 |

**Claimant Name:** ______ **CDCR #:** WE4176

**Current Housing/Parole Unit:** ______ **Institution/Facility/Parole Region:** ______

☐ **There are no claims that can be appealed.**

REC BY OOA

☐ **The following claims cannot be appealed:**

DEC 06 2021

**Claim #s:**

*This is the process to appeal the decision made regarding a claim that is not listed above.*

**Claim #:** 001

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

*I am dissatisfied with the response I was given because* PLEASE SEE ATTACHED RESPONSE.

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

**DISTRIBUTION** **Original:** Offender's File **Copies:** DAI, DAPO, and Offender

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**APPEAL OF GRIEVANCE**

CDCR 602-2 (03/20)



**Claim #:** 002

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* PLEASE SEE ATTACHED RESPONSE.

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

REC BY COA

DEC 0 6 2021

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** [signature] **Date Signed:** 12/1/2021

**DISTRIBUTION** **Original:** Offender's File **Copies:** DAI, DAPO, and Offender

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT GRIEVANCE CLAIMS DECISION RESPONSE

**Re:** Grievance Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA **Date:** 11/24/2021

**CDC#:** WE4176

**Current Location:** CCWF-Facility C **Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000169204

**Claim #: 001**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service

**Housing Area/Parole Unit of Origin:**

**Category:** Offender Resources **Sub-Category:** Visiting

## I. CLAIM

It is the claimant's position they are being denied a full eight hour visit with their family due to staff shortages.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

California Department of Corrections and Rehabilitation

### B. DOCUMENTS CONSIDERED

CDCR Inmate Appeal form Log#169204
Roadmap to Reopening dated August 14, 2020
Roadmap to Reopening update Memorandum dated April 30, 2021

## III. REASONING AND DECISION

You claim you are being denied a full eight hours visit with your family due to staff shortages. On November 1, 2021, I conducted an interview via state phone in which I asked if you had anything further to add to your claim, you stated no you felt you were being denied your full visiting hours due to staff shortage.

Central California Women's Facility (CCWF) is following the Institutional Roadmap to Reopening outlined by the California Department of Corrections Rehabilitation (CDCR) and California Health Care Services (CCHS). The CDCR-CCHCS Roadmap to Reopening incorporates a multi-phased approach to reopen operations, taking into consideration the recommended guidelines set forth by the Centers for Disease Control and Prevention (CDC), the California Department of Public Health (CDPH), and other stakeholders. Institutions will continuously evaluate and monitor positive COVID test results and reinstate precautionary measures, as needed, to protect all of those who work and live in California's state prisons.

On May 6, 2021, CDCR announced details of an expanded three phased approach to reopening visiting that will allow facilities to increase the duration of each visit, and the number of visitors allowed to each incarcerated person, including children age two and older, when it is safe to do so.

CCWF is currently operating in Phase III which consists of a two-hour visit for two additional adult or minor age 2 and above for a total of three approved visitors. Therefore you are not being denied a full eight hour visit due to custody staff shortages, CCWF is following the guidelines set forth by CDC and CDPH.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| A. De La Cruz [DEAN007] | AW | 11/15/2021 |

**Claim #: 002**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

The California Department of Corrections and Rehabilitation (CDCR) Office of Grievances at CCWF-Facility C has received your claim.

Your claim is being rejected by Office of Grievances for the reason(s) indicated below.

Your Claim alleging Senate Bill (SB) 132 is the root cause of staff shortages at CCWF which negatively impact inmate programming was reviewed and deemed to meet rejection criteria due to being a duplicate to Grievance Log# 163278, 163815, & 164890, pursuant to the California Code of Regulations (CCR), Title 15, Section 3487(a)(3).

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at CCWF-Facility C.

**Decision: Rejected**

(1.) Your claim is substantially duplicative of a prior claim already submitted by you that is in process or has been answered.

**Claim #: 003**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Central Service
**Housing Area/Parole Unit of Origin:**
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

**I. CLAIM**

On September 27, 2021, inmate Johnson, WE4176, submitted a grievance claiming that staff are refusing to be vaccinated and are not reporting to work. As a result, Johnson claims that programs have been modified because of the staff shortages.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Operational Procedure C-097, Restrictive Movement Procedure.

**B. DOCUMENTS CONSIDERED**

Operational Procedure C-097, Restrictive Movement Procedure.

Inmate/Parolee Grievance Form (CDCR 602), dated September 27, 2021.

Daily Activity Report (DAR)

Memo, dated November 1, 2021 from Kathleen Allison, Secretary.

Letter, dated September 28, 2021 to Staff from Mark Ghaly, Secretary.

**III. REASONING AND DECISION**

Based on a review of the above-mentioned documents and interview with the claimant, it was determined there is insufficient evidence to support the claim submitted by inmate Johnson.

Operational Procedure C-097 Restrictive Movement Procedure (RMP) states, in the event staff vacancies still exist on a facility after all measures to fill true operational vacancies (i.e. voluntary/involuntary overtime procedures) have been exhausted, the Facility Lieutenant shall evaluate the needs of the facility and implement the Restricted Movement Procedure (RMP). When a facility is placed on the RMP, the following programs are subject to suspension; dayrooms/housing unit. Other modifications may include, controlled/suspension of laundry, phone calls and kiosk.

Although CCWF has experienced staff vacancies, the vacancies are not related to staff refusing to get vaccinated. The vacancies are a result of a variety of reasons including redirections, emergency transports, sick calls, worker's compensation/long term sick, training coverage, vacation/holiday leave, and true vacancies awaiting hire from the basic correctional academy. Staff are required to report to work whether they are vaccinated or not. Guidelines are now in place for staff to become vaccinated; however, there is no evidence that staff are refusing to report to work because of vaccinations.

The claimant was interviewed and refused to provide the name of the source of the information who informed her the vacancies were due to staff refusing vaccinations.

Additionally, three correctional officers were interviewed and refuted the allegations.

After a thorough review of the allegations, it was determined that the preponderance of evidence does not support the claim.

Therefore, this claim is DISAPPROVED as there is no evidence of a violation of policy.

**Decision: Disapproved**

After a thorough review of all documents and evidence presented at the Office of Grievances Level, it is the order of the Office of Grievance to DISAPPROVE the claim.

If you are dissatisfied with the decision of this claim, you may file a 602-2, appeal with the California Department of Corrections and Rehabilitation Office of Appeals.

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Zawolkow [ZASH001] | CDW | 11/23/2021 |

**Claim #: 004**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C
**Housing Area/Parole Unit of Origin:** C 512 1
**Category:** Offender Services **Sub-Category:** Allegation against Inmate/Parolee

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your correspondence. We determined that your correspondence was regarding an allegation against an inmate or parolee, which is outside the scope of the grievance process.

Your matter was or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

**Claim #: 005**

**Institution/Parole Region of Origin:** Central California Women's Facility **Facility/Parole District of Origin:** CCWF-Facility C

**Housing Area/Parole Unit of Origin:** C 512 1

**Category:** Offender Services **Sub-Category:** Allegation against Inmate/Parolee

As you were notified in the acknowledgment letter, the California Department of Corrections and Rehabilitation, Office of Grievances at Central California Women's Facility received your correspondence. We determined that your correspondence was regarding an allegation against an inmate or parolee, which is outside the scope of the grievance process.

Your matter was or will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Decision: Redirected**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | | 169204 | |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24 | WATCH OFFICE CLERK |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** I HAVEN'T SEEN MY 14 YEAR OLD DAUGHTER SINCE FEBRUARY 2020, THE LONGEST TIME I'VE EVER BEEN PHYSICALLY APART FROM HER. THESE CIRCUMSTANCES ARE CAUSING ME ADDITIONAL PAIN, SUFFERING, ANGUISH, SEPARATION ANXIETY.

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** THE 2 HOUR IN PERSON VISIT IS EGREGIOUSLY UNFEASIBLE SEEING THAT BOTH MY PARENTS, MY DAUGHTER'S GUARDIANS, ARE ELDERLY AND STILL RECOVERING FROM STROKES THEY BOTH HAD DURING THE COVID-19 PANDEMIC. WARDEN PALLARES IS MAKING IT PURPOSELY INDISTINGUISHABLE TO KNOW IF CURRENT VISITING RESTRICTIONS DUE TO

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** I REQUEST ONE 8 HOUR VISIT WITH MY DAUGHTER/GUARDIANS/FAMILY ONCE A MONTH; A CERTIFICATE OF REHABILITATION FROM CDCR/CCWF ACKNOWLEDGING I AM AN EXTRAORDINARY INMATE FOR MY CLEMENCY, DISTRICT ATTORNEY RESENTENCING PETITION, TRIAL COURT 1170(d)(1); PARDON AS A SURVIVOR OF DOMESTIC VIOLENCE AND FORMER POLICE OFFICER

**Supporting Documents: Refer to CCR 3084.3.**

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

A LETTER FROM MY 14-YEAR OLD DAUGHTER (MINOR) [redacted]

APPROX 18,000 SIGNATURES FOR CLEMENCY ON CHANGE.ORG; APPROX 41,000 LIKES ON WE ARE PUSH BLACK ON INSTAGRAM W/AN APPROX NET WORTH OF $100,000 IN DONATIONS

☐ No, I have not attached any supporting documents. Reason : ______

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 9/27/2021

☐ **By placing my initials in this box, I waive my right to receive an interview.**

