SHAWN MEERKAMPER (SBN 296964)
shawn@transgenderlawcenter.org
**TRANSGENDER LAW CENTER**
P.O. Box 70976
Oakland, California 94612
Telephone: (510) 587-9696

AMANDA C. GOAD (SBN 297131)
agoad@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street, Suite 200
Los Angeles, California 90017
Telephone: (213) 977-9500

CHRISTINA S. PAEK (SBN 341994)
cpaek@lambdalegal.org
**LAMBDA LEGAL**
4221 Wilshire Boulevard, Suite 280
Los Angeles, California 90010
Telephone: (213) 382-7600

NORA HUPPERT (SBN 330552)
nhuppert@lambdalegal.org
**LAMBDA LEGAL**
65 E. Wacker Place, Suite 2000
Chicago, Illinois 60601
Telephone: (312) 663-4413

RICHARD SAENZ *(pro hac vice forthcoming)*
rsaenz@lambdalegal.org
**LAMBDA LEGAL**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone: (212) 809-8585

DIMITRI D. PORTNOI (SBN 282871)
dportnoi@omm.com
MICHAEL J. SIMEONE (SBN 326844)
msimeone@omm.com
ELIZABETH A. ARIAS (SBN 318283)
earias@omm.com
SHIVANI I. MORRISON (SBN 342874)
smorrison@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000

SHILPI AGARWAL (SBN 270749)
sagarwal@aclunc.org
**ACLU FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493

*Attorneys for Proposed Intervenors*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)**

JANINE CHANDLER, et al.,

Plaintiffs,

v.

CALIFORNIA DEP'T OF CORRECTIONS AND REHABILITATION, et al.,

Defendants.

Case No. 1:21-cv-01657-JLT-HBK

**PROPOSED INTERVENORS' NOTICE OF MOTION AND MOTION TO INTERVENE**

Hearing Date: June 13, 2022
Time: 9:00am
Judge: Hon. Jennifer L. Thurston
Courtroom: 4, 7th Floor

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 13, 2022 at 9:00 AM, or as soon thereafter as the matter can be heard by the above-entitled Court located at 2500 Tulare Street, Fresno, CA 93721, in Courtroom 4, Proposed Intervenors Transgender Gender-Variant & Intersex Justice Project ("TGI JP"), Kelli Blackwell, Katie Brown, Tremayne Carroll, and Jennifer Rose will and hereby do move the Court to grant Proposed Intervenors the right to intervene as Defendants in this case pursuant to Federal Rule of Civil Procedure 24(a)(2) or, in the alternative, to permit them to intervene pursuant to Federal Rule of Civil Procedure 24(b).

Proposed Intervenors bring this Motion on the grounds that they have a significant interest in this litigation that is not represented by the current parties. TGI JP drafted, sponsored, and helped pass SB 132. It also represents the interests of transgender, gender-variant, and intersex people incarcerated in CDCR facilities, who directly benefit from SB 132's protections. Ms. Blackwell, Ms. Brown, Ms. Carroll, and Ms. Rose are transgender women who are incarcerated in CDCR facilities. The Proposed Intervenors therefore have direct interests in defeating Plaintiffs' challenge to SB 132, and the Court's resolution of that challenge will directly affect the Proposed Intervenors' protected rights.

This Motion is based upon this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities; the Declarations of TGI JP, Kelli Blackwell, Katie Brown, Tremayne Carroll, Jennifer Rose, and attorney Shawn Meerkamper; the pleadings and other papers on file in this action; all matters of which judicial notice has been or may be taken; and such additional authority, evidence, reply memorandum, and other written and oral argument as may be presented to the Court.

This Motion is made following the conference of counsel pursuant to the

Court's standing order. On April 15, 2022, counsel for Proposed Intervenors (Elizabeth Arias and Shawn Meerkamper) met and conferred via telephone call with Plaintiffs' counsel (Lauren Adams and Candice Jackson). Counsel for Plaintiffs stated that they do not intend to oppose this Motion. On April 29, 2022, counsel for Proposed Intervenor-Defendants (Elizabeth Arias and Shawn Meerkamper) met and conferred via video conference with Counsel for Defendants (Preeti Bajwa, Anthony Corso, Misha Igra, and Colin Shaff). Counsel for Defendants declined to express any position on behalf of the Defendants regarding the proposed motion to intervene.

Dated: May 9, 2022

RESPECTFULLY SUBMITTED,

By: s/ *Dimitri D. Portnoi*

DIMITRI D. PORTNOI
MICHAEL J. SIMEONE
ELIZABETH A. ARIAS
SHIVANI I. MORRISON
**O'MELVENY & MYERS LLP**

SHAWN MEERKAMPER
**TRANSGENDER LAW CENTER**

AMANDA C. GOAD
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**

SHILPI AGARWAL
**ACLU FOUNDATION OF NORTHERN CALIFORNIA**

RICHARD SAENZ
NORA HUPPERT
CHRISTINA S. PAEK
**LAMBDA LEGAL**

*Counsel for Proposed Intervenor-Defendants*