| | |
|---|---|
| CANDICE JACKSON (SBN 224648)<br>**FREEMAN MATHIS & GARY, LLP**<br>1010 B Street, Suite 300<br>San Rafael, California 94901<br>Telephone: (415) 352-6434<br>cjackson@fmglaw.com<br><br>LAUREN ADAMS (*Pro Hac Vice*)<br>**WOMEN'S LIBERATION FRONT**<br>1802 Vernon St. NW, #2036<br>Washington, DC 20009<br>Telephone: (202) 964-1127<br>legal@womensliberationfront.org<br><br>*Counsel for Plaintiffs* | ROB BONTA (SBN 202668)<br>**Attorney General of California**<br>PREETI K. BAJWA (SBN 232484)<br>**Supervising Deputy Attorney General**<br>ANTHONY N. CORSO (SBN 280618)<br>COLIN A. SHAFF (SBN 300301)<br>**Deputy Attorney General**<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-4429<br>Fax: (415) 703-5843<br>Anthony.Corso@doj.ca.gov<br><br>*Counsel for Defendants* |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| JANINE CHANDLER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CALIFORNIA DEP'T OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01657-JLT-HBK<br><br>**STIPULATION TO DISMISS ALL CLAIMS OF PLAINTIFF WOMAN II WOMAN, AND [PROPOSED] ORDER** |

Defendants California Department of Corrections and Rehabilitation, Kathleen Allison, Mona Houston, and Michael Pallares together with Plaintiffs Janine Chandler, Krystal Gonzalez, Tomiekia Johnson, Nadia Romero, and Woman II Woman by and through their respective counsel of record, and subject to the approval of the Court, hereby STIPULATE AND AGREE: all claims by Plaintiff Woman II Woman shall be dismissed forthwith, with prejudice, all parties to bear their own costs and fees incurred to date.

**SO STIPULATED.**

Dated: May 9, 2022　　　　　　　　　　FREEMAN MATHIS & GARY, LLP

　　　　　　　　　　　　　　　　　　By:　　s/ Candice Jackson
　　　　　　　　　　　　　　　　　　　　　Candice Jackson
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

Dated: May 9, 2022　　　　　　　　　　STATE OF CALIFORNIA
　　　　　　　　　　　　　　　　　　DEPARTMENT OF JUSTICE,
　　　　　　　　　　　　　　　　　　OFFICE OF THE ATTORNEY
　　　　　　　　　　　　　　　　　　GENERAL

　　　　　　　　　　　　　　　　　　By:　　*/s/ Anthony Corso*
　　　　　　　　　　　　　　　　　　　　　Anthony N. Corso
　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____　　　_____
　　　_____　　　　　　　　　　　　　HONORABLE JENNIFER L. THURSTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE