UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANINE CHANDLER, et al., | No. 1:21-cv-01657-JLT-HBK |
| Plaintiffs, | STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS OF PLAINTIFF WOMEN II WOMEN |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (Doc. No. 31) |
| Defendants. | |

On May 9, 2022, Defendants California Department of Corrections and Rehabilitation, Kathleen Allison, Mona Houston, and Michael Pallares together with Plaintiffs Janine Chandler, Krystal Gonzalez, Tomiekia Johnson, Nadia Romero, and Woman II Woman filed a Stipulation to Dismiss All Claims of Plaintiff Women II Women. (Doc. No. 31, "Stipulation"). The Stipulation states the dismissal is *with prejudice* with "all parties to bear their own costs and fees incurred to date." (*Id.*). ACCORDINGLY, the **Clerk of Court** shall correct the docket to reflect the stipulated dismissal of all claims by Plaintiff Women II Women.

Dated:  May 16, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE