1  CANDICE JACKSON (SBN 224648)
2  **FREEMAN MATHIS & GARY, LLP**
   1010 B Street, Suite 300
3  San Rafael, California 94901
   Telephone: (415) 352-6434
4  cjackson@fmglaw.com

5  LAUREN ADAMS (*Pro Hac Vice*)
6  **WOMEN'S LIBERATION FRONT**
   1802 Vernon St. NW, #2036
7  Washington, DC 20009
   Telephone: (202) 964-1127
8  legal@womensliberationfront.org

9  *Counsel for Plaintiffs*

10

11              **UNITED STATES DISTRICT COURT**

12      **EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)**

13

14  JANINE CHANDLER, et al.,                    Case No. 1:21-cv-01657-JLT-HBK

15              Plaintiffs,                      **DECLARATION OF JANINE
                                                 CHANDLER IN SUPPORT OF**
16      v.                                       **PLAINTIFFS' OPPOSITION TO
                                                 MOTION TO DISMISS**
17  CALIFORNIA DEP'T OF CORRECTIONS
    AND REHABILITATION, et al.,
18
                Defendants.
19

20

21      The declaration of Janine Chandler follows:

22

23

24

25

26  ///

27  ///

28  ///

I, Janine Chandler, hereby declare:

1. I make this declaration based on my own personal knowledge, and if called to testify, I could and would do so as follows:
2. I am a Plaintiff in this lawsuit. I am a 50-year-old woman currently incarcerated in Central California Women's Facility.
3. I am an observant Muslim and as part of my faith, I am not supposed to be housed with men who are not in my immediate family. SB 132 violates my faith because the prison can transfer any male with a transgender or nonbinary identity into CCWF..
4. There have been many changes to security that have limited the women's mobility and autonomy, compared to how it was prior to SB 132. The cultural changes that has come from importing whole groups from the men's prisons are significant and not positive.
5. I don't have any problem with transgender people, and I respect people's gender identities, but I don't have a gender identity personally and I don't identify as "cisgender." I am female based on my physiology. I have no desire to be "away" from transgender people, and I believe that transmen (who were born women) should be housed along with the rest of us biological women, because it is not safe for them to be housed in men's facilities for the same reasons why no women should be housed with men.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on May 26, 2022 at Chowchilla, California.

Janine Chandler