SHAWN MEERKAMPER (SBN 296964)
shawn@transgenderlawcenter.org
**TRANSGENDER LAW CENTER**
P.O. Box 70976
Oakland, California 94612
Telephone:   (510) 587-9696

AMANDA C. GOAD (SBN 297131)
agoad@aclusocal.org
**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**
1313 W. 8th Street, Suite 200
Los Angeles, California 90017
Telephone:   (213) 977-9500

CHRISTINA S. PAEK (SBN 341994)
cpaek@lambdalegal.org
**LAMBDA LEGAL**
4221 Wilshire Boulevard, Suite 280
Los Angeles, California 90010
Telephone:   (213) 382-7600

NORA HUPPERT (SBN 330552)
nhuppert@lambdalegal.org
**LAMBDA LEGAL**
65 E. Wacker Place, Suite 2000
Chicago, Illinois 60601
Telephone:   (312) 663-4413

RICHARD SAENZ *(pro hac vice)*
rsaenz@lambdalegal.org
**LAMBDA LEGAL**
120 Wall Street, 19th Floor
New York, New York 10005
Telephone:   (212) 809-8585

DIMITRI D. PORTNOI (SBN 282871)
dportnoi@omm.com
MICHAEL J. SIMEONE (SBN 326844)
msimeone@omm.com
ELIZABETH A. ARIAS (SBN 318283)
earias@omm.com
SHIVANI I. MORRISON (SBN 342874)
smorrison@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:   (213) 430-6000

SHILPI AGARWAL (SBN 270749)
sagarwal@aclunc.org
**ACLU FOUNDATION OF NORTHERN CALIFORNIA**
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 621-2493

*Attorneys for Proposed Intervenors*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JANINE CHANDLER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA DEP'T OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01657-JLT-HBK<br><br>**DECLARATION OF NORA WYATT HUPPERT**<br><br><br>Judge:　　Hon. Jennifer L. Thurston<br>Courtroom:　4, 7th Floor |

I, Nora Wyatt Huppert, do declare:

1. I make this declaration based on my personal knowledge, and if called to testify I could and would do so as follows:

2. I am a Staff Attorney at Lambda Legal, and I am one of Proposed Intervenors' counsel in this matter.

3. I am submitting this declaration to detail Proposed Intervenors' counsel's receipt of the Asia Davis Declaration, which caused Proposed Intervenors to request permission to file a Supplemental Reply in Support of Defendants' Motion to Strike, Dkt. No. 38, after the motion had otherwise been fully briefed.

4. On May 31, 2022, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss, Dkt. No. 36. The brief and its accompanying declarations introduced numerous rumors originating from anonymous third parties of a supposed sexual assault by a specific transgender woman, Syiaah Skylit, who Plaintiffs referred to by a different name she has used. Plaintiffs referred to this in their briefs as the "May 2022 Alleged Rape."

5. On June 7, 2022, myself and other of Proposed Intervenors' counsel, Shawn Meerkamper and Amanda Goad, conferred telephonically with Dr. Jen Orthwein, an attorney for Syiaah Skylit. Dr. Orthwein discussed the declarations that Plaintiffs in this matter submitted which included the anonymous rumors of an alleged sexual assault by their client. Dr. Orthwein informed us that their firm had learned that Asia Davis, the alleged "victim" of the assault (who is also the "A.D." referred to in certain of Plaintiffs' declarations), wanted to meet with Dr. Orthwein. Counsel for Proposed Intervenors did not participate in any communications with Ms. Davis.

6. On June 29, 2022, Dr. Orthwein transmitted to counsel for Proposed Intervenors by email the executed Asia Davis Declaration, in which Ms. Davis clearly and emphatically denies any assault by Syiaah, who she refers to by a different name that Syiaah has used.

7. Proposed Intervenors did not intend on filing any Reply in Support of Defendants' Motion to Strike before the executed declaration was available to be filed. But upon obtaining the executed Davis declaration, Proposed Intervenors sought to file it promptly to correct the statements and suggestions put before the Court.

8. On June 30, 2022, Shawn Meerkamper transmitted the Davis declaration by email to counsel for Plaintiffs, counsel for Defendants, myself, and another of Proposed Intervenors' counsel, Elizabeth Arias. Shawn Meerkamper's email also (1) indicated Proposed Intervenors' intent to file a request for this Court's leave to file a supplemental reply for the purpose of filing the declaration, (2) solicited both parties' position on the filing pursuant to the Court's standing order's meet and confer requirement, and (3) invited Plaintiffs' counsel to withdraw or correct the false allegations put before the Court in light of Ms. Davis' declaration. A true and correct copy of that email is attached hereto as EXHIBIT A.

9. Proposed Intervenors' Meet and Confer efforts are further outlined in the accompanying Notice of Motion and Motion pursuant to the Court's standing order's requirement that a party summarize such efforts in the notice of motion.

HUPPERT DECLARATION
CASE NO. 1:21-CV-01657-JLT-HBK

I declare under penalty of perjury of the laws of the State of Illinois and the United States that the foregoing is true and correct.

Executed this 5th day of July 2022 at Chicago, Illinois.

_____
Nora Wyatt Huppert

# EXHIBIT A

| | |
|---|---|
| **From:** | shawn@transgenderlawcenter.org |
| **Sent:** | Thursday, June 30, 2022 3:20 PM |
| **To:** | Candice Jackson; Lauren Adams; Preeti Bajwa; Anthony Corso |
| **Cc:** | Nora Huppert; Arias, Elizabeth |
| **Subject:** | Chandler v. CDCR | Decl. of Asia Davis and Meet & Confer Request |
| **Attachments:** | 2022.06.24 - Declaration of Asia Davis DRAFT[60].pdf |

Dear Candice, Lauren, Preeti, & Anthony:

We intend to file a Motion for Leave to File a Supplemental Reply in support of CDCR's Motion to Strike because we believe it is important that the Court be made aware of the attached Declaration of Asia Davis, the "A.D." who Plaintiffs claim was the victim of the "May 2022 Alleged Rape." As you'll see, Ms. Davis declares in no uncertain terms that this incident simply did not happen.

Please let us know your position on our intended motion. Alternatively, if you would prefer to meet and confer over phone, please provide some availability.

Candice and Lauren, in addition to your position on our motion, and in light of Ms. Davis declaration, please also let us know whether or not you intend to honor your duty of candor to the Court by withdrawing and correcting the false statements in your prior filings, per FRCP 11.

Thank you,
-Shawn

**Shawn Thomas Meerkamper**
*pronouns: they/them/their*
**Senior Staff Attorney | Transgender Law Center**
*Based in Durham, North Carolina*
*Licensed in California and Nevada (inactive) only*
phone: 510.587.9696 ext. 303 | mail: PO Box 70976, Oakland, CA 94612
transgenderlawcenter.org | Facebook | Twitter | Instagram



This email message and any attachments are intended only for the use of the addressee named above and contain information that is privileged and confidential. If you are not the intended recipient, any dissemination, distribution, or copying of this email is unauthorized and strictly prohibited. If you received this email in error, please immediately notify the sender by replying to this email message. Thank you.

1