| | |
|---|---|
| SHAWN MEERKAMPER (SBN 296964)<br>shawn@transgenderlawcenter.org<br>**TRANSGENDER LAW CENTER**<br>P.O. Box 70976<br>Oakland, California 94612<br>Telephone:     (510) 587-9696 | RICHARD SAENZ *(pro hac vice)*<br>rsaenz@lambdalegal.org<br>**LAMBDA LEGAL**<br>120 Wall Street, 19th Floor<br>New York, New York 10005<br>Telephone:     (212) 809-8585 |
| AMANDA C. GOAD (SBN 297131)<br>agoad@aclusocal.org<br>**ACLU FOUNDATION OF SOUTHERN CALIFORNIA**<br>1313 W. 8th Street, Suite 200<br>Los Angeles, California 90017<br>Telephone:     (213) 977-9500 | DIMITRI D. PORTNOI (SBN 282871)<br>dportnoi@omm.com<br>MICHAEL J. SIMEONE (SBN 326844)<br>msimeone@omm.com<br>ELIZABETH A. ARIAS (SBN 318283)<br>earias@omm.com<br>SHIVANI I. MORRISON (SBN 342874)<br>smorrison@omm.com |
| CHRISTINA S. PAEK (SBN 341994)<br>cpaek@lambdalegal.org<br>**LAMBDA LEGAL**<br>4221 Wilshire Boulevard, Suite 280<br>Los Angeles, California 90010<br>Telephone:     (213) 382-7600 | **O'MELVENY & MYERS LLP**<br>400 South Hope Street, 18th Floor<br>Los Angeles, California 90071<br>Telephone:     (213) 430-6000 |
| NORA HUPPERT (SBN 330552)<br>nhuppert@lambdalegal.org<br>**LAMBDA LEGAL**<br>65 E. Wacker Place, Suite 2000<br>Chicago, Illinois 60601<br>Telephone:     (312) 663-4413 | SHILPI AGARWAL (SBN 270749)<br>sagarwal@aclunc.org<br>**ACLU FOUNDATION OF NORTHERN CALIFORNIA**<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: (415) 621-2493 |

*Attorneys for Proposed Intervenors*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JANINE CHANDLER, et al.,<br><br>              Plaintiffs,<br><br>     v.<br><br>CALIFORNIA DEP'T OF CORRECTIONS AND REHABILITATION, et al.,<br><br>              Defendants. | Case No. 1:21-cv-01657-JLT-HBK<br><br>**[PROPOSED] ORDER GRANTING PROPOSED INTERVENORS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE**<br><br>Judge:       Hon. Jennifer L. Thurston<br>Courtroom:   4, 7th Floor |

## **[PROPOSED] ORDER**

With good cause shown, Proposed Intervenors' Motion for Leave to File a Supplemental Reply in support of Defendants' Motion to Strike is GRANTED.  Pursuant to Local Rule 137(c), Proposed Intervenors shall file their Reply in support of Defendants' Motion to Strike and the attached declaration.

**IT IS SO ORDERED.**

ENTERED this ___, day of ____, 2022.

_____

Hon. Judge Jennifer L. Thurston

1

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY ISO MOTION TO STRIKE
CASE NO. 1:21-CV-01657-JLT-HBK