UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANINE CHANDLER; KRYSTAL GONZALEZ; TOMIEKIA JOHNSON; NADIA ROMERO;**,<br><br>Plaintiffs,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; KATHLEEN ALLISON, Secretary of the California Department of Corrections and Rehabilitation, in her official capacity; MICHAEL PALLARES, Warden, in his official capacity; MONA D. HOUSTON, Warden, in her official capacity; and DOES 1-10, inclusive,**<br><br>Defendants. | Case No.  1:21-cv-01657-JLT-HBK<br><br>ORDER GRANTING ADMINISTRATIVE MOTION TO VACATE INITIAL SCHEDULING CONFERENCE<br><br>(Doc. No.  51) |

Pending before the Court is Defendants' Administrative Motion to Vacate Initial Scheduling Conference filed July 21, 20211 (Doc. No. 51). Plaintiffs have not filed an opposition to the Motion and time to do so has expired. Local Rule 233 (b). Defendants seek to vacate the Initial Scheduling Conference scheduled for August 18, 2022 at 10:30 AM. (Doc. No. 3).  In support, Defendants note that their Motion to Dismiss (Doc. No. 15) remains pending and thus they are unable to evaluate the claims, defenses, and extent of discovery at this time. (Doc. No. 51.)

ACCORDINGLY, for good cause shown, it is hereby **ORDERED**:

1. Defendants' Administrative Motion to Vacate Initial Scheduling Conference (Doc. No. 51) is GRANTED and the August 18, 2022 at 10:30 AM Initial Scheduling Conference is VACATED.

2. Within ten (10) days after the issuance of the ruling on the Motion to Dismiss, should the matter go forward, the parties are directed to contact Courtroom Deputy Patricia Apodaca (PApodaca@caed.uscourts.gov) to secure a new scheduling conference date.

Dated: July 27, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE