July 23, 2022

FILED
07/27/2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Dear Honorable Judge Jennifer L. Thurston:

In re: case #1:21-cv-01657 (Chandler vs CDCR)

My name is Michelle-Lael Norsworthy, and, recently, it came to my attention that on May 9th, 2022, your court received a request for intervention, with supplemental motions and filings, in the case of Chandler Vs CDCR. This is of great concern to me for the following reasons. The "Intervenors" are fighting on behalf of the transgender community as it relates to the PASSING AND IMPLEMENTATION of the California Senate Bill #132 in 2020. The intervenors would like to assume command of the defense side of the Chandler case, Chandler being the Plaintiff, which if you allow them to do so would ultimately mean they would be representing the defendants-THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR).

The discrepancy is thus: The Intervenor list contains many of the lawyers who represented me as co-counsel, with Morgan Lewis and Bockius LLP, or who filed amicus briefs therein the case of NORSWORTHY VS BEARD case# #:14-cv-00695-JST (2014-2015). My case involved the right of incarcerated Transgender persons to receive adequate and individualized medical care. I won. The CDCR was found guilty of being abusers of yours truly, and all other transgender inmates. Additionally, I am currently in very active litigation, again, against the CDCR for continued abuses against myself and all trans-persons in the CDCR in re: Norsworthy vs Allison case #1:20-cv-00813-DAD-HBK. (Fresno)

That now said, the problem is "Conflict of Interest". The Intervenors cannot be allowed to represent my abusers, CDCR, nor are they allowed to work with the attorney general's office for obvious reasons. The "Intervenors" previously agreed, in the abovementioned case Norsworthy Vs Beard, the CDCR and Attorney General's office were abusive to me and other trans people past. My new case proves the abuses are ongoing.

The intervenors cannot be allowed to be involved in any aspect of defending the STATE in Chandler vs Beard when in the past records show they have done nothing but condemn the CDCR. The Chandler case has been filed against the CDCR and Not my previous attorneys listed on the Intervenors Motions and filings with your court. Therefore, the attorney-client privilege has not been broken and they are not allowed to be "defensive" in a case filed against my abusers-the CDCR.

Respectfully Submitted for Your Consideration

*[signature]*
Michelle-Lael Norsworthy   July 23, 2022

RECEIVED
JUL 27 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK