1) Kennard Lee Davis #T-28448
2) Salinas Valley State Prison
3) P.O. Box 1050
4) Soledad, CA. 93960
5) (PRO SE)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Janine Chand, et al | Case No. 1:21-cv-01657-JLT-HBK |
| Plaintiffs | NOTICE OF APPEAL OF JUDGMENT (ECF.NO. ___) Filed dated: 5-14-2024. Request for Certificate of Appealability. 2024 U.S. Dist. Lexis #87164 |
| v. | |
| Cal. Dept. of Corrections and Rehab. | |
| Defendants | |

TO: THE UNITED STATES DISTRICT COURT JUDGE: JENNIFER L. THURSTON
EASTERN DISTRICT OF CALIFORNIA

I, (Kennard Lee Davis) Intervenor/Pro Se will now move this Honorable Court for Intervenor/Pro Se Notice and Motion of Appeal of Judgment entered in this entitled case on May 14, 2024. (ECF.No. ___) Filed dated: 5-14-2024. Request for Certificate of Appealability. 2024 U.S. Dist. Lexis #87164.

Date: June 27, 2024          (s) Kennard Lee Davis
                                  Intervenor / Pro Se

FILED
JUL 01 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

## DECLARATION

1) I, (Kennard Lee Davis), Intervenor/Amore in the
2) above-mention entitled case, depose and declare
3) as follows:
4) #1. That since the decision in Janine Chandler et. al
5) V. California Department of Corrections and Rehabilitation
6) 2024 United States District Lexis #87164 filed dated
7) May 14, 2024. This Amore/Intervenor has be subject to
8) Defendants; Defendants and their Attorneys Representing
9) This case; and/or Subordinate members who process work on
10) or who are in charge of California Penal Code Section 2600
11) Headquarters Classification Committee for (SB) 132 Transfer
12) of Transgender Status inmates such as myself. That due to my
13) personal involvement, advocacy and connection to this case.

14) #2) Amore/Intervenor Transgender Status inmate; Kennard
15) Lee Davis #T-28448 has been the multiple victim of (SVSP)
16) Prison Officials and/or Correctional Officers; Captain Parks;
17) Lieutenant; J. Tilich, various Seargents; Hidalgo; and Wayne
18) Paying inmates Proxy's to physical/attack me; food Poisoned
19) to be Sedated to be Raped, sexually assaulted, killed, murdered,
20) Sodomized and force to perform sex acts upon officers and
21) inmates; the victim of excessive force, (PREA) staff sexual
22) misconduct; denied medical treatment; safety concerns; and
23) mental health services; denied transfer to (SB) 132 all female
24) prison to be tortured, physically abused, legal property confiscated
25) to deny me access to this court deadline to file an appeal.
26) I declare under the law of Penalty of Perjury the above is true/correct
27) Date: June 22, 2024    /s/   Kennard Lee Davis
                                Declarant/Intervenor

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __Davis, Kennard #T-78448__, declare:

I am over 18 years of age and a party to this action. I am a resident of __S.V.S.P.__ _____ Prison,

in the county of __Monterey__,

State of California. My prison address is: __Kennard Lee Davis #T-78448__, __(S.V.S.P.) P.O. Box 1050, Soledad, CA. 93960__.

On __6/27/2024__ (DATE),

I served the attached: __Notice of Appeal of Judgment (Ecf. No. __) Filed dated: 5-14-2024, Request for Certificate of Appealability. 2024 U.S. Dist Lexis 87164__
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

__United States District Court__
__Eastern District of California__
__2500 Tulare Street, Room #501__
__Fresno, CA. 93721__

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __June 27, 2024__         __Davis, Kennard__
(DATE)                          (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                         ::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-