IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANINE CHANDLER; *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> Jeffrey MACOMBER, *Secretary of the California Department of Corrections and Rehabilitation, et al*., <br><br> Defendants. | Case No. 1:21-CV-01657-JLT-HBK <br><br> ORDER APPROVING STIPULATED BRIEFING SCHEDULE <br><br> (Doc. No. 104) |

On July 19, 2024, Plaintiffs Janine Chandler, Krystal Gonzalez, Tomiekia Johnson, and Nadia Romero filed a First Amended Complaint. (Doc. No. 84). On August 5, 2024, Plaintiffs and Defendants A. De La Cruz, J. Macomber, and L. Parker, and Intervenors Kelli Blackwell, Katie Brown, Tremayne Carroll, Jennifer Rose, and Transgender, Gender-Variant & Intersex Justice Project (collectively "the Parties") jointly submitted a proposed briefing schedule to respond to the First Amended Complaint for the Court's approval. (Doc. No. 104). Seemingly, the proposed briefing schedule suggests that, as opposed to filing answers, the Defendants and Intervenors anticipate filing a Rule 12 motion to the First Amended Complaint. The Parties further acknowledge that there will be no hearing scheduled on the briefing. (*Id*. at 2).

ACCORDINGLY, it is hereby ORDERED:

1. The Parties Stipulated Briefing Schedule is (Doc. No. 104) APPROVED.

2. The following briefing schedule shall govern Plaintiffs' First Amended Complaint:

    a. Defendants A. De La Cruz, J. Macomber, and L. Parker shall file their response to the First Amended Complaint **no later than October 3, 2024**.

    b. Intervenors Kelli Blackwell, Katie Brown, Tremayne Carroll, Jennifer Rose, and Transgender, Gender-Variant & Intersex Justice Project shall file their response to the Plaintiffs' First Amended Complaint **no later than October 10, 2024**.

    c. Plaintiffs shall file their combined opposition to the Defendants and the Intervenors' respective responses **no later than October 24, 2024**.

    d. The Defendants shall file a reply brief **no later than November 4, 2024**.

    e. The Intervenors shall file a reply brief **no later than November 12, 2024**.

3. Pursuant to Judge Thurston's Standing Order (Doc. No. 12, ¶1) and Local Rule 230(g), no hearing will be calendared on the briefing.

IT IS SO ORDERED.

Dated:   August 7, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE