"SUBJECT TO PREFILING REVIEW ORDER CASE NO. 17-80236"

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 13 2024

FILED
Aug 13, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED _____
DOCKETED _____
DATE _____ INITIAL _____

1. KENNARD LEE DAVIS #T-78448
2. MULE CREEK STATE PRISON
3. P.O. BOX 409060
4. IONE, CA. 95640
5. INTERVENOR (PRO SE)
6.
7.
8.
9.
10.
11.          UNITED STATES COURT OF APPEALS
                  FOR THE   NINTH CIRCUIT
12. JANINE CHANDLER ET. AL | CASE NO.
13.                        | D.C. NO. 1:21-CV-01657-JLT-HBK
14. PLAINTIFF-APPELLANT    | NOTICE OF APPEAL OF
15.                        | JUDGMENT (ECF NO.____) FILED
16. V.                     | DATED: 5-14-2024 "ORDER" 2024
17.                        | U.S. DIST. LEXIS # 87164,...
18. JEFFERY MACOMBER ET.AL | NOTICE OF APPEAL OF JUDGMENT
19.                        | (ECF NO.____) FILED DATED: 8-__-2024
20. DEFENDANT-APPELLEES    | "ORDER" U.S. DIST. LEXIS #136348.
21. TO: UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.
22. I, (KENNARD LEE DAVIS), INTERVENOR/PRO SE WILL NOW MOVE THIS
23. HONORABLE COURT FOR INTERVENOR/PRO SE NOTICE OF APPEAL OF JUDGMENT
24. (ECF NO.____) FILED DATED: 5-14-2024 "ORDER" 2024 U.S. DIST LEXIS # 87164.
25. NOTICE OF APPEAL OF JUDGMENT (ECF NO.____) FILED DATED: 8-__-2024.
26. "ORDER" U.S. DIST. LEXIS #136348. F.R.A.P. RULE #3 AND RULE # 4.
27. AUTHORITY: TOOHER V. CITY OF SANTA ANA 219 F.3d 1040 (9th CIR. 2000)
28. DATE: AUGUST 8th 2024           (1) KENNARD LEE DAVIS
                                        INTERVENOR/(PRO SE)

## DECLARATION

I, (Kennard Lee Davis), Intervenor/Pro Se and/or below mention Declarant in the above mention entitled cause and court case depose and declare as follows:

#1). In the entitled case and cause declarant filed the (attached) Notice of Appeal of Judgement. (ECF.No.____) Filed dated: 5-14-2024. "ORDER". Request for Certificate of Appealability. 2024 U.S. Dist. Lexis #87164 "ORDER" court stamped filed dated: July 1, 2024...

#2). The entitled District Court has failed to move, acknowledge and/or rule on the Intervenor Pro Se (attached) Motion Notice of Appeal of Judgment. (ECF.No.____) "ORDER" Filed dated: 5-14-2024. Request for Certificate of Appealability of "ORDER" 2024 U.S. Dist. Lexis #87164 court filed stamped dated: July 1, 2024.

#3). On 8/1/2024 this entitled District Court "ORDER" (ECF.No.____) U.S. Dist. Lexis #136348. Noted also, at WL #3618381 (E.D. Cal. July 31, 2024). This "ORDER" has failed to acknowledge the above-mention (attached) Notice of Appeal of Judgment. "ORDER (ECF.No.____) Filed dated: 5-14-2024. Request for Certificate of Appealability of "ORDER" 2024 U.S. Dist. Lexis #87164. Court filed stamped dated: July 1, 2024.

#4). Declarant now (Resubmits) this Notice of Appeal of Judgment. (ECF.No.____) Filed dated: 5-14-2024. "ORDER". 2024 U.S. Dist Lexis #87164. Notice of Appeal of Judgment. (ECF.No.____) Filed dated: 8/1/2024 ORDER U.S. Dist Lexis #134348.

I declare under penalty of perjury the above-mention is true/correct. Date: August 8th, 2024        (s) Kennard Lee Davis
                                                                                                          Declarant/Intervenor

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Davis, Kennard #7-78448, declare:

I am over 18 years of age and a party to this action. I am a resident of M.C.S.P. Prison,

in the county of Amador, State of California. My prison address is: Kennard Lee Davis #7-78448 (M.C.S.P.) P.O. Box 409060, Ione, CA. 95640.

