# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANINE CHANDLER, *et al.*, | Case No. 1:21-cv-01657-JLT-HBK |
| Plaintiffs, | ORDER TO PLAINTIFFS TO FILE SUPPLEMENTAL BRIEFING AND ALLOWING KENNARD LEE DAVID TO FILE SUPPLEMENTAL BRIEFING RE: THE COURT'S JURISDICTION |
| v. | |
| JEFFREY MACOMBER, *Secretary of the California Department of Corrections and Rehabilitation*, *et al.*, | |
| | 14-DAY DEADLINE |
| Defendants. | |

Recently, the Court denied Davis's Motion to Intervene, (*see* Doc. 96), and on August 13, 2024, Davis filed an interlocutory appeal. (Docs. 107, 110.) The Clerk of Court processed her appeal, and it remains pending before the Ninth Circuit. (Doc. 109.)

On the same date that Davis filed her Notice of Appeal, she filed the instant Motion for Reconsideration and Request for Judicial Notice. (Doc. 106.) The Plaintiffs oppose the motion. (Doc. 111) In their briefs, neither the plaintiffs nor Ms. Davis addressed the Court's jurisdiction to consider the motion for reconsideration in light of the pending appeal. Thus, the Court **ORDERS**:

///

///

///

1

1. **Within 14 days**, the plaintiffs **SHALL** and Ms. Davis **MAY,** file a brief, **not to exceed five pages**, as to the Court's jurisdiction to consider the motion for reconsideration. The Court will disregard any pages in excess of the first five.

IT IS SO ORDERED.

Dated: __August 27, 2024__

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2