1. Kennard Lee Davis #T-78448
2. (CMC) State Prison
3. P.O. Box 8101
4. San Luis Obispo, Ca. 93409-8101
5.
6.
7.      United States District Court
8.      Eastern District of California
9.          Fresno Division
10.
11.

| | |
|---|---|
| 12. Janine Chandler et al | Case No. 1:21-CV-01657-JLT-HBK |
| 13. | Pro Se Notice and Motion of (would be |
| 14. Plaintiffs | Intervenor) Transfer to the Mental |
| 15. | Health Crisis Bed Unit at (CMC) |
| 16. V. | California Mens Colony State Prison |
| 17. | and Temporary Insanity Placement. |
| 18. Jeffery McComber et al. | Request for Equitable Tolling to File Objection |
| 19. | (30) Thirty days, See, Lott v. Mueller 304 F.3d |
| 20. Defendants | 918, 924 (9th Cir. 2005) |

21. To: United States District Court Judge: Jennifer L. Thurston
22.     Eastern District of California
23. I, (Kennard Lee Davis), would be Intervenor will now move this Honora-
24. ble Court for (Pro Se) Notice and Motion of (would be Intervenor) Transfer to the
25. Mental Health Crisis Bed Unit at (CMC) and Temporary Insanity Placement
26. or Housing. Request for Equitable Tolling to file Objections (30) Thirty days.
27. Authority: Bills v. Clark 628 F.3d 1092, 1099 (9th Cir. 2010)
28. Date: September 18, 2024         (s) Kennard Lee Davis
                                          Pro Se (would be Intervenor)

# DECLARATION

1. I, [KENNARD LEE DAVIS], PROSE (WOULD BE INTERVENOR) IN the ab-
2. mention entitled case and cause, depose and declare that I
3. am the undersigned and state as follows: I have Safety Concern
4. #1). That on Friday September 6, 2024, while I was held, or
5. incarcerated at (SVSP) Salinas Valley State Prison. I was placed an
6. put under mental health doctor's order's. I was then transfer to
7. California mens Colony State Prison (CMC). I was placed, or
8. incarcerated in the mental health crisis bed unit located at
9. (CMC) P.O. Box 8101, San Luis Obispo, CA. 93409-8101 for Safety Concern
10. #2). That since Friday September 6, 2024, my legal and
11. personal property have been taken away, confiscated, and/or
12. destroyed. That I have no access to the inmate law library.
13. I have been denied my incoming confidential, or legal mail
14. letters. I have been placed in mental health isolation status.
15. which is virtually an empty room with a toilet, mattress, and sin
16. #3). As of Sunday September 15, 2024, I am unaware of my
17. potential discharge date from (CMC) mental health crisis bed
18. unit, and/or mental health isolation status, or when I will
19. be reinstated with access to my legal and personal property.
20. Access to an inmate law library, or access to an inmate tablet device
21. I do not known, or unsure what is this district court's address.
22. #4). On September 11, 2024, this entitled court ruled/decided
23. or rendered judgment on Chandler et al, v. Macomber et al (2024 U.S. Di
24. Lexis No. 163558  , declarant/prose request equitable tolling (30) thirty days to rep
25. authorities: Laws v. Lamarque 351 F.3d 919, 922 (9th cir. 2003)
26. I declare under the laws of perjury that the above mention is true and correct.
27. Date: September 15, 2024         (2) Kennard Lee Davis
28.                                  Declarant/prose (would be interve

www.PrintablePaper.net