1  KARIN SWEIGART (SBN: 247462)
   ksweigart@dhillonlaw.com
2  DHILLON LAW GROUP INC.
   177 Post Street, Suite 700
3  San Francisco, CA 94108
   Telephone: (415) 433-1700
4

5  MATTHEW HOESLY (SBN: 289593)
   mhoesly@dhillonlaw.com
6  DHILLON LAW GROUP INC.
   2424 S.E. Bristol Street, Suite 300
7  Newport Beach, CA 92660

8
   LAUREN A. BONE (*Pro Hac Vice*)
9  legaldirector@womensliberationfront.org
   WOMEN'S LIBERATION FRONT
10 1802 Vernon Street NW, #2036
   Washington, D.C. 20009
11 Telephone: (202) 507-9475

12
13 Attorneys for Plaintiffs

14            **UNITED STATES DISTRICT COURT**

15     **EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)**

16

17 JANINE CHANDLER; *et al.*          **Case No.:** 1:21-cv-01657-JLT-HBK

18
            Plaintiffs,              **ORDER NOTING**
19                                   **WITHDRAWAL OF COUNSEL**
        v.
20                                   **(Doc. 129)**

21 JEFFREY MACOMBER; *et al.*

22            Defendants

23
24
25
26
27
28



---

Notice of Substitution                        Case Number: 1:21-cv-01657-JLT-HBK

## NOTICE OF SUBSTITUTION OF COUNSEL

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that Mark P. Meuser hereby withdraws as counsel of record for Janine Chandler, Krystal Gonzalez, Tomiekia Johnson, Nadia Romero, Cathleen Quinn, and Channel Johnson ("Plaintiffs") in the above-referenced case and request to be removed as counsel of record. The above-listed counsel from the Dhillon Law Group Inc. will continue to serve as counsel of record for Plaintiffs.


Dated: February 12, 2026;                    DHILLON LAW GROUP INC.


                                                        /s/ Mark P. Meuser
                                                       Mark P. Meuser, Esq.
                                                       Karin Sweigart, Esq.
                                                       Matthew M. Hoesly, Esq.


                                                       WOMEN'S LIBERATION FRONT
                                                       Lauren A. Bone, Esp. (*Pro Hac Vice*)

                                                       Attorneys for Plaintiffs


        The Clerk of Court shall remove Mark P. Meuser as counsel of record for Janine Chandler, Krystal Gonzalez, Tomiekia Johnson, Nadia Romero, Cathleen Quinn, and Channel Johnson ("Plaintiffs") in the above-referenced case.


IT IS SO ORDERED



Dated:    February 12, 2026                    HELENA M. BARCH-KUCHTA
                                                                      UNITED STATES MAGISTRATE JUDGE

---



1

Notice of Substitution                          Case Number: 1:21-cv-01657-JLT-HBK