**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANINE CHANDLER, et al., | Case No. 1:21-cv-01657 JLT HBK |
| Plaintiffs, | ORDER DISMISSING ACTION WITH PREJUDICE ON PLAINTIFFS' ELECTION |
| v. | (Doc. 134) |
| JEFFREY MACOMBER, et al., | |
| Defendants. | |

In a previous order, the Court granted the defendants' motion to dismiss the complaint with leave to amend in part. (*See* Docs. 118, 120, 132.)  Plaintiffs have given notice that they do not intend to file a further amended complaint and will stand on the sufficiency of their First Amended Complaint.  (Doc. 84.)  This action is therefore **DISMISSED** with prejudice, and the Clerk's Office is instructed to enter judgment for Defendants.  *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064 (9th Cir. 2004) ("[A] plaintiff may obtain an appealable final judgment by filing in writing a notice of intent not to file an amended complaint." (citations, alternations, and quotation marks omitted)).

IT IS SO ORDERED.

Dated:   __**April 30, 2026**__

UNITED STATES DISTRICT JUDGE