STAFF USE ONLY

RECEIVED
SEP 28 2021
CCWF
GREIEVANCE OFFICE

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___ / ___ / ___

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL**

CDCR 602 (Rev. 03/12) **Side 2**

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

______________________________________________

**Inmate/Parolee Signature:** ______________________ **Date Submitted :** __________

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______________ Title: ________ Date Assigned: ________ Date Due: ________

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ____________ Interview Location: ____________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ____________

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______________ (Print Name) Title: ________ Signature: ____________ Date completed : ________

Reviewer: ______________ (Print Name) Title: ________ Signature: ____________

Date received by AC: ____________

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

______________________________________________

**Inmate/Parolee Signature:** ______________________ **Date Submitted:** __________

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ________
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______________________________________________

______________ Inmate/Parolee Signature: ______________ Date: ________

Print Staff Name: ______________ Title: ________ Signature: ______________ Date: ________

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: 169204 | Category: |
|---|---|---|---|
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 572/24 | WATCH OFFICE |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** COVID 19/DELTA VARIANT, STAFF REFUSAL TO BE VACCINATED, OR STAFF REFUSING TO WORK WITH SB132 VIOLENT MALE CONVICTS IN CCWF LEAVING UPWARD OF 50 VACANCIES ANY GIVEN DAY. ENOUGH IS ENOUGH WHILE I LIVE IN A CHRONICALLY MODIFIED/LOCKDOWN ENVIRONMENT AMONGST LEGALIZED PREA RAPE CULTURE, PROSTITUTION, SEX TRAFFICKING, DRUNKEN/HIGH ORGIES, SEXUAL HARASSMENT, GENDER VIOLENCE, WOMAN HATE, AND WOMEN GETTING PREGNANT WITH BASTARD BABIES, I'M DENIED A FULL 8 HOUR VISIT WITH MY CHILD [redacted] HAS ABANDONMENT ISSUES AND I SEPARATION ANXIETY STEMMING FROM THE STATE ABDUCTING HER AND FORCING HER INTO ADOPTION WHEN I WAS FALSELY ARRESTED FOR ACTS OF SELF DEFENSE LEADING TO A TRAGIC ACCIDENT CRIMINALIZED 2 YEARS AFTER IT WAS DEEMED AN "ACCIDENT" FOR POLITICAL GAIN, MEN'S RIGHTS/BRO CODE DISGUISED AS SB132 HAS USURPED MY BASIC RIGHTS AND LIBERTIES TO PHYSICALLY EMBRACE MY DAUGHTER FOR MORE THAN 2 HOURS ON AN 8 HR TOTAL TRIP, MAINTAIN TIGHT FAMILIAL BONDS; AS AN INTRICATE PART OF REHABILITATION AND MENTAL HEALTH MAINTENANCE/LOW RECIDIVISM RATE. I FEEL ISOLATED, ALONE, LONELY, FORGOTTEN, UNIMPORTANT, UNINVOLVED, AND THIS CRUEL AND UNUSUAL PROLONGED SEPARATION FROM MY DAUGHTER IS CAUSING HER EMOTIONAL PAIN THAT TRIGGERS ME AND FURTHER COMPLICATES MY COMPLEX-PTSD CAUSING TIGHTENING OF CHEST/RIBS, ANXIETY/PANIC ATTACKS, A 12 MONTH NONSTOP MENSTRUAL CYCLE WITH EXTREME HEAVY DAYS, STRESS, HIVES, BLISTERS/ACNE, WEIGHT FLUCTUATION, LOSS OF APPETITE, HAIR THINNING, NERVE PAIN, VERTIGO, FRAGMENTED MEMORY/FADE, MOOD SWINGS, NIGHTMARES, INSOMNIA, AND FLASHBACK/NIGHTMARES OF LIVING WITH VIOLENT AND ABUSIVE MALE INMATE [redacted]

Inmate/Parolee Signature: [signature] Date Submitted: 9/27/2021

**B. Continuation of CDCR 602, Section B only (Action requested):** WITH NEW EVIDENCE OF COMPLEX PTSD, I REQUEST VISITING STAFF MY VISITOR'S APPROVAL TO MAURICE PARHAM FILED OVER A MONTH AGO WITH NO REPLY TO MY I/M REQUEST SO I CAN HAVE AT LEAST ONE IN PERSON VISIT FOR 2 HOURS OUTSIDE THE VISIT WITH MY DAUGHTER; I REQUEST CCWF RESEARCH AND EDUCATE ON THE FACT WIDOWS WHO SUFFER FROM ANXIETY, SEPARATION ANXIETY, ISOLATION, LONELINESS, AND ABANDONMENT ARE MORE LIKELY TO EXPERIENCE EARLY ONSET OF DEMENTIA, CARDIOVASCULAR DISEASE, DEPRESSION, MENTAL HEALTH ISSUES, AND EARLY DEATH AS INCARCERATION ALREADY SHORTENS MY LIFE EXPECTANCY; I AM AGAIN REQUESTING A CLAIM NUMBER AND TO BE CONTACTED BY A CLAIM ADJUSTER AS THIS IS A PROGRESSIVE LAW SUIT DEMANDING EXEMPLARY/PUNITIVE DAMAGES AS STAFF WILLFULLY AVOID WORKING DUE TO A SILENT PROTEST AGAINST VIOLENT CONVICT MEN HOUSED IN CCWF VIA SB132, CONSTITUTING CRUEL AND UNUSUAL PUNISHMENT; VIOLATION OF MY 14TH AMENDMENT RIGHTS TO EQUAL PROTECTION AND DUE PROCESS AS THE LAW ISN'T WORKING TO PROTECT MY RIGHTS/LIBERTIES; KEEPING ME IMPRISONED FOR TAX PURPOSES RATHER THAN FACILITATE MY "IMMEDIATE RELEASE" BASED ON MERIT, EMERGENCY, AND THE LAW. FURTHERMORE MY DAUGHTER IS A MINOR AND SURVEILLANCE VIDEO VISITING VIOLATES OUR RIGHT TO PRIVACY AS SHE SOMETIMES WEARS A SPORTS BRA AND UNDERWEAR IN HER OWN HOME DISCUSSING SENSITIVE SUBJECTS.

Inmate/Parolee Signature: [signature] Date Submitted: 9/27/2021

STAFF USE ONLY

RECEIVED
SEP 28 2021
CCWF
GREIEVANCE OFFICE

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR-0602-A (REV. 03/12)

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** ____________________

**Inmate/Parolee Signature:** ____________________ **Date Submitted:** ____________

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** ____________________

**Inmate/Parolee Signature:** ____________________ **Date Submitted:** ____________

September 16, 2021

[redacted]

RECEIVED

SEP 2 8 2021

CCWF
GREIEVANCE OFFICE

Claim# 001:

Appeals coordinator points out a reopening roadmap as yet another excuse for not having enough staff to fully operate CCWf even when we are in the normal program phase. Regardless to the fact CCWf has been in a normal program phase, but are still unable to be fully operational due to staff shortages, my safety and security living among dangerous officers like [redacted] who beat two women I know, [redacted] and [redacted] within inches of their lives, and a very intimidating peeping Tom with PREA allegations male convict [redacted] in the Honor Dorm that ironically doubles as protective custody, makes me less trusting of CCWf staff and their alleged statements made to continuously undermine my real fears, tangible anxiety, physical safety, positive programming, ability to adequately rehabilitate, adequately bonding with my 14 year old abandoned daughter and family, are all reasons why CCWf's convenient Covid excuses do not negate the fact they are directly responsible for my physical pain and suffering, emotional distress, mental anguish, panic attacks, and other stress related symptoms. They have a duty to provide an adequate standard of care that includes adequate family reunification, safety and security, recreational exercise, and facilitating my early release now I am a model inmate with extraordinary conduct, near zero recidivism rate, never was a danger to society, and it is in the interest of justice to free me rather than continuously cause me mental and physical pain and suffering while subjecting me to future harm and irreparable damages like a toxic vaginal infection from wearing tampons every day for 14 months, early onset of dementia, stress induced cancer, predisposed stroke, heart attack, deep depression, arthritis, and other debilitating human conditions as a result of a severely altered, compromised, and diminished quality of life after being falsely incarcerated over 11 years.

12/1/21

Claim: 002

CCWf has failed to provide evidence the staff shortages are not due to a silent protest of SB132 dangerous male convicts being uninvited and unwanted in a facility designed and created for women according to the natural order of society, CCWf never names their staff nor inmate witnesses to substantiate the claims they have the responsibility and burden to prove. This authority is always trying to have it two ways when they disregard my nameless custody and inmate witnesses. Prior to the implementation of SB132 on 1/1/2021 and the Covid onset, CCWf did not have the same chronic issues with daily staff shortages up to 50, zero lieutenants on duty, sergeants and counselors working as housing staff, redirections, sick calls veiling private protest, workers comp/long term sick veiling private protest, vacation/holiday leave veiling private protest etc. Emergency transports and training coverage rarely negatively impact normal operations. Furthermore I've been told CCWf has been waiting for academy hires for far longer than it takes to complete one class cycle to no avail, because I am told by higher management new officers fear what they are "in for working with men in CCWf because its only going to get worse." He also acknowledges I should be given a second chance to go home especially since this prison is not improving and he doesn't see it improving in the next 3 years. He advised he has seen inmates receive a call from the governor for clemency and immediate release and sees me as worthy of this opportunity with or without CCWf/CDCr support.