On 8/8/2024 (DATE)

I served the attached: "Notice of Appeal of Judgment (ECF No.___) Filed dated: 5-24-24 under" 28 U.S. Dist. Lexis #87104; Notice of Appeal of Judgment (ECF No.___) filed dated: 8-21-2024 "Order" U.S. Dist. Lexis #136348.
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Clerk, U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA. 94119-3939

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 8-8-2024 (DATE)    /s/ Davis Kennard (DECLARANT'S SIGNATURE)

Kennard Lee Davis #T-78448
Mule Creek State Prison
P.O. Box 409060
Ione, CA. 95640
(Pro Se) Intervenor

ORIGINAL FILED
JUL 25 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States District Court
Eastern District of California

Janine Chandler et al,     Case No. 1:21-cv-01657-JLT-HBK

Plaintiff,                 Notice to Amend; The
                           Notice of Appeal of
V.                         Judgment. (ECF. No. ____ ) Filed
                           dated: 5-14-24. Notice to
Cal. Dept. of Corrections  Amend (COA)
and Rehabilitations        Slack V. McDaniel (2000)
Defendant                  529 U.S. 473; F.R.A.P. Rule 22(b)

To: The United States District Court
    Eastern District of California

I, (Kennard Lee Davis) Intervenor/Prose will now move this
Honorable Court for Notice to Amend; The Notice of
Appeal of Judgment Filed dated: 5-14-24. Notice to
Amend Certificate of Appealability. (COA).
Slack V. McDaniel (2000) 529 U.S. 473; F.R.A.P. Rule 22(b).
Date: July 21, 2024        (1) Kennard Lee Davis
                               Intervenor/(Prose)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA  1:21-cv-01657-JLT-HBK

Janine Chandler et.al.
Kennard Lee Davis
Intervenor (Plntf)

v.

Cal. Dept of Corr. & Rehab.

Defendant(s).

CASE NUMBER 1:21-cv-01657-JLT-HBK

PRISONER'S APPLICATION AND
DECLARATION TO PROCEED
IN FORMA PAUPERIS

ORIGINAL FILED
JUL 25 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I, (print your name) **Kennard Lee Davis**, declare under penalty of perjury that I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security thereof.

In support of this application, I provide true, correct and complete answers to all of the following questions:

1. Are you presently employed in prison? ☐ Yes ☑ No

   The number of hours you work per week: __0__ The hourly rate of pay: __0__

2. For the past twelve months, list the amount of money you have received from any of the following sources.

   a. Business, profession or self-employment                       $ 0
   b. Income from rent, interest or dividends                       $ 0
   c. Pensions, annuities or life insurance payments                $ 0
   d. Disability, Social Security or other government source        $ 0
   e. Gifts or inheritances                                         $ 0
   f. Describe any other source of income: __0__                    $ 0

3. List the amount for each of the following (include prison account funds):

   Cash on hand $ 0    Checking account $ 0    Savings account $ 0

4. Do you own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   If Yes, describe the property and state its approximate value:

   ☐ Yes
   ☑ No                                                             $ 0

1) KENNARD LEE DAVIS #T-18798
2) Salinas Valley State Prison
3) P.O. Box 1050
4) Soledad, CA. 93960
5) (PRO SE)
6)
7)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12) JANINE CHANDLER ET. AL. | CASE NO. 1:21-CV-01657-JLT-HBK |
| 13) | |
| 14) Plaintiffs | Notice of Appeal of |
| 15) | Judgment. (PCF. NO. ___) Filed |
| 16) V. | dated: 5-14-2024. Request for |
| 17) | Certificate of Appealability. |
| 18) CAL. DEPT. OF CORRECTIONS | 2024 U.S. Dist. LEXIS #87164 |
| 19) and Rehab. | |
| 20) Defendants | |