I still request an anytime yard chrono, and 8 hour a month visit with my daughter and approved visitors that can transport her, a phone call chrono for 3 calls a day, and a letter of acknowledgment of me being an extraordinary inmate sent to Governor Newsom, BPH, LA County DA George Gascon, LA County Superior judge Robert Jordan Perry, and the Commission on Judicial Performance who is currently investigating Judge Perry for denying me due process and other civil rights violations.

MIEKIA JOHNSON #WE4176
CWF HOUSING # 512-24-3Low
. BOX 1508
HOWCHILLA CA 93610

CENTRAL CALIFORNIA
WOMEN'S FACILITY
STATE PRISON

FRESNO CA 936
2 DEC 2021 PM 1 L




Legal Mail

CENTRAL
CALIFORNIA
WOMEN'S FACILITY,
STATE PRISON

CHIEF INMATE APPEALS BRANCH
DEPARTMENT OF CORRECTIONS AND REHABILITATION
P.O. BOX 942883
SACRAMENTO CA 94283-0001

94283-0001

B. J. Zamora 12/01/21 Legal Mail

FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA
**Date:** 02/05/2022
**CDC#:** WE4176
**Current Location:** CCWF-Facility C
**Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000169204

## Claim # 001

**Received at Institution/Parole Region:** Central California Women's Facility
**Submitted to Facility/Parole District:** CCWF-Facility C
**Housing Area/Parole Unit:**
**Category:** Offender Resources **Sub-Category:** Visiting

### I. ISSUE ON APPEAL

Claimant contends having been denied full 8 hour visits with family due to staff shortages.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3170(c), 3481(a), and 3486(i)(1)

#### B. DOCUMENTS CONSIDERED

Grievance/Appeal Log No 169204
Roadmap to Reopening dated August 14, 2020
Roadmap to Reopening update Memorandum dated April 30, 2021

### III. REASONING AND DECISION

Title 15, section 3170(c), specifies that visits with inmates may, without prior notification, be terminated, temporarily suspended, or modified in response to an institution/facility emergency as determined by the institution head or designee. Visiting has been modified in response to an emergency with regard to COVID precautions.

On November 24, 2021, the Office of Grievances informed claimant that the Central California Women's Facility is following the Institutional Roadmap to Reopening outlined by the California Department of Corrections
Rehabilitation (CDCR) and California Health Care Services (CCHS) with regard to Covid-19 precautions. The CDCR-CCHCS Roadmap to Reopening incorporates a multi-phased approach to reopen operations, taking into consideration the recommended guidelines set forth by the Centers for Disease Control and Prevention (CDC), the California Department of Public Health (CDPH), and other stakeholders. Institutions will continuously evaluate and monitor positive COVID test results and reinstate precautionary measures, as needed, to protect all of those who work and live in California's state prisons. Based on a preponderance of the evidence available at the time of review the response by the Office of Grievances was proper in that the Central California Women's Facility is currently operating in Phase III of the CDCR-CCHCS Roadmap to Reopening which consists of a two-hour visit for two additional adult or minor age 2 and above for a total of three approved visitors. There was no evidence to support that claimant is being denied a full eight hour visit due to custody staff shortages, therefore this claim is denied.

**IV. REMEDY**

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Chief | 02/05/2022 |

**Claim # 002**

**Received at Institution/Parole Region:** Central California Women's Facility
**Submitted to Facility/Parole District:** CCWF-Facility C
**Housing Area/Parole Unit:**
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

**I. ISSUE ON APPEAL**

Claimant alleges that staff refuse to work as a result of Senate Bill 132 allowing violent male convicts at Central California Women's Facility which results in staff shortages and negatively affects programming.

**II. RULES AND REFERENCES**

**A. CONTROLLING AUTHORITY**

Title 15, sections 3481(a), 3486(i)(1), and 3487(a)(3)

**B. DOCUMENTS CONSIDERED**

Grievance/Appeal Log No. 169204, No. 163278, No. 163815, No. and 164890

**III. REASONING AND DECISION**

Title 15, section 3487(a)(3), specifies that a claim may be rejected when the claim is substantially duplicative of a prior claim by the same claimant, except when the prior claim was rejected pursuant to subsection 3487(a)(2). The Office of Appeals compared this claim to appellant's prior claims, Log No. 163278, No. 163815, and No. 164890, and finds the allegations to be substantially duplicative in that all address the claimant's allegation that staff are staff are silently protesting Senate Bill SB 132 by not reporting to work, thereby resulting in modified programs due to staff shortages. Log No. 163278, and No. 163815 were responded to by the Office of Grievances on November 11, 2021. This claim is substantially duplicative, therefore denied.

**IV. REMEDY**

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| C. Rojas [ROCY016] | AW | 01/31/2022 |

# EXHIBIT K

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

**IAB USE ONLY** | Institution/Parole Region: | Log #: 174412 | Category:

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24/3L | WATCH OFFICE CLERK |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** CCWF PUTTING TAX DOLLARS & PROFITS OVER MY LIFE, MENTAL HEALTH, REHABILITATION, AND FAMILY BONDS WHILE POORLY ATTEMPTING TO TREAT THE SYMPTOMS OF A FACILITY THAT IS IN A STATE OF EMERGENCY, ~~[illegible]~~

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** CCWF NEEDS TO PUT OUT A DISTRESS CALL AND DECLARE CCWF IS IN A STATE OF EMERGENCY/CRISIS TO THE FEDERAL AUTHORITIES/RECEIVERSHIP DUE TO DAILY SUBSTANTIAL AMOUNT OF STAFF ON AN INVISIBLE WALK OUT LEAVING UPWARD OF 56 VACANCIES, ZERO LIEUTENANTS, SERGEANTS OR COUNSELORS

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** CCWF REVIEW CHANGE.ORG PETITION FOR CLEMENCY; OVER 19,232 SIGNATURES, APPROX. 700 SIGNATURES FOR PARDON, RAISED OVER $100,000; INSTAGRAM WEAREPUSHBLACK; OVER 41,000 LIKES FOR CLEMENCY, RAISED OVER $25,600; YOUTUBE SEARCH "INMATE INTIMIDATION" OVER 6800 VIEWS OF INTERVIEW WITH "RUSSIA TODAY."

**Supporting Documents: Refer to CCR 3084.3.**

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono): CONFER W/ATTORNEYS IN FILING/RESOLVING CIVIL SUIT ELIMINATING THE NECESSITY OF JUDICIAL RESOLUTION OF CONTROVERSY WHEREBY WE NEGOTIATE A MUTUALLY SATISFACTORY DISPOSITION OUT OF COURT; SEE RECORDS OF CCWF KNOWINGLY HOUSING ME WITH HABITUAL BULIMIC NERVOSA [redacted] EXPOSING ME TO TOXIC FECES 10-15 TIMES A DAY FOR OVER A YEAR 2018-2019.

☐ No, I have not attached any supporting documents. Reason : ______

Inmate/Parolee Signature: [signature] Date Submitted: 10/11/2021

☐ **By placing my initials in this box, I waive my right to receive an interview.**

STAFF USE ONLY

RECEIVED
OCT 12 2021
CCWF
GREIEVANCE OFFICE

**C. First Level - Staff Use Only** Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant ___ / ___ / ___**

CCP4

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL**

CDCR 602 (Rev. 03/12)

Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted :** ______

**E. Second Level - Staff Use Only**

**Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed : ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______ Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: 174412 | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TOMIEKIA | WE4176 | 512/24/3L | WATCH OFFICE CLERK |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** ACTING AS HOUSING STAFF, LIEUTENANTS CROSS COVERING YARDS, A NEED FOR LT. OVERTIME ETC. STEMMING FROM VIOLENT CONVICT MEN BEING DANGEROUSLY HOUSED IN CCWF. CHRONIC MODIFICATIONS/LOCKDOWNS ARE BREACHING PROPER STANDARD OF CARE FOR MY REHABILITATION/PROPER MENTAL/PHYSICAL/EMOTIONAL HEALTH. CCWF IS FAILING TO PROTECT ITS SWORN STAFF LEAVING THEM OVERWORKED, SLEEP DEPRIVED, & EXHAUSTED WHICH IS UNSAFE ESPECIALLY WORKING WITH DANGEROUS MALE CONVICTS; LEADING TO ANGER, FRUSTRATION, QUICK TEMPERS, LAPSE IN JUDGMENT, COMPRIMISED HIPPOCAMPUS AFFECTING MEMORY, MAKING STAFF PRONE TO NEGATIVE INTERACTIONS WITH ME, MAKING MISTAKES, AND LIFE ALTERING CAREER ENDING ACCIDENTS THAT CAN CAUSE ME HARM. LIVING IN THIS INHERENTLY/DANGEROUS ENVIRONMENT CAUSES ME ADDITIONAL STRESS, ANXIETY, AND TRIGGERS OLD TRAUMA I EXPERIENCED WORKING AS A POLICE OFFICER UNDER THE SAME TYPE OF DURESS THE STAFF IS EXPERIENCING; UNFORTUNATELY MINE LED TO AN ACCIDENTAL HOMOCIDE THAT WAS CRIMINALIZED BY THE SAME STATE THAT CAUSED MY WORK PLACE FATIGUE/PTSD. FURTHERMORE I LIVE UNDER EXTREME STRESS DAILY WHILE MEN HOUSED HERE GET TO KICK THEIR FEET UP, NOT CLEAN THEIR ROOM, SLEEP ALL MORNING, HAVE WHOLE 8 WOMAN CELLS TO THEMSELVES, HAVE FIST FIGHTS WITH EACHOTHER [redacted] HAVE PREA RAPE SEX, IMPREGNATE WOMEN, FREQUENT THE LAW LIBRARY ETC. WHILE I AM UNDER SEVERE STRESS, EXPERIENCING A 12 MONTH NON STOP MENSTRUAL CYCLE WITH EXTREME HEAVY DAYS, VERTIGO, NERVE PAIN, HEADACHES, NIGHTMARES, INSOMNIA, ANXIETY/PANIC ATTACKS, TIGHTNESS OF CHEST/RIBS, ETC. ALL COMPOUNDING MY SEVERE AND COMPLEX PTSD STEMMING FROM BEING A SURVIVOR OF DEADLY DOMESTIC VIOLENCE.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 10/11/2021