21) TO: THE UNITED STATES DISTRICT COURT JUDGE: JENNIFER L. THURSTON
22) EASTERN DISTRICT OF CALIFORNIA
23) I, (KENNARD LEE DAVIS), INTERVENOR/PROSE will now move this
24) HONORABLE COURT FOR INTERVENOR/PROSE NOTICE AND MOTION
25) OF APPEAL OF JUDGMENT ENTERED IN THIS ENTITLED CASE ON
26) MAY 14, 2024. (PCF.NO. ___) FILED DATED: 5-14-2024. REQUEST
27) FOR CERTIFICATE OF APPEALABILITY. 2024 U.S. DIST LEXIS #87164.
28) DATE: JUNE 27, 2024      (6)     Kennard Lee Davis
                                      INTERVENOR / PRO SE

ORIGINAL FILED
JUL 01 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1. KENNARD LEE DAVIS #T-28448
2. Salinas Valley State Prison
3. P.O. Box 1050
4. Soledad, CA. 93960-1050
5. PRO SE

ORIGINAL FILED
MAY 30 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11. JANINE CHANDLER, ET. AL. | CASE NO. 1:21-CV-01657-JLT-HBK |
| 13. PLAINTIFFS | PRO SE INTERVENOR'S MOTION TO MODIFY, AMEND, OR ALTER THE JUDGMENT. FRCP RULE 59 |
| 15. V. | |
| 17. CAL. DEPT OF CORRECTIONS | |
| 18. AND REHABILITATIONS, ET. AL. | |
| 20. DEFENDANTS | |

21. TO: UNITED STATES DISTRICT COURT
22. EASTERN DISTRICT OF CALIFORNIA.
23. I, (KENNARD LEE DAVIS) PRO SE/INTERVENOR WILL NOW MOVE
24. THIS HONORABLE COURT FOR PRO SE INTERVENOR'S MOTION
25. TO MODIFY, AMEND, OR ALTER THE JUDGMENT. (ECF.NO. 67,
26. FILED DATED: 5/14/2024. PURSUANT TO: FRCP RULE 59
27. DATE: MAY 27TH, 2024         (1) Kennard Lee Davis
                                      INTERVENOR

1. KENNARD LEE DAVIS #T-78448
2. SALINAS VALLEY STATE PRISON
3. P.O. BOX 1050
4. Soledad, CA. 93960-1050
5. PRO SE

ORIGINAL FILED
APR 22 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| JANINE CHANDLER, ET AL. | CASE NO. 1:21-CV-01657-JLT-HBK |
|---|---|
| PLAINTIFFS | PRO SE REPLY MOTION TO DEFENDANTS' OPPOSITION TO PROPOSED INTERVENOR'S MOTION TO INTERVENE (ECF. NO. 69) |
| V. | |
| Cal. DEPT. OF CORRECTIONS AND REHABILITATION ET. AL | |
| DEFENDANTS | |

TO: UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
I, (KENNARD LEE DAVIS) PRO SE/INMATE (SVSP)(NOW) MOVE THIS HONORABLE COURT FOR PRO SE REPLY MOTION TO DEFENDANTS' OPPOSITION TO PROPOSED INTERVENOR'S MOTION TO INTERVENE... See Fed. R. Civ. P. 24(c)
AUTHORITY: BECKMAN INDUS, INC. v. INT'L INS CO. 966 F.2d 470 (9th Cir. 1992)
DATE: 4/17/2024

(1) Kennard Lee Davis
MOVE

**Mule Creek State Prison**
Name: Kenson Dike Davis
CDC#: Z28448
Facility: C Building A2 Cell 111
P.O. Box 409060
Ione, CA 95640

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION INDIGENT INMATE MAIL**

Facility Post Office Boxes

| Facility A | P.O. Box 409020 |
|---|---|
| Facility B | P.O. Box 409040 |
| Facility C | P.O. Box 409060 |
| Facility D | P.O. Box 409089 |
| Facility E | P.O. Box 409090 |
| Facility Minimum | P.O. Box 409000 |

PRISON GENERATED MAIL 1/16/24
Mule Creek State Prison
P.O. Box 409060 · H.C. 31
Ione, CA 95640

US POSTAGE $000.97
ZIP 95640
0000338561 AUG

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, CA 94119-3939