STAFF USE ONLY

RECEIVED
OCT 12 2021
CCWF
GREIEVANCE OFFICE

**B. Continuation of CDCR 602, Section B only (Action requested):** PROFILES ON WWW.YOUNGWOMENFREE.ORG, SURVIVED&PUNISHED.ORG, DEFUNDPRISONSDEFENDSURVIVORS.ORG, AND COLLABORATION WITH WWW.STOPSB132.COM. I REQUEST A "CERTIFICATION OF REHABILITATION" AS I HAVE BEEN PROGRAMMING/INCARCERATED SINCE 1/11/2011, I REQUEST CDCR USE ITS "SOLE DISCRETION" TO RECOMMEND ME FOR 1170(d)(1); CCWF DEMAND ITS OFFICERS, SGT'S, LT'S, ETC. TO PROPERLY/ACCURATELY DOCUMENT ALL INCIDENTS INVOLVING WB#'S, FAILING TO DO SO UNDERMINES STANDARD OF CARE, REHABILITATION OBJECTIVES, AND ABILITY TO PROVE "PROGRAM FAILURE" OF SB132. DECLARE CCWF IN A STATE OF EMERGENCY/CRISIS TO FEDERAL GOVERNMENT/RECEIVER DUE TO DAILY OPERATION ON A SKELETON CREW FAR LESS THAN REQUIRED INMATE TO OFFICER RATIO DEEMED SAFE ACCORDING TO PROTOCOL. AGAIN I REQUEST TO BE CONTACTED BY A STATE OF CALIFORNIA GENERAL INSURANCE CLAIM ADJUSTER AS ITS MY RIGHT TO FURTHER DETAIL UNBELIEVABLE INCIDENTS THAT HAVE HAPPENED TO ME IN CCWF CARE SINCE 2012 AND ARE APART OF AN ONGOING SAGA OF HARM, I AM REQUESTING FINANCIAL REIMBURSEMENT BEFORE I PUBLICLY EMBARRASS CCWF STAFF BY NAME IN COURT AND PUBLIC STARTING WITH CCWF KNOWINGLY HOUSING ME WITH BULIMIC NERVOSA INMATE WHO EXPOSED ME TO FECAL MATTER 10-15 TIMES A DAY FOR OVER A YEAR AND AFTER I REPORTED THIS STAFF FAILED TO ADEQUATELY ADDRESS HER MENTAL HEALTH CRISIS. I REQUEST CLAIM #.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 10/11/2021

COPY

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR-0602-A (REV. 03/12)

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

**Inmate/Parolee Signature:** ______________ **Date Submitted:** ______________

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** ______________ **Date Submitted:** ______________

CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**Patient Health Care Inquiry Response**

**Date:** JUL 1 1 2019

**To:** JOHNSON, TOMIEKIA (WE4176)
Central California Women's Facility
P. O. Box 1501
Chowchilla, CA 93610

RECEIVED
OCT 1 2 2021
CCWF
GREIEVANCE OFFICE

**From:** California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:** CCWF CCU 19000020

The Health Care Correspondence and Appeals Branch, California Correctional Health Care Services, has received your correspondence about issues related to your incarceration within the California Department of Corrections and Rehabilitation.

Refer to the attached correspondence for full details regarding your concerns.

The Health Care Correspondence and Appeals Branch responds to correspondence regarding patient-specific health care concerns. As such, we are unable to address your concerns. We respectfully suggest you pursue your concerns through the appropriate channels at the institution.

- ☐ Health Care Grievance Status, Processing, or Copies: Health Care Grievance Coordinator
- ☐ Health Care Forms or Policies: Health Care Staff or Law Library
- ☐ Health Record Copies: Health Records Staff
- ☐ Custody Appeal Status or Processing: Appeals Coordinator
- ☐ Other:
- ☐ Custody Forms or Policies: Custody Staff or Law Library
- ☒ Living Conditions (e.g., showers, water, food): Custody Staff
- ☐ Property Loss or Confiscation: Custody Staff
- ☐ Transfer: Correctional Counselor
- ☐ Legal Assistance: Law Library

I hope this information has been helpful to you.

Health Care Services Representative
Health Care Correspondence and Appeals Branch



Cust

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS
CDC 805 (11/87)

# U SAVE 'EM

Intradepartment Envelope

DO NOT SEAL THIS ENVELOPE

I/m Johnson, WE4176
512-24-2L

LT. HUNTER C PROGRAM

RECEIVED
OCT 12 2021
CCWF
GREIEVANCE OFFICE

CCP1

5/31/2019

TO WHOM IT MAY CONCERN:

MY NAME IS TOMIEKIA JOHNSON #WE4176 AND I AM AN INMATE AT THE CENTRAL CALIFORNIA WOMEN'S FACILITY (CCWF). THIS LETTER IS A WHISTLE BLOWER'S ADDRESS OF A DANGEROUS HEALTH CRISIS WHERE I AM CURRENTLY HOUSED (512-24). I HAVE ATTACHED AN E-MAIL DETAILING THE CRISIS CONCERNING INMATE [redacted] THE REASON I AM WRITING THE DEPARTMENT OF PUBLIC HEALTH, CENTER FOR DISEASE CONTROL (CDC), AND LIEUTENANT HUNTER IS BECAUSE IN THE PAST WHEN I ALERTED MY LOWEST CHAIN OF COMMAND (HOUSING STAFF), THE SITUATION WAS EGREGIOUSLY MISHANDLED AND I WAS SEVERLY RETALIATED AGAINST. I HOPE THIS APPROACH RENDERS PROFESSIONAL RESOLUTION THAT IS FAIR AND LIFE PRESERVING FOR ALL PARTIES INVOLVED. I AM PREPARED TO POSSIBLY SUFFER RETALIATION ONCE MORE FOR BLOWING THE WHISTLE ON THIS SITUATION, BUT IT IS WORTH THE RISK. I WILL NOT ALLOW FEAR TO DETER ME FROM DOING WHAT IS RIGHT. THANK YOU FOR YOUR TIME AND ATTENTION TO THIS VERY SERIOUS AND POTENTIALLY DEADLY SITUATION.

CORDIALLY,

RECEIVED
OCT 12 2021
CCWF
GREIEVANCE OFFICE

[signature]

TOMIEKIA JOHNSON

ATTACHMENTS 2 PAGES

 C/H

You have received a jpay letter, the fastest way to get mail

From : TOMIEKIA JOHNSON, ID: WE4176
To : TERRESSA JOHNSON, CustomerID: 5357655
Date : 5/17/2019 11:51:34 PM EST, Letter ID: 592544274
Location : CCWF
Housing : C 512 1

RECEIVED
OCT 1 2 2021
CCWF

The purpose of this email is to document a very serious life or death issue with inmate [redacted] 512-24-1Low. I, Johnson WE4176, have been housed with [redacted] for approximately 1 year and in that time I have observed and or have been told the following:

[redacted] uses a douche bottle filled with clarifying shampoo and water over and over as an enema 10-15 times a day. [redacted] uses the same disposable plastic douche bottle that has holes in the applicator trapping bacteria that she only rinses off with water in the room sink forcing roommates to use one sink. She reuses the same bottle until it leaks and she has to replace it.
[redacted] also buys excessive amounts of clarifying shampoo, douche bottles and still reuses them over and over. Canteen once called her to tell her they restocked douche bottles.
[redacted] rinses off the enema bottle in the room sink splashing fecal matter and liquid all over both sinks and ledges. She fails to properly disinfect the sinks, ledges, and toilet seat.
[redacted] inadvertently splashed one roommate with fecal matter and liquid from her enema douche bottle.
[redacted] boils a bucket of water everyday for over an hour to dump down the sink only to contaminate it all over again by rinsing the fecal matter from her douche bottle back into the sink.
[redacted] also takes Milk of Magnesium excessively as a supplemental laxative. She has warned us that we might have to come out the bathroom for her.
[redacted] spends an excess amount of time in the bathroom denying access to other roommates who need to use the bathroom naturally. She takes up to 40 minutes to come out the bathroom.
[redacted] has been known to rectally purge at her job in the kitchen, also exposing the greater inmate population to fecal matter, H-Pylori, Hepatitis A/B, and other infectious diseases.
[redacted] has told roommates they have to use the day room bathroom, and some roommates are forced to go elsewhere to use the bathroom in emergency situations.
[redacted] oftentimes wakes up with an all programming room and keeps the bathroom occupied while we are trying to use it and get to work and class on time.
[redacted] has forced roommates to hold their bladder, bowels, menstrual cycle business, and suppress incontinence problems.
[redacted] has forced many roommates to move because they could not tolerate waiting excess amounts of time to use the bathroom and her addiction is accompanied by narcissistic, irratic, and angry behavior.
[redacted] becomes irrate when off staff makes us remove towel curtains from the bathroom door. She starts cussing and throwing a tantrum.
[redacted] has told me that she doesn't even want to go out to court for her freedom because she wouldn't have access to douche bottles and rectal purging. She was furious when her pen pal boyfriend filed a petition that could potentially send her out to court and home, because she wouldn't have access to douche bottles and rectal purging.
[redacted] has told us she will not work a second watch job or attend most groups because she has "stomach problems," and needs to have access to the bathroom to purge.
[redacted] deters her family from visiting her and if they do she will cut visits short to get back to the bathroom to purge. [redacted] turns on the fan making it extremely cold to drown out the loud disturbing squeezing, squirting, and gurgling sounds the douch bottle makes as she rectally purges her anus.
[redacted] misses work and is late almost daily due to rectal purging.
[redacted] denies she has a problem as many roommates have talked to her about this dyer situation, including me.
[redacted] covered the whole bathroom door with a sheet for approximately 40 minutes on May 15, 2019 in the early a.m. until she was asked to allow a roommate to use the bathroom. She sarcastically said, "I am tired anyway" and came out the bathroom with a mirror. One roommate thought [redacted] had finally tried to hurt herself. Another roommate thought [redacted] wasn't breathing one morning because she wasn't moving and had slept in.
[redacted] gets excited when our room can acquire 30 rolls of toilet paper a week, but also gets upset and even frantic when the unit is on a shortage. She has gotten irrate when roommates kept their own toilet paper in fear we would run out due to the excess amount of toilet paper she uses daily.
[redacted] has been known by other inmates at CCWF and for a significant amount of years at VSP to rectally purge with douche bottles exposing numerous people to fecal matter, H-Pylori, Hepatitis A/B, and other bacterial diseases.
[redacted] s exposing us to potentially harmful and deadly fecal bacteria that could lead to Hepatitis A and B, H-Pylori and other infectious diseases.
[redacted] exhibits extreme symptoms of rectal Bulimia Nervosa, Narcissism, Addictive Personality Disorder, Classic Addiction, and Obsessive Compulsive Disorder. She becomes angry when one interrupts her purging sessions.
-Occupants in room 24 are not attempting to have [redacted] moved nor do we mean her any harm, however we feel it is our due diligence to notify staff of this potentially deadly and harmful conduct, situation, and exposure. Furthermore

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

C0?1

You have received a jpay letter, the fastest way to get mail

From : TOMIEKIA JOHNSON, ID: WE4176
To : TERRESSA JOHNSON, CustomerID: 5357655
Date : 5/17/2019 11:51:34 PM EST, Letter ID: 592544274
Location : CCWF
Housing : C 512 1

[redacted] exposes us to daily suffering, potential disease, and displays gross lack of respect for our lives. Her condition is growing increasingly worse, amounts to an emergency health crisis, and opens CCWF up to individual and class action lawsuits.

Thank you for your attention to this very serious matter.

Tomiekia Johnson
WE4176
512-24-2L

RECEIVED
OCT 12 2021
CCWF
GREIEVANCE OFFICE

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

Cof1

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE

**Offender Name:** JOHNSON, TOMIEKIA

**CDC#:** WE4176

**Date:** 10/20/2021

**Current Location:** CCWF-Facility C

**Current Area/Bed:** C 512 1024003L

**From:** Office of Grievances at Central California Women's Facility

**Re:** Log # 000000174412

**Emergency Detected**

Upon review, it was determined that one or more claims in your grievance contained information concerning personal safety, institutional security, or sexual misconduct. Therefore, it was provided to the appropriate administrator at Central California Women's Facility so that your claim(s) could be addressed quickly.

Central California Women's Facility should have notified you of its course of action to address your claim(s) within five business days after it received your grievance. If you did not receive a notification contact your counselor or agent.

**Grievance Receipt**

The California Department of Corrections and Rehabilitation Office of Grievances at Central California Women's Facility received your grievance on 10/12/2021. Your grievance has not been assigned for review and response because your claim(s) is being handled as specified below.

**Claim # 001:**

Your claim concerning General Employee Performance;Substandard Performance is being rejected by Office of Grievances for the reason(s) indicated below:

Your claim is substantially duplicative of a prior claim already submitted by you that is in process or has been answered.

Your Claim alleging "violent convict men being dangerously housed in CCWF" (Senate Bill (SB) 132) is the root cause of staff shortages at CCWF which negatively impact inmate programming was reviewed and deemed to meet rejection criteria due to being a duplicate to Grievance Log# 169204, 163278, 163815, & 164890, pursuant to the California Code of Regulations (CCR), Title 15, Section 3487(a)(3).

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at Central California Women's Facility.

**Claim # 002:**

Your claim concerning Offender Services;Other Services - NOS is being rejected by Office of Grievances for the reason(s) indicated below:

A claimant needs to submit their own claim. Your claim concerns another person's claim and we cannot respond to you about their claim.

Your Claim alleging CCWF is not properly protecting their staff due to being overworked and sleep deprived resulting in anger, frustration, quick tempered, lapse in judgement, memory issues, negative interactions, mistakes, accidents, and harm was reviewed and deemed to meet rejection criteria pursuant to the California Code of Regulations (CCR), Title 15, Section 3487(a)(4). Your Claim concerns a policy, decision, action, condition, or omission which did not occur to you nor reflects any adverse effect to your wellbeing, as policy speaks to not filing grievances on behalf of other offenders.

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at Central California Women's Facility.

**Claim # 003:**

Your matter concerning Offender Services;Allegation against Inmate/Parolee has been reviewed and is outside the scope of the grievance process. The Office of Grievances has redirected your claim. Your matter will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Claim # 004:**

Your claim concerning General Employee Performance;Substandard Performance is being rejected by Office of Grievances for the reason(s) indicated below:

You did not submit the claim within the timeframe required by California Code of Regulations, title 15. The date you discovered the adverse policy decision, action, condition, or omission by the Department was 12/31/2019; the date you submitted this claim was 10/11/2021. You should have submitted your claim on or by 01/30/2020 to meet the 30 calendar day requirement set forth in the regulations.

A claimant needs to submit their own claim. Your claim concerns another person's claim and we cannot respond to you about their claim.

Your Claim alleging from 2018-2019, CCWF housed you with an inmate [redacted] with chronic Bulimic Nervosa, thus exposing you to "toxic feces" 10 to 15 times per day for over a year and did not provide medical and mental health services for inmate [redacted], was reviewed and deemed to meet rejection criteria due to time constraints. You failed to submit your Claim within the timeframe required pursuant to the California Code of Regulations (CCR), Title 15, Section 3482(b) of 30 calendar days from date of occurrence, event, or decision to grieve the issue in question. Additionally, your Claim was reviewed and deemed to meet rejection criteria pursuant to the California Code of Regulations (CCR), Title 15, Section 3487(a)(4). Your Claim concerns a policy, decision, action, condition, or omission which did not occur to you nor reflects any adverse effect to your wellbeing, as policy speaks to not filing grievances on behalf of other offenders.

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at Central California Women's Facility.

**Claim # 005:**

Your matter concerning Offender Services;Request for Interview, Item, Assistance or Service has been reviewed and is outside the scope of the grievance process. The Office of Grievances has redirected your claim. Your request will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**APPEAL OF GRIEVANCE**
**CDCR 602-2 (03/20)**



| **STAFF USE ONLY** | **Appeal #:** ______ **Date Received:** ______<br>**Date Due:** ______<br>**Categories:** ______<br>**Grievance #:** 174412 |
|---|---|

**Claimant Name:** TOMIEKIA JOHNSON **CDCR #:** WE4176

**Current Housing/Parole Unit:** 512-24-3LOW **Institution/Facility/Parole Region:** CCWF

☐ **There are no claims that can be appealed.**

☐ **The following claims cannot be appealed:**

REC BY OOA

OCT 27 2021

**Claim #s:**

*This is the process to appeal the decision made regarding a claim that is not listed above.*

**Claim #:** 002

Explain the reason for your appeal of any claims not listed above. Be as specific as you can.

*I am dissatisfied with the response I was given because* PLEASE SEE ATTACHED DOCUMENT (2 PAGES).

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below: PLEASE SEE ATTACHED DOCUMENT (2 PAGES).

**DISTRIBUTION** **Original:** Claimant's File **Copies:** DAI, DAPO, and Claimant

**APPEAL OF GRIEVANCE**
**CDCR 602-2 (03/20)**



**Claim #:** 004

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* PLEASE SEE ATTACHED DOCUMENT (2 PAGES).

Are there documents that would be helpful to support your position? Attach copies of those documents, if you don't have the documents, identify them as best you can below:

PLEASE SEE ATTACHED DOCUMENTS (2 PAGES)

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

**Claimant Signature:** [signature] **Date Signed:** 10/23/2021

**MAIL TO:**

Office of Appeals
Department of Corrections and Rehabilitation
P.O. Box 942883
Sacramento, CA 95811

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 1**

| IAB USE ONLY | Institution/Parole Region: | Log #: 174412 | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| JOHNSON, TIMIEKIA | WE4176 | 512/24/32 | WATCH OFFICE CLERK |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** CCWF PUTTING TAX DOLLARS & PROFITS OVER MY LIFE, MENTAL HEALTH, REHABILITATION, AND FAMILY BONDS WHILE POORLY ATTEMPTING TO TREAT THE SYMPTOMS OF A FACILITY THAT IS IN A STATE OF EMERGENCY, ~~[illegible]~~

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** CCWF NEEDS TO PUT OUT A DISTRESS CALL AND DECLARE CCWF IS IN A STATE OF EMERGENCY/CRISIS TO THE FEDERAL AUTHORITIES/RECEIVERSHIP DUE TO DAILY SUBSTANTIAL AMOUNT OF STAFF ON AN INVISIBLE WALK OUT LEAVING UPWARD OF 56 VACANCIES, ZERO LIEUTENANTS, SERGEANTS OR COUNSELORS

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** CCWF REVIEW CHANGE.ORG PETITION FOR CLEMENCY; OVER 19,732 SIGNATURES, APPROX. 700 SIGNATURES FOR PARDON, RAISED OVER $100,000; INSTAGRAM WEAREPUSHBLACK: OVER 41,000 LIKES FOR CLEMENCY, RAISED OVER $25,600; YOUTUBE SEARCH "INMATE INTIMIDATION" OVER 6400 VIEWS OF INTERVIEW WITH "RUSSIA TODAY."

**Supporting Documents:** Refer to CCR 3084.3.

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono): CONFER W/ATTORNEYS IN FILING/PREVENTING CIVIL SUIT, ELIMINATING THE NECESSITY OF JUDICIAL RESOLUTION OF CONTROVERSY WHEREBY WE NEGOTIATE A MUTUALLY SATISFACTORY DISPOSITION OUT OF COURT; SEE RECORDS OF CCWF KNOWINGLY HOUSING ME WITH HABITUAL BULEMIC NERVOSA [redacted] EXPOSING ME TO TOXIC FECES 10-15 TIMES A DAY FOR OVER A YEAR 2018-2019.

☐ No, I have not attached any supporting documents. Reason : ______

Inmate/Parolee Signature: [signature] Date Submitted: 10/11/2021

☐ **By placing my initials in this box, I waive my right to receive an interview.**

STAFF USE ONLY

RECEIVED
OCT 12 2021
CCWF
GREIEVANCE OFFICE

REC BY OOA
OCT 27 2021

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL**

CDCR 602 (Rev. 03/12)

Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**Inmate/Parolee Signature:** ______________________ **Date Submitted :** ______________

**E. Second Level - Staff Use Only**

**Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ____________ Title: ________ Date Assigned: ________ Date Due: ________

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ____________ Interview Location: ____________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ____________

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ____________ (Print Name) Title: ________ Signature: ____________ Date completed : ________

Reviewer: ____________ (Print Name) Title: ________ Signature: ____________

Date received by AC: ____________

**AC Use Only**
**Date mailed/delivered to appellant ___/___/___**

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

**Inmate/Parolee Signature:** ______________________ **Date Submitted:** ______________

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ________
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant ___/___/___**

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______________________________________________

______________________________________________

______________________________________________

______________________________________________

Inmate/Parolee Signature: ____________________ Date: ________

Print Staff Name: ____________ Title: ________ Signature: ____________ Date: ________

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
| --- | --- | --- | --- |
| | | 174412 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
| --- | --- | --- | --- |
| JOHNSON, TOMIEKIA | WE4176 | 512/24/3L | WATCH OFFICE CLERK |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** ACTING AS HOUSING STAFF, LIEUTENANTS CROSS COVERING YARDS, A NEED FOR LT. OVERTIME ETC. STEMMING FROM VIOLENT CONVICT MEN BEING DANGEROUSLY HOUSED IN CCWF. CHRONIC MODIFICATIONS/LOCKDOWNS ARE BREACHING PROPER STANDARD OF CARE FOR MY REHABILITATION/PROPER MENTAL/PHYSICAL/EMOTIONAL HEALTH. CCWF IS FAILING TO PROTECT ITS SWORN STAFF LEAVING THEM OVERWORKED, SLEEP DEPRIVED, & EXHAUSTED WHICH IS UNSAFE ESPECIALLY WORKING WITH DANGEROUS MALE CONVICTS; LEADING TO ANGER, FRUSTRATION, QUICK TEMPERS, LAPSE IN JUDGMENT, COMPRIMISED HIPPOCAMPUS AFFECTING MEMORY, MAKING STAFF PRONE TO NEGATIVE INTERACTIONS WITH ME, MAKING MISTAKES, AND LIFE ALTERING, CAREER ENDING ACCIDENTS THAT CAN CAUSE ME HARM. LIVING IN THIS INTENSE/ DANGEROUS ENVIRONMENT CAUSES ME ADDITIONAL STRESS, ANXIETY, AND TRIGGERS OLD TRAUMA I EXPERIENCED WORKING AS A POLICE OFFICER UNDER THE SAME TYPE OF DURESS THE STAFF IS EXPERIENCING; UNFORTUNATELY MINE LED TO AN ACCIDENTAL HOMOCIDE THAT WAS CRIMINALIZED BY THE SAME STATE THAT CAUSED MY WORK PLACE FATIGUE/ PTSD. FURTHERMORE I LIVE UNDER EXTREME STRESS DAILY WHILE MEN HOUSED HERE GET TO KICK THEIR FEET UP, NOT CLEAN THEIR ROOM, SLEEP ALL MORNING, HAVE WHOLE 8 WOMAN CELLS TO THEMSELVES, HAVE FIST FIGHTS WITH EACHOTHER [redacted] HAVE PREA RAPE SEX, IMPREGNATE WOMEN, FREQUENT THE LAW LIBRARY ETC. WHILE I AM UNDER SEVERE STRESS, EXPERIENCING A 12 MONTH NON STOP MENSTRUAL CYCLE WITH EXTREME HEAVY DAYS, VERTIGO, NERVE PAIN, HEADACHES, NIGHTMARES, INSOMNIA, ANXIETY/PANIC ATTACKS, TIGHTNESS OF CHEST/RIBS, ETC. ALL COMPOUNDING MY SEVERE AND COMPLEX PTSD STEMMING FROM BEING A SURVIVOR OF DEADLY DOMESTIC VIOLENCE.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 10/11/2021

RECEIVED
OCT 12 2021
CCWF
GREIEVANCE OFFICE

REC BY OOA
OCT 27 2021

STAFF USE ONLY

**B. Continuation of CDCR 602, Section B only (Action requested):** PROFILES ON WWW.YOUNGWOMENFREE.ORG, SURVIVEDANDPUNISHED.ORG, DEFUNDPRISONSDEFENDSURVIVORS.ORG, AND COLLABORATION WITH WWW.STOPSB132.COM. I REQUEST A "CERTIFICATION OF REHABILITATION" AS I HAVE BEEN PROGRAMMING/INCARCERATED SINCE 1/11/2011. I REQUEST CDCR USE ITS "SOLE DISCRETION" TO RECOMMEND ME FOR 1170(d)(1). CCWF DEMAND ITS OFFICERS, SGTS, LTS, ETC. TO PROPERLY/ACCURATELY DOCUMENT ALL INCIDENTS INVOLVING WB#'S, FAILING TO DO SO UNDERMINES STANDARD OF CARE, REHABILITATION OBJECTIVES, AND ABILITY TO PROVE "PROGRAM FAIL OF SB132. DECLARE CCWF IN A STATE OF EMERGENCY/CRISIS TO FEDERAL GOVERNMENT/RECEIVER DUE TO DAILY OPERATION ON A SKELETON CREW FAR LESS THAN REQUIRED INMATE TO OFFICER RATIO DEEMED SAFE ACCORDING TO PROTOCOL. AGAIN I REQUEST TO BE CONTACTED BY A STATE OF CALIFORNIA GENERAL INSURANCE CLAIM ADJUSTER AS ITS MY RIGHT TO FURTHER DETAIL UNBELIEVABLE INCIDENTS THAT HAVE HAPPENED TO ME IN CCWF CARE SINCE 2012 AND ARE APART OF AN ONGOING SAGA OF HARM. I AM REQUESTING FINANCIAL REIMBURSEMENT BEFORE I PUBLICLY EMBARRASS CCWF STAFF BY NAME IN COURT AND PUBLIC STARTING WITH CCWF KNOWINGLY HOUSING ME WITH BULIMIC NERVOSA INMATE WHO EXPOSED ME TO FECAL MATTER 10-TIMES A DAY FOR OVER A YEAR AND AFTER I REPORTED THIS STAFF FAILED TO ADEQUATELY ADDRESS HER MENTAL HEALTH CRISIS. I REQUEST CLAIM #.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 10/11/2021

COPY

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-0602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

**Inmate/Parolee Signature:** **Date Submitted:**

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** **Date Submitted:**

# HEALTH CARE SERVICES

**Patient Health Care Inquiry Response**

**Date:** JUL 1 1 2019

**To:** JOHNSON, TOMIEKIA (WE4176)
Central California Women's Facility
P. O. Box 1501
Chowchilla, CA 93610

RECEIVED
OCT 1 2 2021
CCWF
GREIEVANCE OFFICE

**From:** California Correctional Health Care Services
Health Care Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking #:** CCWF CCU 19000020

The Health Care Correspondence and Appeals Branch, California Correctional Health Care Services, has received your correspondence about issues related to your incarceration within the California Department of Corrections and Rehabilitation.

Refer to the attached correspondence for full details regarding your concerns.

The Health Care Correspondence and Appeals Branch responds to correspondence regarding patient-specific health care concerns. As such, we are unable to address your concerns. We respectfully suggest you pursue your concerns through the appropriate channels at the institution.

- [ ] Health Care Grievance Status, Processing, or Copies: Health Care Grievance Coordinator
- [ ] Health Care Forms or Policies: Health Care Staff or Law Library
- [ ] Health Record Copies: Health Records Staff
- [ ] Custody Appeal Status or Processing: Appeals Coordinator
- [ ] Other:
- [ ] Custody Forms or Policies: Custody Staff or Law Library
- [x] Living Conditions (e.g., showers, water, food): Custody Staff
- [ ] Property Loss or Confiscation: Custody Staff
- [ ] Transfer: Correctional Counselor
- [ ] Legal Assistance: Law Library

I hope this information has been helpful to you.

Health Care Services Representative
Health Care Correspondence and Appeals Branch



Cust

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS
CDC 605 (1/87)

# U SAVE 'EM

Intradepartment Envelope

DO NOT SEAL THIS ENVELOPE

I/m Johnson, WE4176
512-24-2L

LT. HUNTER C PROGRAM

RECEIVED
OCT 12 2021
CCWF
GREIEVANCE OFFICE

CL[?]

5/31/2019

TO WHOM IT MAY CONCERN:

MY NAME IS TOMIEKIA JOHNSON #WE4176 AND I AM AN INMATE AT THE CENTRAL CALIFORNIA WOMEN'S FACILITY (CCWF). THIS LETTER IS A WHISTLE BLOWER'S ADDRESS OF A DANGEROUS HEALTH CRISIS WHERE I AM CURRENTLY HOUSED (512-24). I HAVE ATTACHED AN E-MAIL DETAILING THE CRISIS CONCERNING INMATE [redacted] THE REASON I AM WRITING THE DEPARTMENT OF PUBLIC HEALTH, CENTER FOR DISEASE CONTROL (CDC), AND LIEUTENANT HUNTER IS BECAUSE IN THE PAST WHEN I ALERTED MY LOWEST CHAIN OF COMMAND (HOUSING STAFF), THE SITUATION WAS EGREGIOUSLY MISHANDLED AND I WAS SEVERLY RETALIATED AGAINST. I HOPE THIS APPROACH RENDERS PROFESSIONAL RESOLUTION THAT IS FAIR AND LIFE PRESERVING FOR ALL PARTIES INVOLVED. I AM PREPARED TO POSSIBLY SUFFER RETALIATION ONCE MORE FOR BLOWING THE WHISTLE ON THIS SITUATION, BUT IT IS WORTH THE RISK. I WILL NOT ALLOW FEAR TO DETER ME FROM DOING WHAT IS RIGHT. THANK YOU FOR YOUR TIME AND ATTENTION TO THIS VERY SERIOUS AND POTENTIALLY DEADLY SITUATION.

CORDIALLY,

[signature]

TOMIEKIA JOHNSON

ATTACHMENTS 2 PAGES

RECEIVED
OCT 12 2021
CCWF
GREIEVANCE OFFICE

1 of 3 CCW

You have received a jpay letter, the fastest way to get mail

From : TOMIEKIA JOHNSON, ID: WE4176
To : TERRESSA JOHNSON, CustomerID: 5357655
Date : 5/17/2019 11:51:34 PM EST, Letter ID: 592544274
Location : CCWF
Housing : C 512 1

RECEIVED

OCT 1 2 2021

The purpose of this email is to document a very serious life or death issue with inmate [redacted] 512-24-1Low. I, Johnson WE4176, have been housed with [redacted] for approximately 1 year and in that time I have observed and or have been told the following:

[redacted] uses a douche bottle filled with clarifying shampoo and water over and over as an enema 10-15 times a day. [redacted] uses the same disposable plastic douche bottle that has holes in the applicator trapping bacteria that she only rinses off with water in the room sink forcing roommates to use one sink. She reuses the same bottle until it leaks and she has to replace it.
[redacted] also buys excessive amounts of clarifying shampoo, douche bottles and still reuses them over and over. Canteen once called her to tell her they restocked douche bottles.
[redacted] rinses off the enema bottle in the room sink splashing fecal matter and liquid all over both sinks and ledges. She fails to properly disinfect the sinks, ledges, and toilet seat.
[redacted] inadvertently splashed one roommate with fecal matter and liquid from her enema douche bottle. [redacted] boils a bucket of water everyday for over an hour to dump down the sink only to contaminate it all over again by rinsing the fecal matter from her douche bottle back into the sink.
[redacted] also takes Milk of Magnesium excessively as a supplemental laxative. She has warned us that we might have to come out the bathroom for her.
[redacted] spends an excess amount of time in the bathroom denying access to other roommates who need to use the bathroom naturally. She takes up to 40 minutes to come out the bathroom.
[redacted] has been known to rectally purge at her job in the kitchen, also exposing the greater inmate population to fecal matter, H-Pylori, Hepatitis A/B, and other infectious diseases.
[redacted] has told roommates they have to use the day room bathroom, and some roommates are forced to go elsewhere to use the bathroom in emergency situations.
[redacted] oftentimes wakes up with an all programming room and keeps the bathroom occupied while we are trying to use it and get to work and class on time.
[redacted] has forced roommates to hold their bladder, bowels, menstrual cycle business, and suppress incontinence problems.
[redacted] has forced many roommates to move because they could not tolerate waiting excess amounts of time to use the bathroom and her addiction is accompanied by narcissistic, irratic, and angry behavior.
[redacted] becomes irrate when off staff makes us remove towel curtains from the bathroom door. She starts cussing and throwing a tantrum.
[redacted] has told me that she doesn't even want to go out to court for her freedom because she wouldn't have access to douche bottles and rectal purging. She was furious when her pen pal boyfriend filed a petition that could potentially send her out to court and home, because she wouldn't have access to douche bottles and rectal purging.
[redacted] has told us she will not work a second watch job or attend most groups because she has "stomach problems," and needs to have access to the bathroom to purge.
[redacted] deters her family from visiting her and if they do she will cut visits short to get back to the bathroom to purge. [redacted] turns on the fan making it extremely cold to drown out the loud disturbing squeezing, squirting, and gurgling sounds the douch bottle makes as she rectally purges her anus.
[redacted] misses work and is late almost daily due to rectal purging. [redacted] denies she has a problem as many roommates have talked to her about this dyer situation, including me. [redacted] covered the whole bathroom door with a sheet for approximately 40 minutes on May 15, 2019 in the early a.m. until she was asked to allow a roommate to use the bathroom. She sarcastically said, "I am tired anyway" and came out the bathroom with a mirror. One roommate thought [redacted] had finally tried to hurt herself. Another roommate thought [redacted] wasn't breathing one morning because she wasn't moving and had slept in.
[redacted] gets excited when our room can acquire 30 rolls of toilet paper a week, but also gets upset and even frantic when the unit is on a shortage. She has gotten irrate when roommates kept their own toilet paper in fear we would run out due to the excess amount of toilet paper she uses daily.
[redacted] has been known by other inmates at CCWF and for a significant amount of years at VSP to rectally purge with douche bottles exposing numerous people to fecal matter, H-Pylori, Hepatitis A/B, and other bacterial diseases.
[redacted] is exposing us to potentially harmful and deadly fecal bacteria that could lead to Hepatitis A and B, H-Pylori and other infectious diseases.
[redacted] exhibits extreme symptoms of rectal Bulimia Nervosa, Narcissism, Addictive Personality Disorder, Classic Addiction, and Obsessive Compulsive Disorder. She becomes angry when one interrupts her purging sessions.
-Occupants in room 24 are not attempting to have [redacted] moved nor do we mean her any harm, however we feel it is our due diligence to notify staff of this potentially deadly and harmful conduct, situation, and exposure. Furthermore

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

Copy

You have received a jpay letter, the fastest way to get mail

From : TOMIEKIA JOHNSON, ID: WE4176
To : TERRESSA JOHNSON, CustomerID: 5357655
Date : 5/17/2019 11:51:34 PM EST, Letter ID: 592544274
Location : CCWF
Housing : C 512 1

[redacted] exposes us to daily suffering, potential disease, and displays gross lack of respect for our lives. Her condition is growing increasingly worse, amounts to an emergency health crisis, and opens CCWF up to individual and class action lawsuits.

Thank you for your attention to this very serious matter.

Tomiekia Johnson
WE4176
512-24-2L

RECEIVED
OCT 12 2021
CCWF
GREIEVANCE OFFICE

jpay Tell your friends and family to visit www.jpay.com to write letters and send money!

copy

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# OOG ACKNOWLEDGMENT OF RECEIPT AND CLOSURE OF GRIEVANCE

**Offender Name:** JOHNSON, TOMIEKIA

**CDC#:** WE4176

**Date:** 10/20/2021

**Current Location:** CCWF-Facility C

**Current Area/Bed:** C 512 1024003L

**From:** Office of Grievances at Central California Women's Facility

**Re:** Log # 000000174412

**Emergency Detected**

Upon review, it was determined that one or more claims in your grievance contained information concerning personal safety, institutional security, or sexual misconduct. Therefore, it was provided to the appropriate administrator at Central California Women's Facility so that your claim(s) could be addressed quickly.

Central California Women's Facility should have notified you of its course of action to address your claim (s) within five business days after it received your grievance. If you did not receive a notification contact your counselor or agent.

**Grievance Receipt**

The California Department of Corrections and Rehabilitation Office of Grievances at Central California Women's Facility received your grievance on 10/12/2021. Your grievance has not been assigned for review and response because your claim(s) is being handled as specified below.

**Claim # 001:**

Your claim concerning General Employee Performance;Substandard Performance is being rejected by Office of Grievances for the reason(s) indicated below:

Your claim is substantially duplicative of a prior claim already submitted by you that is in process or has been answered.

Your Claim alleging "violent convict men being dangerously housed in CCWF" (Senate Bill (SB) 132) is the root cause of staff shortages at CCWF which negatively impact inmate programming was reviewed and deemed to meet rejection criteria due to being a duplicate to Grievance Log# 169204, 163278, 163815, & 164890, pursuant to the California Code of Regulations (CCR), Title 15, Section 3487(a)(3).

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at Central California Women's Facility.

**Claim # 002:**

Your claim concerning Offender Services;Other Services - NOS is being rejected by Office of Grievances for the reason(s) indicated below:

A claimant needs to submit their own claim. Your claim concerns another person's claim and we cannot respond to you about their claim.

Your Claim alleging CCWF is not properly protecting their staff due to being overworked and sleep deprived resulting in anger, frustration, quick tempered, lapse in judgement, memory issues, negative interactions, mistakes, accidents, and harm was reviewed and deemed to meet rejection criteria pursuant to the California Code of Regulations (CCR), Title 15, Section 3487(a)(4). Your Claim concerns a policy, decision, action, condition, or omission which did not occur to you nor reflects any adverse effect to your wellbeing, as policy speaks to not filing grievances on behalf of other offenders.

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at Central California Women's Facility.

**Claim # 003:**

Your matter concerning Offender Services;Allegation against Inmate/Parolee has been reviewed and is outside the scope of the grievance process. The Office of Grievances has redirected your claim. Your matter will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

**Claim # 004:**

Your claim concerning General Employee Performance;Substandard Performance is being rejected by Office of Grievances for the reason(s) indicated below:

You did not submit the claim within the timeframe required by California Code of Regulations, title 15. The date you discovered the adverse policy decision, action, condition, or omission by the Department was 12/31/2019; the date you submitted this claim was 10/11/2021. You should have submitted your claim on or by 01/30/2020 to meet the 30 calendar day requirement set forth in the regulations.

A claimant needs to submit their own claim. Your claim concerns another person's claim and we cannot respond to you about their claim.

Your Claim alleging from 2018-2019, CCWF housed you with an inmate (Carrafa, W63331) with chronic Bulimic Nervosa, thus exposing you to "toxic feces" 10 to 15 times per day for over a year and did not provide medical and mental health services for inmate Carrafa, was reviewed and deemed to meet rejection criteria due to time constraints. You failed to submit your Claim within the timeframe required pursuant to the California Code of Regulations (CCR), Title 15, Section 3482(b) of 30 calendar days from date of occurrence, event, or decision to grieve the issue in question. Additionally, your Claim was reviewed and deemed to meet rejection criteria pursuant to the California Code of Regulations (CCR), Title 15, Section 3487(a)(4). Your Claim concerns a policy, decision, action, condition, or omission which did not occur to you nor reflects any adverse effect to your wellbeing, as policy speaks to not filing grievances on behalf of other offenders.

This serves as your response by the Office of Grievances. If you are dissatisfied with this response, you may appeal the rejection decision to CDCR's Office of Appeals.

Do not resubmit this claim to the Office of Grievances at Central California Women's Facility.

**Claim # 005:**

Your matter concerning Offender Services;Request for Interview, Item, Assistance or Service has been reviewed and is outside the scope of the grievance process. The Office of Grievances has redirected your claim. Your request will be addressed by appropriate staff at Central California Women's Facility as determined by the Reviewing Authority.

Claim # 002:

As an expert on the subject of workplace fatigue in an inherently dangerous/hazardous workplace that leads to catastrophic mistakes, and life/career altering accidents when public safety officers are working over 16-22 hours on a 24 hour clock, burned out, sleep deprived, angry, frustrated, with compromised judgment, memory fade, and quick tempers they create a more harmful, abusive, volatile, unpredictable, and more hazardous environment than this inherently dangerous ecosystem already is, I'm in the position to see this new level of danger most certainly adversely affects my mental health, physical/physiological/emotional health, and overall holistic wellbeing. This new level of dangerousness makes me constantly more anxious, hyper-vigilant, worrisome of my safety and health, chronically overly concerned of what danger will befall me next, and forces me to live in chronic fear and dread. According to the Welfare and Institutions Code I am a "dependent adult" who depends on CDCr, CCWf, and the custody staff to maintain a healthy and safe environment exercising ordinary and reasonable care. The dangerous condition of CCWf rises to the level of "negligence" falling far below the standard of care established by law for my protection against unreasonable risk of harm violating the legal duty of care CCWf is obligated to provide. CCWf has habitually breached this obligation and are "liable" for all the psychological harm, emotional abuse, physical/physiological harm, mental anguish, and serious emotional distress they are constantly causing me. CCWf is chronically understaffed which forces staff to sometimes work into a 3rd shift in a 24hr period, which is illegal and seriously dangerous to me. Warden Pallares lies about being fully staffed so someone above him needs to declare CCWf is in a state of emergency/crises so the federal government can organize and strategize an actual fully staffed priority.

Claim # 004:

I reported inmate [redacted] was exposing me to toxic fecal matter from douching her anus 10-15 times a day with a douche bottle full of clarifying shampoo that she sloppily rinsed out in the sink area where I had to brush my teeth, cook my food, comb my hair, etc. When I advised C/O Coakley he told me this was common knowledge even to the canteen staff who calls the unit to notify [redacted] when they have new shipments of douche bottles. Living in adverse conditions custody knew about before they moved me there, where no one cared to keep me protected from disease and the mental anguish that comes with living in these circumstances, caused me extreme emotional distress, and serious depression. I have to revisit this torment to establish a pattern of CCWf and custody staff failing to keep me safe from an inmate who was grossly negligent in exposing me to disease and serious mental suffering. Furthermore I recently learned upon filing this grievance on 10/11/2021 that CCWf had a legal duty and obligation under "Mandated Reporting" to intervene in this mental health crisis to protect me from [redacted] grossly negligent mentally ill behavior by reporting this to an outside state health department according to the Welfare And Institutions Code. Their failure to report what [redacted] exposed me to for over a very anguishing year demonstrates, when I am in danger of another inmate's grossly negligent conduct, CCWf fails to step in to protect and keep me safe from harm. Therefore consistent with their failure to step in to protect and keep me safe from biological men I am forced to be housed with AGAIN.

the ongoing serious emotional distress and depression CCWf has caused me repeatedly since 2012, I deserve financial compensation for punitive/exemplary damages and to be released on merit of a model/extraordinary/exemplary inmate as these circumstances are getting worse.

C/o J. Quintero — Oct. 23. 2021

FSC MIX Envelope FSC® C127131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2016

TOMIEKA JOHNSON #WE4176
CCWF HOUSING #512-24-3LOW
P.O. BOX 1508
CHOWCHILLA CA 93610




OFFICE OF APPEALS
DEPARTMENT OF CORRECTIONS AND REHABILITATION
P.O. BOX 942883
SACRAMENTO CA 95811

CENTRAL CALIFORNIA
WOMEN'S FACILITY
STATE PRISON

Legal Mail

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# CLAIMANT APPEAL CLAIMS DECISION RESPONSE

**Re:** Appeal Claims Decision Response

**Offender Name:** JOHNSON, TOMIEKIA

**Date:** 12/23/2021

**CDC#:** WE4176

**Current Location:** CCWF-Facility C

**Current Area/Bed:** C 512 1 - 024003L

**Log #:** 000000174412

## Claim # 002

**Received at Institution/Parole Region:** Central California Women's Facility

**Submitted to Facility/Parole District:** Central California Women's Facility

**Housing Area/Parole Unit:**

**Category:** Offender Services

**Sub-Category:** Other Services - NOS

### I. ISSUE ON APPEAL

Appellant alleges that California Correctional Women's Facility is not properly protecting their staff due to being overworked and sleep deprived resulting in anger, frustration, quick tempered, lapse in judgement, memory issues, negative interactions, mistakes, accidents, and harm.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, sections 3481(a), 3486(i)(1), and 3487(a)(4)

#### B. DOCUMENTS CONSIDERED

Grievance/Appeal Log #174412

### III. REASONING AND DECISION

Title 15, section 3487(a)(4), specifies that a claim shall be rejected by an Institutional or Regional Office of Grievances or Office of Appeals if the claim concerns harm to a person other than the person who signed the grievance or appeal. Appellant is alleging staff are not protected. Because the response by the Office of Grievances was proper, this claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| C. Rojas [ROCY016] | AW | 12/22/2021 |

**Claim # 004**

**Received at Institution/Parole Region:** Central California Women's Facility
**Submitted to Facility/Parole District:** Central California Women's Facility
**Housing Area/Parole Unit:**
**Category:** General Employee Performance **Sub-Category:** Substandard Performance

## I. ISSUE ON APPEAL

Appellant disagrees with the rejection of a claim as time expired.

## II. RULES AND REFERENCES

### A. CONTROLLING AUTHORITY

Title 15, sections 3486, 3487

### B. DOCUMENTS CONSIDERED

OGT Log #174412

## III. REASONING AND DECISION

Appellant alleged that during 2018-2019 appellant was housed with an inmate who suffered from a medical condition that placed appellant in harm's way. Appellant filed the claim on or around October 11, 2021, beyond the 30-calendar day time limit for submitting a claim. Because of this, the claim is denied.

## IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

**Decision: Denied**

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| C. Rojas [ROCY016] | AW | 12/22/2021 |